FILED
2023 Jul-12 PM 02:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| CHARLES GOODRICH and ALEXANDRA GOODRICH, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CIVIL ACTION FILE NO: 2:22-CV-00021-MHH |
| PACIFIC INDEMNITY COMPANY, | ) | |
| Defendant. | ) | |

**DEFENDANT PACIFIC INDEMNITY COMPANY'S NOTICE OF FILING**

COMES NOW, Defendant Pacific Indemnity Company ("Pacific"), by and through their undersigned counsel, and hereby files the below exhibits in support of its Motion for Summary Judgment, as follows:

- **Ex. A** – Declaration of Jerry Rudoshko;
- **Ex. B** – Masterpiece Policy (Policy No. 14945478-01);
- **Ex. C** – Deposition of Jeremy Elliott;
- **Ex. D** – Deposition of Alexandra Goodrich, taken April 4, 2023;[1]
- **Ex. E** – IdeaZ LLC estimate, dated February 14, 2020;
- **Ex. F** – Deposition of Pacific pursuant to Fed. R. Civ. P. 30(b)(6), taken February 9, 2023;[2];
- **Ex. G** – Email from Cliff Zlotnik, dated January 14, 2020;
- **Ex. H** – Slade LLC remediation estimate, dated March 19, 2020;

[1] Due to file size, Ex. D had to be split into three (3) parts, which will be filed separately.
[2] Due to file size, Ex. F had to be split into two (2) parts, which will be filed separately.

- **Ex. I** – Southern Scape landscaping estimate, dated December 4, 2020;
- **Ex. J** – Correspondence from Plaintiffs' Counsel, dated May 4, 2020;
- **Ex. K** – Email between Brookstone and Pacific, dated January 24, 2020;
- **Ex. L** – Email between Brookstone and Pacific, dated March 16-17, 2020.

This 12th day of July, 2023.

**COZEN O'CONNOR**

By: */s/ Alycen A. Moss*
Alycen A. Moss
*(Admitted Pro Hac Vice)*
Luciana Aquino
*(Admitted Pro Hac Vice)*
COZEN O'CONNOR
The Promenade, Suite 400
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-2052
Facsimile: (877) 728-1396
E-mail: amoss@cozen.com

**BUTLER WEIHMULLER KATZ CRAIG LLP**

By: */s/ Michael A. Montgomery*
Michael A. Montgomery
(MONTM9362)
P.O. Box 850368
Mobile, Alabama 36685-0368
Telephone: (251) 338-3801
Facsimile: (251) 338-3805
Mail Center: 400 N. Ashley Drive,
Suite 2300, Tampa, Florida 33602
mmontgomery@butler.legal

*Counsel for Defendant Pacific Indemnity Company*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| CHARLES GOODRICH and<br>ALEXANDRA GOODRICH,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC INDEMNITY COMPANY,<br><br>Defendant. | ) | CIVIL ACTION FILE NO:<br>2:22-CV-00021-MHH |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2023, I electronically filed the foregoing ***Notice of Filing*** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record:

Charles A. Dauphin
DAUPHIN PARIS, LLC
300 Vestavia Parkway, Suite 3200
Birmingham, Alabama 35216

*/s/ Alycen A. Moss*
Alycen A. Moss



LEGAL\64801987\1