FILED
2023 Jul-12 PM 02:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "D" – Part 2

Case 2:22-cv-00021-MHH Document 121-5 Filed 04/26/23 Page 2 of 26

| Room | Description | Original Cost | Replacement Cost | Sales Tax | Shipping/ Freight | TOTAL | Reference | Notes |
|---|---|---|---|---|---|---|---|---|
| Living Room | Knole Sofa * | $9,290.00 | $12,450.00 | $1,245.00 | $715.00 | $14,410.00 | Iris & Co. Invoice #421 | See Magali Somers Maus' letter regarding upholstered furniture. The Knole sofa is Item #20 in Brookstone Restoration's inventory list. (The bolster pillows are among the items pictured as Item #21.) Chubb may pick up this item from Brookstone once the claim on this item has been paid. |
| Living Room | Fabric for Knole Sofa | $4,400.00 | $6,300.00 | $630.00 | $160.00 | $7,090.00 | Iris & Co. Invoice #421 | |
| Living Room | Trim for Knole Sofa | $520.00 | $1,274.00 | $127.40 | $54.00 | $1,455.40 | Iris & Co. Invoice #421 | |
| Living Room | Two Cords for Knole Sofa | $660.00 | $1,040.00 | $104.00 | $145.00 | $1,289.00 | Iris & Co. Invoice #426 | |
| Living Room | Two Wing Chairs * | $9,520.00 | $11,500.00 | $1,150.00 | $690.00 | $13,340.00 | Iris & Co. Invoice #421 | See Magali Somers Maus' letter regarding upholstered furniture. One of the wing chairs is Item #19 in Brookstone Restoration's inventory list. The other wing chair is among the items pictured as Item #21. Chubb may pick up these items from Brookstone once the claim on these items has been paid. |
| Living Room | Fabric for Wing Chairs | $2,502.00 | $7,200.00 | $720.00 | $145.00 | $8,065.00 | Iris & Co. Invoice #421 | |
| Living Room | Fabric for Murphy Bed | | $1,200.00 | $120.00 | $45.00 | $1,365.00 | | |
| Living Room | Labor to Upholster Murphy Bed * ** | | $1,218.00 | $121.80 | $0.00 | $1,339.80 | | See Magali Somers Maus' letter regarding upholstered furniture. The antique Murphy bed is Item #8 in Magali Somers Maus' first proposal and estimate. |
| Living Room | Cost of New Materials for Murphy Bed | | $595.00 | $59.50 | $75.00 | $729.50 | | |
| Living Room | Fabric for Window Treatments | $17,670.00 | $19,932.20 | $1,993.22 | $86.00 | $22,011.42 | Iris & Co. Invoice #552 | |
| Living Room | Labor to Make Window Treatments * ** *** | $2,088.00 | $2,401.20 | $240.12 | $0.00 | $2,641.32 | Iris & Co. Invoice #585 | The living room custom window treatments appear to be Item #601 ($150.35) in Enservio's report. |
| Living Room | Cost of Lining and Bump for Window Treatments | $1,040.00 | $1,196.00 | $119.60 | $0.00 | $1,315.60 | Iris & Co. Invoice #585 | |
| Living Room | Rug * | $14,800.00 | $35,000.00 | $3,500.00 | $0.00 | $38,500.00 | Turkish Carpets Inc. Receipt | See Paige Albright Orientals' proposal for replacement cost. The Turkish Oushak rug was cleaned by CRDN, but a strong smoke odor is still present. Chubb may pick up this item from Valet Moving once the claim on this item has been paid. |
| Living Room | Labor to Cut, Deliver, and Install New Rug Pad - 12'9 x 17'3 | | $786.50 | $78.65 | $0.00 | $865.15 | | The rug pad appears to be Item #433 ($135.57) in Enservio's report. See payments to Dustin Cox as evidence that custom rug pads were purchased from him. |
| Living Room | B. Viz Pillow (Blue Velvet) | $1,550.00 | $3,600.00 | $360.00 | $75.00 | $4,035.00 | Iris & Co. Invoice #111 | The pillow is among the items pictured as Item #21 in Brookstone Restoration's inventory list. This item is lost. |
| Living Room | B. Viz Pillow (Cream Velvet) | $350.00 | $425.00 | $42.50 | $55.00 | $522.50 | Iris & Co. Invoice #426 | The pillow was cleaned by CRDN, but a strong smoke odor is still present. Additionally, the antique velvet fabric is discolored and damaged. Chubb may pick up this item from Valet Moving once the claim on this item has been paid. |
| Sunroom | Fabric for Daybed | $3,136.00 | $6,530.00 | $653.00 | $65.00 | $7,248.00 | Iris & Co. Invoice #84 | |
| Sunroom | Lining for Daybed | $54.00 | $275.00 | $27.50 | $0.00 | $302.50 | Iris & Co. Invoice #108 | |
| Sunroom | Labor to Upholster Daybed * ** | | $1,837.00 | $183.70 | $0.00 | $2,020.70 | | See Magali Somers Maus' letter regarding upholstered furniture. The antique daybed is Item #27 in Magali Somers Maus' first proposal and estimate. |
| Sunroom | Cost of Foam, Cotton, and Down for Daybed and Bolster Pillows | | $242.50 | $24.25 | $0.00 | $266.75 | | |
| Sunroom | Labor and Cost to Replace Foam and Cotton on Daybed | | $337.50 | $33.75 | $0.00 | $371.25 | | |
| Sunroom | Labor and Cost to Make Cushion for Daybed | | $1,162.50 | $116.25 | $0.00 | $1,278.75 | | |
| Sunroom | Labor to Make Two Custom Bolster Pillows for Daybed | | $337.50 | $33.75 | $0.00 | $371.25 | | |
| Sunroom | Bell Jar Light Fixture * | $510.00 | $675.00 | $67.50 | $55.00 | $797.50 | Iris & Co. Invoice #483 | See Magali Somers Maus' letter advising the rewiring of light fixtures. The City of Mountain Brook's Electrical Code requires that all installed light fixtures have Underwriters Laboratories (UL)-certified wiring. It is more cost-effective to replace this light fixtures with a new one--which comes UL-wired--than to go through the process of having this light fixture rewired with the necessary UL certification. Chubb may pick up this item from Valet Moving once the claim on this item has been paid. |
| Sunroom | Pair of Sconces * | $3,400.00 | $3,580.00 | $358.00 | $215.00 | $4,153.00 | Iris & Co. Invoice #421 | See Magali Somers Maus' letter advising the rewiring of light fixtures. The City of Mountain Brook's Electrical Code requires that all installed light fixtures have Underwriters Laboratories (UL)-certified wiring. It is more cost-effective to replace these light fixtures with new ones--which come UL-wired--than to go through the process of having these light fixtures rewired with the necessary UL certification. Chubb may pick up this item from Valet Moving once the claim on this item has been paid. |
| Sunroom | Labor to Cut, Deliver, and Install New Rug Pad - 6'2" x 10'0" | | $295.00 | $29.50 | $0.00 | $324.50 | | See payments to Dustin Cox as evidence that custom rug pads were purchased from him. This item is lost. |
| Dining Room | Fabric for Dining Chairs | $9,480.00 | $10,932.00 | $1,093.20 | $125.00 | $12,150.20 | Iris & Co. Invoice #569 | |
| Dining Room | Backing of Fabric for Dining Chairs | $850.00 | $918.00 | $91.80 | $250.00 | $1,259.80 | Iris & Co. Invoice #576 | |
| Dining Room | Labor to Upholster Chairs * ** | $4,820.00 | $6,840.00 | $684.00 | $0.00 | $7,524.00 | Iris & Co. Invoice #585 | See Magali Somers Maus' letter regarding upholstered furniture. The antique dining chairs are Item #31 in Magali Somers Maus' first proposal and estimate. |
| Dining Room | Cost of New Foam for Dining Chairs | | $2,692.00 | $269.20 | $0.00 | $2,961.20 | | |
| Dining Room | Fabric for Window Treatments | $19,068.00 | $22,196.80 | $2,219.68 | $190.00 | $24,606.48 | Iris & Co. Invoice #552 | |
| Dining Room | Labor to Make Window Treatments * ** *** | $2,784.00 | $3,065.00 | $306.50 | $0.00 | $3,371.50 | Iris & Co. Invoice #585 | The dining room custom window treatments appear to be Item #600 ($200.47) in Enservio's report. |
| Dining Room | Cost of Lining and Bump for Window Treatments | $1,390.00 | $1,598.00 | $159.80 | $0.00 | $1,757.80 | Iris & Co. Invoice #585 | |
| Dining Room | Rug * | $22,000.00 | $18,000.00 | $1,800.00 | $0.00 | $19,800.00 | Paige Albright Orientals Invoice #1957 | The Safira rug was taken by Brookstone Restoration to Asia Rug Company and appears to be Rug #1 ($8,000.00) in Asia Rug Company's appraisal. |
| Dining Room | Labor to Cut, Deliver, and Install New Rug Pad - 12'6" x 14'1" | $625.00 | $675.00 | $67.50 | $0.00 | $742.50 | Paige Albright Orientals Invoice #1957 | The rug pad appears to be Item #436 ($154.94) in Enservio's report. |
| Kitchen | Fabric for Kitchen Chairs and Mudroom Cushion Cover | $580.00 | $683.00 | $68.30 | $50.00 | $801.30 | Iris & Co. Invoice #569 | |
| Kitchen | Labor to Upholster Kitchen Chairs * ** | $1,260.00 | $1,386.00 | $138.60 | $0.00 | $1,524.60 | Iris & Co. Invoice #585 | See Magali Somers Maus' letter regarding upholstered furniture. The antique dining chairs are Item #30 in Magali Somers Maus' first proposal and estimate. |
| Kitchen | Cost of New Foam for Kitchen Chairs | $465.00 | $511.00 | $51.10 | $0.00 | $562.10 | Iris & Co. Invoice #585 | |
| Kitchen | Labor to Make New Wooden Seats for Kitchen Chairs | | $360.00 | $36.00 | $0.00 | $396.00 | | |
| Kitchen | Labor to Replace Caning on Seats of Kitchen Chairs | | $1,800.00 | $180.00 | $0.00 | $1,980.00 | | |
| Kitchen | Lantern Light Fixture * | $5,900.00 | $9,390.00 | $939.00 | $325.00 | $10,654.00 | Iris & Co. Invoice #253 | See Magali Somers Maus' letter advising the rewiring of light fixtures. The City of Mountain Brook's Electrical Code requires that all installed light fixtures have Underwriters Laboratories (UL)-certified wiring. It is more cost-effective to replace this light fixture with a new one--which comes UL-wired--than to go through the process of having this light fixture rewired with the necessary UL certification. Chubb may pick up this item from Valet Moving once the claim on this item has been paid. |
| Kitchen | Labor to Cut, Serge, Deliver, and Install Two Runners with New Rug Pads | | $1,157.75 | $115.78 | $0.00 | $1,273.53 | | The sisal runners appear to be Item #1066 ($525.36) in Enservio's report. The replacement cost of the sisal is included below. The rug pads appear to be Item #480 ($109.24) in Enservio's report. See payments to Dustin Cox as evidence that custom rug pads were purchased from him. |
| Mudroom | Labor to Make Bench Cushion Cover * ** | $234.00 | $260.00 | $26.00 | $0.00 | $286.00 | Iris & Co. Invoice #585 | The cushion appears to be Item #487 ($96.69) in Enservio's report. |
| Mudroom | Labor to Make Insert for Bench Cushion | $140.00 | $160.00 | $16.00 | $0.00 | $176.00 | Iris & Co. Invoice #585 | |
| Mudroom | Rug * | | $5,500.00 | $550.00 | $0.00 | $6,050.00 | | See Claire Drummond's email confirming the purchase of the Oushak rug from King's House Oriental Rugs. See Paige Albright Orientals' proposal for replacement cost. The rug was cleaned by CRDN, but a strong smoke odor is still present. Chubb may pick up this item from Valet Moving once the claim on this item has been paid. |
| Mudroom | Labor to Cut, Deliver, and Install New Rug Pad - 9'8.5" x 2'4" | | $225.00 | $22.50 | $0.00 | $247.50 | | The rug pad appears to be Item #488 ($61.87) in Enservio's report. |
| Laundry Room | Rug * | | $2,800.00 | $280.00 | $0.00 | $3,080.00 | | See Claire Drummond's email confirming the purchase of the "foyer rug around 5x9" from King's House Oriental Rugs. See Paige Albright Orientals' proposal for replacement cost. This item is lost. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Laundry Room | Labor to Cut, Deliver, and Install New Rug Pad - 5' x 8' | | $210.00 | $21.00 | $0.00 | $231.00 | | The rug pad appears to be Item #531 ($35.46) in Enservio's report. See payments to Dustin Cox as evidence that custom rug pads were purchased from him. |
| Family Room | Sofa * | $2,588.00 | $8,920.00 | $892.00 | $520.10 | $10,332.10 | Iris & Co. Invoice #44 | See Magali Somers Maus' letter regarding upholstered furniture. The sofa is Item #17 in Brookstone Restoration's inventory list. Chubb may pick up this item from Brookstone once the claim on this item has been paid. |
| Family Room | Two Club Chairs * | $2,586.00 | $11,440.00 | $1,144.00 | $682.00 | $13,266.00 | Iris & Co. Invoice #51 | See Magali Somers Maus' letter regarding upholstered furniture. The club chairs are among the items pictured as Items #18 and #24 in Brookstone Restoration's inventory list. Chubb may pick up these items from Brookstone once the claim on these items has been paid. |
| Family Room | Two Bergere Chair Frames, Including Cost to Finish Frames * | $952.00 | $7,180.00 | $718.00 | $425.00 | $8,323.00 | Iris & Co. Invoice #39 | See Magali Somers Maus' letter regarding upholstered furniture. The Bergere chairs are Items #25 and #26 in Brookstone Restoration's inventory list. Chubb may pick up these items from Brookstone once the claim on these items has been paid. |
| Family Room | Fabric for Sofa, Club Chairs, Bergere Chairs, and Slipcover for Sofa (in Basement) | $26,268.00 | $34,992.00 | $3,499.20 | $225.00 | $38,716.20 | Iris & Co. Invoice #39, #44, #293 | |
| Family Room | Fabric for Pair of Painted French Stools | | $750.00 | $75.00 | $35.00 | $860.00 | | See Magali Somers Maus' letter regarding upholstered furniture. The antique painted French stools are Item #21 in Magali Somers Maus' first proposal and estimate. |
| Family Room | Labor to Upholster Pair of Painted French Stools * ** | | $425.00 | $42.50 | $0.00 | $467.50 | | |
| Family Room | Pair of Sconces * | $4,460.00 | $5,160.00 | $516.00 | $175.00 | $5,851.00 | Iris & Co. Invoice #265 | See Magali Somers Maus' letter advising the rewiring of light fixtures. The City of Mountain Brook's Electrical Code requires that all installed light fixtures have Underwriters Laboratories (UL)-certified wiring. It is more cost-effective to replace these light fixtures with new ones--which come UL-wired--than to go through the process of having these light fixtures rewired with the necessary UL certification. Chubb may pick up these items from Valet Moving once the claim on these items has been paid. |
| Family Room | Sisal for Rug | $3,410.00 | $4,100.00 | $410.00 | $155.00 | $4,665.00 | Iris & Co. Invoice #566 | This item is lost. |
| Family Room | Labor to Cut, Serge, Deliver, and Install Rug and New Rug Pad | $3,378.00 | $3,750.00 | $375.00 | $0.00 | $4,125.00 | | The rug pad appears to be Item #395 ($525.28) in Enservio's report. See payments to Dustin Cox as evidence that custom rug pads were purchased from him. |
| Bar Hallway | Three Flush-Mount Brass Lights for Bar Hallway & Gallery * | $2,663.00 | $2,720.99 | $272.10 | $408.00 | $3,401.09 | Iris & Co. Invoice #566 | These items are lost. |
| Bar Hallway | Rug * | | $5,500.00 | $550.00 | $0.00 | $6,050.00 | | See Claire Drummond's email confirming the purchase of this vintage Oushak rug from King's House Oriental Rugs. See Paige Albright Orientals' proposal for replacement cost. The rug was cleaned by CRDN, but a strong smoke odor is still present. Chubb may pick up this item from Valet Moving once the claim on this item has been paid. |
| Bar Hallway | Labor to Make, Deliver, and Install New Rug Pad - 3'1" x 6'0" | | $210.00 | $21.00 | $0.00 | $231.00 | | See payments to Dustin Cox as evidence that custom rug pads were purchased from him. This item is lost. |
| Study | Fabric to Upholster Desk Chair | $3,760.00 | $3,900.00 | $390.00 | $75.00 | $4,365.00 | Iris & Co. Invoice #392 | See Magali Somers Maus' letter regarding upholstered furniture. The antique desk chair is Item #26 in Magali Somers Maus' first proposal and estimate. |
| Study | Labor to Upholster Desk Chair * ** | $150.00 | $175.00 | $17.50 | $0.00 | $192.50 | Iris & Co. Invoice #585 | |
| Study | Fabric for Two Antique Chairs | | $3,250.00 | $325.00 | $275.00 | $3,850.00 | Iris & Co. Invoice #392 | See Magali Somers Maus' letter regarding upholstered furniture. The antique chairs are Item #1 in Magali Somers Maus' first proposal and estimate. |
| Study | Labor to Upholster Antique Chairs * ** | | $1,781.50 | $178.15 | $0.00 | $1,959.65 | Iris & Co. Invoice #392 | |
| Study | Labor to Apply Nailheads on Antique Chairs | | $675.00 | $67.50 | $0.00 | $742.50 | | |
| Study | Cost of Nailheads | | $363.75 | $36.38 | $0.00 | $400.13 | | |
| Study | Cost of Foam | | $1,406.25 | $140.63 | $0.00 | $1,546.88 | | |
| Study | Bar Cart * | $2,356.90 | $5,890.00 | $589.00 | $325.00 | $6,804.00 | Iris & Co. Invoice #199 | The bar cart is among the items pictured as Item #32 in Brookstone Restoration's inventory list. The finish on the bar cart is now damaged, and two of the shelves are lost. Chubb may pick up this item from Valet Moving once the claim on this item has been paid. |
| Study | Three Library Lights * | $1,979.55 | $2,179.00 | $217.90 | $326.85 | $2,723.75 | Iris & Co. Invoice #555 | These items are lost. |
| Study | Rug * | | $12,000.00 | $1,200.00 | $0.00 | $13,200.00 | | See Claire Drummond's email confirming the purchase of the vintage Oushak rug from King's House Oriental Rugs. See Paige Albright Orientals' proposal for replacement cost. The rug was cleaned by CRDN, but a strong smoke odor is still present. Chubb may pick up this item from Valet Moving once the claim on this item has been paid. |
| Study | Labor to Cut, Deliver, and Install New Rug Pad - 5'4" x 8'8" | | $300.00 | $30.00 | $0.00 | $330.00 | | The rug pad appears to be Item #414 ($28.85) in Enservio's report. See payments to Dustin Cox as evidence that custom rug pads were purchased from him. |
| Master Bedroom | Fabric for Bedskirt, Chaise, and Window Treatments | $22,304.00 | $31,816.00 | $3,181.60 | $385.00 | $35,382.60 | Iris & Co. Invoice #84, #552, #555 | |
| Master Bedroom | Labor to Make Bedskirt * ** *** | $525.00 | $600.00 | $60.00 | $0.00 | $660.00 | Iris & Co. Invoice #585 | The bedskirt was cleaned by CRDN, but a strong smoke odor is still present. Chubb may pick up this item from Valet Moving once the claim on this item has been paid. |
| Master Bedroom | Labor to Upholster Chaise * ** | | $2,087.50 | $208.75 | $0.00 | $2,296.25 | | See Magali Somers Maus' letter regarding upholstered furniture. The antique chaise is Item #15 in Magali Somers Maus' first proposal and estimate. |
| Master Bedroom | Labor to Make Cushions for Chaise | | $1,531.25 | $153.13 | $0.00 | $1,684.38 | | |
| Master Bedroom | Cost of Foam and Cotton for Chaise | | $475.00 | $47.50 | $0.00 | $522.50 | | |
| Master Bedroom | Labor to Make Window Treatments * ** *** | $2,780.00 | $3,197.00 | $319.70 | $0.00 | $3,516.70 | Iris & Co. Invoice #585 | The master bedroom custom window treatments were cleaned by CRDN, but a strong smoke odor is still present. Chubb may pick up this item from Valet Moving once the claim for this item has been paid. |
| Master Bedroom | Labor to Make Shades for Master Bathroom * ** *** | $650.00 | $740.00 | $74.00 | $0.00 | $814.00 | Iris & Co. Invoice #585 | The master bathroom custom shades were disposed of during debris removal. |
| Master Bedroom | Cost of Lining, Bump, and Interlining for Window Treatments and Shades | $1,619.00 | $1,860.00 | $186.00 | $0.00 | $2,046.00 | Iris & Co. Invoice #585 | |
| Master Bedroom | Fabric for Antique Bench | | $1,500.00 | $150.00 | $145.00 | $1,795.00 | | See Magali Somers Maus' letter regarding upholstered items. The antique bench is Item #12 in Magali Somers Maus' first proposal and estimate. |
| Master Bedroom | Labor to Upholster Antique Bench * ** | | $1,156.00 | $115.60 | $0.00 | $1,271.60 | | |
| Master Bedroom | Labor and Cost to Make Cushion for Bench | | $1,596.25 | $159.63 | $0.00 | $1,755.88 | | |
| Master Bedroom | Cost of Foam and Cotton for Bench | | $225.00 | $22.50 | $0.00 | $247.50 | | |
| Master Bedroom | Bed Linens from Leontine Linens | $7,710.00 | $7,710.00 | $771.00 | $100.00 | $8,581.00 | Iris & Co. Invoice #566 | Some of the bed linens were cleaned by CRDN, but a strong smoke odor is still present. Chubb may pick up these items from Valet Moving once the claim on these items has been paid. The remaining bed linens are lost. |
| Master Bedroom | Pillows from Leontine Linens | $275.00 | $275.00 | $27.50 | $20.00 | $322.50 | | The pillows appear to be Items #373 ($61.04) and #393 ($228.74) in Enservio's report. See Leontine Linens estimate #16706 for replacement cost. |
| Master Bedroom | Chandelier * | $5,990.00 | $7,640.00 | $764.00 | $720.00 | $9,124.00 | Iris & Co. Invoice #454 | See Magali Somers Maus' letter advising the rewiring of light fixtures. The City of Mountain Brook's Electrical Code requires that all installed light fixtures have Underwriters Laboratories (UL)-certified wiring. It is more cost-effective to replace this light fixture with a new one--which comes UL-wired--than to go through the process of having this light fixture rewired with the necessary UL certification. Chubb may pick up this item from Valet Moving once the claim on this item has been paid. |
| Master Bedroom | Pair of Sconces * | $6,220.00 | $7,600.00 | $760.00 | $275.00 | $8,635.00 | Iris & Co. Invoice #310 | See Magali Somers Maus' letter advising the rewiring of light fixtures. The City of Mountain Brook's Electrical Code requires that all installed light fixtures have Underwriters Laboratories (UL)-certified wiring. It is more cost-effective to replace these light fixtures with new ones--which come UL-wired--than to go through the process of having these light fixtures rewired with the necessary UL certification. Chubb may pick up these items from Valet Moving once the claim on these items has been paid. |
| Master Bedroom | Rug * | | $16,000.00 | $1,600.00 | $0.00 | $17,600.00 | | See Claire Drummond's email confirming that the Oushak rug was purchased from King's House Oriental Rugs. See Paige Albright Orientals' proposal for replacement cost. The rug was cleaned by CRDN, but a strong smoke odor is still present. Chubb may pick up this item from Valet Moving once the claim on this item has been paid. |
| Master Bedroom | Labor to Cut, Deliver, and Install New Rug Pad - 13' x 17' | | $2,797.00 | $279.70 | $0.00 | $3,076.70 | | The rug pad appears to be Item #376 ($279.59) in Enservio's report. See payments to Dustin Cox as evidence that custom rug pads were purchased from him. |
| Master Bedroom | Antique Mother of Pearl Tea Caddy | $2,500.00 | $7,000.00 | $700.00 | $0.00 | $7,700.00 | Robert Hill Antiques Invoice | This item is lost. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Powder Room | Pair of Sconces * | $7,700.00 | $9,000.00 | $900.00 | $325.00 | $10,225.00 | Iris & Co. Invoice #310 | See Magali Somers Maus' letter advising the rewiring of light fixtures. The City of Mountain Brook's Electrical Code requires that all installed light fixtures have Underwriters Laboratories (UL)-certified wiring. It is more cost-effective to replace these light fixtures with new ones--which come UL-wired--than to go through the process of having these light fixtures rewired with the necessary UL certification. Chubb may pick up these items from Valet Moving once the claim on these items has been paid. |
| Foyer | Library Light * | $440.00 | $496.00 | $49.60 | $99.20 | $644.80 | Iris & Co. Invoice #555 | This item is lost. |
| Foyer | Half-Round Wall Lanterns * | $3,159.95 | $22,720.00 | $2,272.00 | $2,750.00 | $27,742.00 | Iris & Co. Invoice #576 | These items are lost. |
| Foyer | Rug * | $6,500.00 | $7,500.00 | $750.00 | $0.00 | $8,250.00 | Paige Albright Orientals Invoice #1511 | See Paige Albright Orientals proposal for replacement cost. This item is lost. |
| Foyer | Labor to Make, Deliver, and Install New Rug Pad - 5'4" x 12'3" | | $290.00 | $29.00 | $0.00 | $319.00 | | The rug pad appears to be Item #435 ($46.54) in Enservio's report. See payments to Dustin Cox as evidence that custom rug pads were purchased from him. |
| Upstairs Hallway | Pair of Antique Painted Bookcases * | $5,022.00 | $24,000.00 | $2,400.00 | $0.00 | $26,400.00 | Iris & Co. Invoice #227, #244 | The pair of antique bookcases appears to be Item #173 ($2,823.10) in Enservio's report. |
| Upstairs Hallway | Antique Louis XVI Bench * | $1,760.00 | $3,950.00 | $395.00 | $0.00 | $4,345.00 | The King's House Antiques Receipt | The antique caned bench is listed in Magali Somers Maus' first proposal and estimate. This item was irreparably damaged in the fire. |
| Upstairs Hallway | Fabric for Shower Curtain (Girls' Bathroom - Montevallo Road) | $1,280.00 | $2,560.00 | $256.00 | $65.00 | $2,881.00 | Iris & Co. Invoice #392 | |
| Upstairs Hallway | Labor to Make Shower Curtain * ** | $356.25 | $420.00 | $42.00 | $0.00 | $462.00 | Iris & Co. Invoice #421 | This item is lost. |
| Upstairs Hallway | Lining and Interlining for Shower Curtain | $317.30 | $364.90 | $36.49 | $0.00 | $401.39 | Iris & Co. Invoice #244 | |
| Upstairs Hallway | Labor to Make Shower Curtain (Caroline's Bathroom - Montevallo Road) * ** | $250.00 | $425.00 | $42.50 | $0.00 | $467.50 | Iris & Co. Invoice #392 | This item is lost. |
| Upstairs Hallway | Labor to Make, Serge, Deliver, and Install Runner with New Rug Pad | | $1,196.00 | $119.60 | $0.00 | $1,315.60 | | The replacement cost of the sisal for the runner is included below. See payments to Dustin Cox as evidence that custom rug pads were purchased from him. These items are lost. |
| Guest Bedroom | Antique Regency Linen Press * | $9,500.00 | $22,000.00 | $2,200.00 | $0.00 | $24,200.00 | The King's House Antiques Receipt | This item was irreparably damaged in the fire and disposed of during debris removal. |
| Guest Bedroom | Antique Game Table * | | $9,500.00 | $950.00 | $0.00 | $10,450.00 | | The antique game table is Item #23 in Magali Somers Maus' first proposal and estimate. A strong smoke odor is still present after treatment. Chubb may pick up this item from Valet Moving once the claim on this item has been paid. |
| Guest Bedroom | Pair of Antique Lamps | $2,079.00 | $5,800.00 | $580.00 | $0.00 | $6,380.00 | Henhouse Antiques Receipt | The pair of antiques lamps is Item #49 in Magali Somers Maus' first proposal and estimate. A strong smoke odor is still present after treatment. Chubb may pick up this item once the claim on this item has been paid. |
| Guest Bedroom | Headboard, Including Labor to Finish and Upholster * | $1,990.00 | $4,910.00 | $491.00 | $432.08 | $5,833.08 | Iris & Co. Invoice #39, #44, #585 | The headboard appears to be Item #154 ($2,178.91) in Enservio's report. |
| Guest Bedroom | Fabric for Headboard | $630.00 | $2,784.00 | $278.40 | $78.00 | $3,140.40 | Iris & Co. Invoice #44 | |
| Guest Bedroom | Mattress, Box Springs, and Frame * | $4,498.00 | $5,098.99 | $509.90 | $79.99 | $5,688.88 | Mattress Firm Receipts | The mattress and box springs appear to be Item #155 ($1,240.42) in Enservio's report. |
| Guest Bedroom | Bed Linens from Leontine Linens | | $5,670.00 | $567.00 | $100.00 | $6,337.00 | | See Leontine Linens Estimate #16708 for the replacement cost. These items are lost. |
| Guest Bedroom | Fabric for Bedskirt, Window Treatments, and Shower Curtain | $5,764.00 | $11,044.00 | $1,104.40 | $810.00 | $12,958.40 | Iris & Co. Invoice #39, #310, #585 | |
| Guest Bedroom | Backing of Fabric for Bedskirt | $306.00 | $356.00 | $35.60 | $48.00 | $439.60 | Iris & Co. Invoice #506 | |
| Guest Bedroom | Labor to Make Bedskirt * ** *** | $770.00 | $825.00 | $82.50 | $0.00 | $907.50 | Iris & Co. Invoice #585 | This item is lost. |
| Guest Bedroom | Lining for Bedskirt | $123.00 | $142.00 | $14.20 | $0.00 | $156.20 | Iris & Co. Invoice #506 | |
| Guest Bedroom | Labor to Make Window Treatments * ** *** | $1,350.00 | $1,370.00 | $137.00 | $0.00 | $1,507.00 | Iris & Co. Invoice #39, #312, #488, #585 | This item is lost. |
| Guest Bedroom | Labor to Make Shade for Guest Bedroom * ** *** | $450.00 | $515.00 | $51.50 | $0.00 | $566.50 | Iris & Co. Invoice #585 | This item is lost. |
| Guest Bedroom | Rug * | $6,577.00 | $7,535.00 | $753.50 | $125.00 | $8,413.50 | Iris & Co. Invoice #515 | This item is lost. |
| Guest Bedroom | Labor to Make, Serge, Deliver, and Install Rug and New Rug Pad | $1,249.00 | $2,627.00 | $262.70 | $0.00 | $2,889.70 | | See payments to Dustin Cox as evidence that custom rug pads were purchased from him. This item is lost. |
| Guest Bedroom | Labor to Make Shower Curtain * ** *** | $475.00 | $550.00 | $55.00 | $0.00 | $605.00 | Iris & Co. Invoice #585 | The shower curtain appears to be one of the items that is Item #1046 ($39.23) in Enservio's report. |
| Guest Bedroom | Labor to Make Shade for Guest Bathroom * ** *** | $320.00 | $370.00 | $37.00 | $0.00 | $407.00 | Iris & Co. Invoice #585 | This item is lost. |
| Guest Bedroom | Pair of Sconces for Bathroom * | $840.00 | $900.00 | $90.00 | $135.00 | $1,125.00 | Iris & Co. Invoice #576 | These items are lost. |
| Gillian's Bedroom | Daybed * | $3,390.00 | $5,990.00 | $599.00 | $325.00 | $6,914.00 | Iris & Co. Invoice #576 | This item is lost. |
| Gillian's Bedroom | Desk * | $579.99 | $1,499.00 | $149.90 | $315.00 | $1,963.90 | Ballard Designs Order | This item is lost. |
| Gillian's Bedroom | Chair for Desk * | | $2,339.00 | $233.90 | $0.00 | $2,572.90 | | This item is lost. |
| Gillian's Bedroom | Labor to Paint Desk and Chair * | $1,400.00 | $1,610.00 | $0.00 | $0.00 | $1,610.00 | Iris & Co. Invoice #566 | |
| Gillian's Bedroom | Bedside Table * | $1,260.00 | $1,330.00 | $133.00 | $150.00 | $1,613.00 | Iris &Co. Invoice #364 | This item is lost. |
| Gillian's Bedroom | Antique White Trumeau * | $4,600.00 | $5,750.00 | $575.00 | $0.00 | $6,325.00 | Iris & Co. Receipt | This item is lost. |
| Gillian's Bedroom | Fabric for Daybed, Bedskirt, Pillows, Window Treatments | $24,024.00 | $25,749.60 | $2,574.96 | $165.00 | $28,489.56 | Iris & Co. Invoice #576 | |
| Gillian's Bedroom | Fabric for Desk Chair, and Window Seat | $3,952.00 | $3,952.00 | $395.20 | $172.00 | $4,519.20 | Iris & Co. Invoice #576 | |
| Gillian's Bedroom | Fabric for Shower Curtain | $1,032.00 | $1,032.00 | $103.20 | $75.00 | $1,210.20 | Iris & Co. Invoice #576 | |
| Gillian's Bedroom | Trim for Desk Chair, Window Seat, and Shower Curtain | $794.00 | $794.00 | $79.40 | $34.00 | $907.40 | Iris & Co. Invoice #569 | |
| Gillian's Bedroom | Labor to Make Bedskirt * ** *** | $495.00 | $545.00 | $54.50 | $0.00 | $599.50 | Iris & Co. Invoice #585 | This item is lost. |
| Gillian's Bedroom | Labor to Upholster Desk Chair * ** | $285.00 | $330.00 | $33.00 | $0.00 | $363.00 | Iris & Co. Invoice #585 | |
| Gillian's Bedroom | Labor to Modify Desk Chair to Accommodate Seat Cushion | $95.00 | $110.00 | $11.00 | $0.00 | $121.00 | Iris & Co. Invoice #585 | |
| Gillian's Bedroom | Labor to Make Cushion for Desk Chair | $235.00 | $270.00 | $27.00 | $0.00 | $297.00 | Iris & Co. Invoice #585 | |
| Gillian's Bedroom | Labor to Make Window Treatments - Longer Panels * ** *** | $1,875.00 | $2,065.00 | $206.50 | $0.00 | $2,271.50 | Iris & Co. Invoice #585 | This item is lost. |
| Gillian's Bedroom | Labor to Make Window Treatments - Shorter Panels * ** *** | $480.00 | $525.00 | $52.50 | $0.00 | $577.50 | Iris & Co. Invoice #585 | This item is lost. |
| Gillian's Bedroom | Labor to Make Window Treatments - Shades * ** *** | $530.00 | $590.00 | $59.00 | $0.00 | $649.00 | Iris & Co. Invoice #585 | This item is lost. |
| Gillian's Bedroom | Lining and Bump for Window Treatments | $1,233.60 | $1,418.64 | $141.86 | $0.00 | $1,560.50 | Iris & Co. Invoice #585 | |
| Gillian's Bedroom | Labor and Cost to Make Window Seat Cushion * ** | $930.00 | $1,023.00 | $102.30 | $0.00 | $1,125.30 | Iris & Co. Invoice #585 | This item is lost. |
| Gillian's Bedroom | Labor to Make Shower Curtain * ** *** | $535.00 | $600.00 | $60.00 | $125.00 | $785.00 | Iris & Co. Invoice #585 | This item is lost. |
| Gillian's Bedroom | Bed Linens from Leontine Linens | $2,050.00 | $2,050.00 | $205.00 | $100.00 | $2,355.00 | Iris & Co. Invoice #559 | This item is lost. |
| Gillian's Bedroom | Pillow from Leontine Linens | $100.00 | $100.00 | $10.00 | $0.00 | $110.00 | | See Leontine Linens estimate #16706 for replacement cost. This item is lost. |
| Gillian's Bedroom | Mattress | $1,599.00 | $1,979.00 | $197.90 | $0.00 | $2,176.90 | Mattress Firm Receipts | This item is lost. |
| Gillian's Bedroom | Trundle and Mattress | $498.00 | $689.00 | $68.90 | $0.00 | $757.90 | Mattress Firm Receipts | These items are lost. |
| Gillian's Bedroom | Chandelier * | $3,390.00 | $5,780.00 | $578.00 | $315.00 | $6,673.00 | Iris & Co. Invoice #253 | This item is lost. |
| Gillian's Bedroom | Antique Gold Leaf Bow Sconces * | | $4,950.00 | $495.00 | $0.00 | $5,445.00 | | This item is lost. |
| Gillian's Bedroom | Pair of Sconces for Bathroom * | $799.80 | $856.00 | $85.60 | $64.20 | $1,005.80 | Iris & Co. Invoice #576 | These items are lost. |
| Gillian's Bedroom | Rug; Labor to Cut, Serge, Deliver, and Install New Rug and Rug Pad | $2,330.00 | $3,290.00 | $329.00 | $75.00 | $3,694.00 | Iris & Co. Invoice #566 | These items are lost. |
| Susie's Bedroom | Bed * | $1,536.00 | $1,536.00 | $153.60 | $199.00 | $1,888.60 | Restoration Hardware Receipts | This item is lost. |
| Susie's Bedroom | Alteration of Canopy | $295.00 | $315.00 | $31.50 | $0.00 | $346.50 | Iris & Co. Invoice #569 | |
| Susie's Bedroom | Two Chests * | $3,545.00 | $5,200.00 | $520.00 | $500.00 | $6,220.00 | Iris & Co. Invoice #253, #426 | The chests appear to be Item #172 ($869.82) in Enservio's report. |
| Susie's Bedroom | Labor to Paint Chests * | $930.00 | $1,070.00 | $0.00 | $0.00 | $1,070.00 | Iris & Co. Invoice #569 | |
| Susie's Bedroom | Dressing Table * | $950.00 | $1,500.00 | $150.00 | $150.00 | $1,800.00 | Iris & Co. Invoice #569 | This item is lost. |
| Susie's Bedroom | Single Antique Lamp | $301.60 | $1,600.00 | $160.00 | $0.00 | $1,760.00 | Iris & Co. Invoice #260 | This item is lost. |
| Susie's Bedroom | Fabric for Bed and Shower Curtain | $43,800.00 | $43,800.00 | $4,380.00 | $810.00 | $48,990.00 | Iris & Co. Invoice #576 | |
| Susie's Bedroom | Backing of Fabric for Bed and Shower Curtain | $1,320.00 | $1,425.60 | $142.56 | $293.00 | $1,861.16 | Iris & Co. Invoice #569 | |

Case 2:22-cv-00021-MHH Document 109-3 Filed 09/16/22 Page 8 of 10

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Susie's Bedroom | Cost of Lining for Bed and Shower Curtain | $165.00 | $180.00 | $18.00 | $0.00 | $198.00 | Iris & Co. Invoice #585 | |
| Susie's Bedroom | Fabric for Canopies and Window Seat | $12,040.00 | $12,040.00 | $1,204.00 | $168.00 | $13,412.00 | Iris & Co. Invoice #576 | |
| Susie's Bedroom | Fabric for Window Treatments - Shades | $3,120.00 | $3,120.00 | $312.00 | $73.00 | $3,505.00 | Iris & Co. Invoice #576 | |
| Susie's Bedroom | Labor to Make Top of Bed Canopy * ** *** | $2,130.00 | $2,345.00 | $234.50 | $0.00 | $2,579.50 | Iris & Co. Invoice #585 | This item is lost. |
| Susie's Bedroom | Labor to Make Panels for Bed * ** *** | $3,168.00 | $3,485.00 | $348.50 | $0.00 | $3,833.50 | Iris & Co. Invoice #585 | This item is lost. |
| Susie's Bedroom | Labor to Make Bedskirt * ** *** | $775.00 | $850.00 | $85.00 | $0.00 | $935.00 | Iris & Co. Invoice #585 | The bedskirt appears to be Item #1062 ($43.59) in Enservio's report. |
| Susie's Bedroom | Silk Bow for Bed Canopy | $500.00 | $500.00 | $50.00 | $25.00 | $575.00 | Iris & Co. Invoice #555 | This item is lost. |
| Susie's Bedroom | Fabric for Pillows | $7,600.00 | $7,600.00 | $760.00 | $105.00 | $8,465.00 | Iris & Co. Invoice #576 | |
| Susie's Bedroom | Labor to Make Bolster Pillow * ** | $210.00 | $230.00 | $23.00 | $0.00 | $253.00 | Iris & Co. Invoice #585 | The custom bolster pillow appears to be Item #610 ($132.98) in Enservio's report. |
| Susie's Bedroom | Labor to Make Insert for Pillow | $225.00 | $247.00 | $24.70 | $0.00 | $271.70 | Iris & Co. Invoice #585 | |
| Susie's Bedroom | Bed Linens from Leontine Linens | $4,850.00 | $4,850.00 | $485.00 | $100.00 | $5,435.00 | Iris & Co. Invoice #559 | These items are lost. |
| Susie's Bedroom | Pillows from Leontine Linens | $100.00 | $100.00 | $10.00 | $0.00 | $110.00 | | See Leontine Linens estimate #16706 for replacement cost. This item is lost. |
| Susie's Bedroom | Labor to Make Window Treatments - Shade for Bedroom * ** *** | $1,340.00 | $1,475.00 | $147.50 | $0.00 | $1,622.50 | Iris & Co. Invoice #585 | This item is lost. |
| Susie's Bedroom | Labor to Make Window Seat Cushion * ** | $1,950.00 | $2,145.00 | $214.50 | $0.00 | $2,359.50 | Iris & Co. Invoice #585 | The window seat cushion appears to be Item #169 ($588.85) in Enservio's report. |
| Susie's Bedroom | Labor to Make Shower Curtain * ** *** | $420.00 | $465.00 | $46.50 | $0.00 | $511.50 | Iris & Co. Invoice #585 | The shower curtain appears to be Item #1047 ($39.23) in Enservio's report. |
| Susie's Bedroom | Labor to Make Window Treatments - Shade for Bathroom * ** *** | $178.00 | $195.00 | $19.50 | $0.00 | $214.50 | Iris & Co. Invoice #585 | This item is lost. |
| Susie's Bedroom | Pair of Sconces for Bathroom * | $799.00 | $856.00 | $85.60 | $64.20 | $1,005.80 | Iris & Co. Invoice #576 | This item is lost. |
| Susie's Bedroom | Rug; Labor to Cut, Serge, Deliver, and Install New Rug and Rug Pad | $2,875.00 | $3,726.50 | $372.65 | $45.00 | $4,144.15 | Iris & Co. Invoice #576 | The rug appears to be Item #319 ($47.63) in Enservio's report. The rug pad appears to be Item #318 ($21.80) in Enservio's report. |
| Caroline's Bedroom | Two Headboards * | $2,200.00 | $4,512.00 | $451.20 | $250.00 | $5,213.20 | Iris & Co. Invoice #138 | The headboards appear to be Item #175 ($979.91) in Enservio's report. |
| Caroline's Bedroom | Two Antique Benches * | $2,380.00 | $6,900.00 | $690.00 | $250.00 | $7,840.00 | Iris & Co. Invoice #260 | The antique benches appear to be Item #252 ($610.29) in Enservio's report. |
| Caroline's Bedroom | Labor to Upholster Antique Benches * ** | $425.00 | $530.00 | $53.00 | $0.00 | $583.00 | Iris & Co. Invoice #260 | See Magali Somers Maus' letter regarding upholstered furniture. |
| Caroline's Bedroom | Fabric for Canopies, Bedskirts, Window Seat, Window Treatments, and Shower Curtain | $14,760.00 | $15,890.00 | $1,589.00 | $250.00 | $17,729.00 | Iris & Co. Invoice #569 | |
| Caroline's Bedroom | Strike Off for Above Fabric | $250.00 | $250.00 | $0.00 | $25.00 | $275.00 | Iris & Co. Invoice #569 | |
| Caroline's Bedroom | Fabric for Canopies and Benches | $3,950.00 | $3,950.00 | $395.00 | $66.72 | $4,411.72 | Iris & Co. Invoice #569 | |
| Caroline's Bedroom | Cost of Lining and Interlining | $325.00 | $390.00 | $39.00 | $0.00 | $429.00 | Iris & Co. Invoice #585 | |
| Caroline's Bedroom | Labor to Make Canopies * ** *** | $900.00 | $990.00 | $99.00 | $0.00 | $1,089.00 | Iris & Co. Invoice #569 | This item is lost. |
| Caroline's Bedroom | Labor to Make Panels for Canopies * ** *** | $1,200.00 | $1,320.00 | $132.00 | $0.00 | $1,452.00 | Iris & Co. Invoice #569 | This item is lost. |
| Caroline's Bedroom | Labor to Make Bedskirts * ** *** | $1,500.00 | $1,650.00 | $165.00 | $0.00 | $1,815.00 | Iris & Co. Invoice #569 | The bedskirts appear to be Items #605 ($43.59) and #609 ($43.59) in Enservio's report. |
| Caroline's Bedroom | Labor to Make Window Treatments - Shade for Bedroom * ** *** | $935.00 | $1,075.00 | $107.50 | $0.00 | $1,182.50 | Iris & Co. Invoice #569 | This item is lost. |
| Caroline's Bedroom | Labor to Make Window Seat Cushion * ** | $1,818.00 | $1,990.00 | $199.00 | $0.00 | $2,189.00 | Iris & Co. Invoice #569 | The window seat cushion appears to be Item #168 ($391.43) in Enservio's report. |
| Caroline's Bedroom | Labor to Paint Desk and Chair * | $1,037.00 | $1,192.00 | $0.00 | $0.00 | $1,192.00 | Iris & Co. Invoice #566 | The antique desk is Item #4 in Magali Somers Maus' first proposal and estimate. The antique chair is Item #5 in Magali Somers Maus' first proposal and estimate. |
| Caroline's Bedroom | Labor to Upholster Desk Chair * ** | $54.00 | $60.00 | $6.00 | $0.00 | $66.00 | Iris & Co. Invoice #585 | See Magali Somers Maus' letter regarding upholstered furniture. The antique desk chair is Item #5 in Magali Somers Maus' first proposal and estimate. |
| Caroline's Bedroom | Labor to Make Shower Curtain * ** *** | $420.00 | $465.00 | $46.50 | $0.00 | $511.50 | Iris & Co. Invoice #585 | The shower curtain appears to be one of the items that is Item #1046 ($39.23) in Enservio's report. |
| Caroline's Bedroom | Labor to Make Window Treatments - Shade for Bathroom * ** *** | $266.00 | $295.00 | $29.50 | $0.00 | $324.50 | Iris & Co. Invoice #585 | This item is lost. |
| Caroline's Bedroom | Rug; Labor to Cut, Serge, Deliver and Install New Rug and Rug Pad | $2,875.00 | $3,726.50 | $372.65 | $45.00 | $4,144.15 | Iris & Co. Invoice #576 | The rug was taken by Brookstone Restoration to Asia Rug Company and appears to be Rug #2 ($1,000.00) in Asia Rug Company's appraisal. The rug pad is lost. |
| Caroline's Bedroom | Bed Linens from Leontine Linens | | $6,690.00 | $669.00 | $100.00 | $7,459.00 | | See Leontine Linens estimate #16711 for the replacement cost. These items are lost. |
| Caroline's Bedroom | French Blue Throw | $265.00 | $350.00 | $35.00 | $25.00 | $410.00 | Iris & Co. Invoice #253 | The throw was cleaned by CRDN, but there is still a strong smoke odor. Additionally, the color has faded and the texture has changed. Chubb may pick up this item from Valet Moving once the claim on this item has been paid. |
| Caroline's Bedroom | Pair of Antique Lamps | $676.00 | $3,900.00 | $390.00 | $0.00 | $4,290.00 | Iris & Co. Invoice #260 | The pair of antique lamps appear to be Item #242 ($324.82) in Enservio's report. |
| Playroom | Sofa * | | $8,280.00 | $828.00 | $903.00 | $10,011.00 | | The sofa appears to be Item #170 ($1,088.91) in Enservio's report. |
| Playroom | Two Chairs * | | $10,980.00 | $1,098.00 | $659.00 | $12,737.00 | | The chairs appear to be Item #171 ($1,447.52) in Enservio's report. |
| Playroom | Large Antiqued Mirror * | $1,813.19 | $3,125.00 | $312.50 | $0.00 | $3,437.50 | Iris & Co. Invoice #260 | The mirror appears to be Item #294 ($1,962.00) in Enservio's report. |
| Playroom | Fabric for Sofa, Chairs, Bolster Pillows, Antique Round Bench, and Dressing Table | $5,188.00 | $10,480.00 | $1,048.00 | $62.00 | $11,590.00 | Iris & Co. Invoice #51, #244, #421 | |
| Playroom | Backing of Fabric for Sofa and Chairs | $317.00 | $348.00 | $34.80 | $76.00 | $458.80 | Iris & Co. Invoice #569 | |
| Playroom | Fabric for Trim on Bolster Pillows | $255.00 | $389.00 | $38.90 | $43.00 | $470.90 | Iris & Co. Invoice #51 | |
| Playroom | Labor to Make Bolster Pillows * ** | $254.40 | $318.00 | $31.80 | $0.00 | $349.80 | Iris & Co. Invoice #51 | |
| Playroom | Antique Iron Daybed * | | $3,500.00 | $350.00 | $0.00 | $3,850.00 | | The antique iron daybed is Item #99 in Magali Somers Maus' second proposal and estimate. A strong smoke odor is still present after treatment. Chubb may pick up this item from Valet Moving once the claim on this item has been paid. |
| Playroom | Fabric for Daybed Cushion, Bolster, and Pillows | | $2,400.00 | $240.00 | $65.00 | $2,705.00 | | See Magali Somers Maus' letter regarding upholstered furniture. |
| Playroom | Labor to Make Cushion, Bolster, and Pillows for Daybed * ** | | $1,255.00 | $125.50 | $0.00 | $1,380.50 | | |
| Playroom | Cost of Materials for Cushion, Bolster, and Pillows for Daybed | | $1,440.50 | $144.05 | $0.00 | $1,584.55 | | |
| Attic | Antique Round Bench * | $595.00 | $950.00 | $95.00 | $0.00 | $1,045.00 | Iris & Co. Invoice #260 | The antique bench appears to be Item #162 ($163.50) in Enservio's report. |
| Attic | Labor to Upholster Round Bench * ** | $45.00 | $350.00 | $35.00 | $0.00 | $385.00 | Iris & Co. Invoice #260 | |
| Attic | Cost of New Materials for Round Bench | | $197.50 | $19.75 | $0.00 | $217.25 | | |
| Basement | Labor to Make Slipcover for Sofa * ** | $1,343.75 | $1,680.00 | $168.00 | $0.00 | $1,848.00 | Iris & Co. Invoice #320 | The sofa slipcovers appear to be Item #119 ($122.08) in Enservio's report. |
| Basement | Fabric for Club Chair Slipcovers | $4,550.00 | $7,320.00 | $732.00 | $125.00 | $8,177.00 | Iris & Co. Invoice #253, #320 | |
| Basement | Labor to Make Slipcovers for Club Chairs * ** | $1,343.75 | $1,670.00 | $167.00 | $0.00 | $1,837.00 | Iris & Co. Invoice #320 | The club chair slipcovers appear to be Item #120 ($712.86) in Enservio's report. |
| Basement | Pre-Wash Fabric for Slipcovers | $380.00 | $425.00 | $42.50 | $87.00 | $554.50 | Iris & Co. Invoice #320 | |
| Basement | Fabric for Bedskirts | | $7,600.00 | $760.00 | $145.00 | $8,505.00 | | |
| Basement | Labor to Make Bedskirts * ** | | $1,650.00 | $165.00 | $0.00 | $1,815.00 | | The bedskirts appear to be Item #122 ($53.41) in Enservio's report. |
| Basement | Fabric for Window Treatments (Living Room - Montevallo Road) | $21,420.00 | $23,436.00 | $2,343.60 | $90.00 | $25,869.60 | Iris & Co. Invoice #421 | |
| Basement | Labor to Make Window Treatments (Living Room - Montevallo Road) * ** | $3,325.00 | $3,657.50 | $365.75 | $0.00 | $4,023.25 | Iris & Co. Invoice #421 | The custom window treatments appear to be Item #121 ($283.40) in Enservio's report. |
| Basement | Lining and Interlining for Window Treatments (Living Room - Montevallo Road) | $2,502.00 | $3,100.00 | $310.00 | $0.00 | $3,410.00 | Iris & Co. Invoice #421 | |
| Basement | Fabric for Window Treatments (Dining Room - Montevallo Road) | $15,780.00 | $20,460.00 | $2,046.00 | $140.00 | $22,646.00 | Iris & Co. Invoice #39, #310 | |
| Basement | Labor to Make Window Treatments (Dining Room - Montevallo Road) * ** | $3,552.00 | $4,440.00 | $444.00 | $0.00 | $4,884.00 | Iris & Co. Invoice #39, #312, #497 | The custom window treatments sustained significant water damage due to the fire. A strong smoke odor was still present after cleaning. |
| Basement | Lining and Interlining for Window Treatments (Dining Room - Montevallo Road) | $561.86 | $653.00 | $65.30 | $0.00 | $718.30 | Iris & Co. Invoice #39, #312 | |
| Basement | Fabric for Window Treatments (Susie's Bedroom - Montevallo Road) | $5,130.00 | $6,412.50 | $641.25 | $61.00 | $7,114.75 | Iris & Co. Invoice #338 | |
| Basement | Labor to Make Window Treatments (Susie's Bedroom - Montevallo Road) * ** | $1,275.00 | $1,600.00 | $160.00 | $0.00 | $1,760.00 | Iris & Co. Invoice #421 | The window treatments appear to be one of two sets of window treatments included as Item #123 ($270.32) in Enservio's report. |
| Playroom | Labor to Make Custom Skirt for Dressing Table * ** | $415.00 | $520.00 | $52.00 | $0.00 | $572.00 | Iris & Co. Invoice #260 | The custom skirt sustained significant water damage due to the fire. A strong smoke odor was still present after cleaning. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Basement | Labor to Add Trim on Bumper Pads, Crib Skirt, and Baby Blanket * ** | $354.00 | $442.50 | $44.25 | $0.00 | $486.75 | Iris & Co. Invoice #108 | The bumper pads, crib skirt, and baby blanket appear to be Item #118 ($152.60) in Enservio's report. |
| Basement | Fabric for Window Treatments (Caroline's Bedroom - Montevallo Road) | $5,130.00 | $6,415.00 | $641.50 | $604.35 | $7,660.85 | Iris & Co. Invoice #388 | |
| Basement | Labor to Make Window Treatments (Caroline's Bedroom - Montevallo Road) * ** | $1,400.00 | $1,750.00 | $175.00 | $0.00 | $1,925.00 | Iris & Co. Invoice #388 | The window treatments appear to be one of two sets of window treatments included as Item #123 ($270.32) in Enservio's report. |
| Basement | Bed * | $1,149.00 | $1,236.00 | $123.60 | $199.00 | $1,558.60 | Restoration Hardware Receipts | The bed appears to be Item #344 ($0.00) in Enservio's report. It sustained significant water damage as a result of the fire. Chubb may pick up this item from Valet Moving once the claim on this item has been paid. |
| Basement | Fabric for Four Chairs from Pub Table | | $815.00 | $81.50 | $28.00 | $924.50 | | See Magali Somers Maus' letter regarding upholstered furniture. The chairs are Item #76 in Magali Somers Maus' second proposal and estimate. |
| Basement | Labor to Upholster Four Chairs from Pub Table * ** | | $625.00 | $62.50 | $0.00 | $687.50 | | |
| Basement | Pair of Sconces * | $1,980.00 | $2,850.00 | $285.00 | $0.00 | $3,135.00 | Iris & Co. Invoice #44, #310 | See Magali Somers Maus' letter advising the rewiring of light fixtures. The City of Mountain Brook's Electrical Code requires that all installed light fixtures have Underwriters Laboratories (UL)-certified wiring. It is more cost-effective to replace these light fixtures with new ones--which come UL-wired--than to go through the process of having these light fixtures rewired with the necessary UL certification. Chubb may pick up this item from Valet Moving once the claim on this item has been paid. |
| Basement | Sisal for Rugs (Includes Kitchen and Upstairs Hallway Runners) | $15,644.00 | $18,648.48 | $1,864.85 | $377.00 | $20,890.33 | Iris & Co. Invoice #454, #515 | |
| Basement | Cost of New Rug Pads for Rugs in Basement | | $5,490.00 | $549.00 | $0.00 | $6,039.00 | | See payments to Dustin Cox as evidence that custom rug pads were purchased from him. |
| Basement | Labor to Cut, Serge, and Deliver New L-Shaped Rug & Rug Pad | | $1,755.00 | $175.50 | $0.00 | $1,930.50 | | The L-shaped rug appears to be Item #143 ($592.18) in Enservio's report. The L-shaped rug pad appears to be Item #144 ($42.51) in Enservio's report. |
| Basement | Labor to Cut, Serge, and Deliver New Rugs and Rug Pads - 13' x 11' | | $4,000.00 | $400.00 | $0.00 | $4,400.00 | | The rugs appear to be Item #145 ($2,182.18) in Enservio's report. The rug pads appear to be Item #148 ($521.02) in Enservio's report. |
| Basement | Labor to Cut, Serge, and Deliver New Rug + Rug Pad - 13' x 12' | | $2,095.00 | $209.50 | $0.00 | $2,304.50 | | The rug appears to be Item #146 ($1,190.28) in Enservio's report. The rug pad appears to be Item #147 ($260.51) in Enservio's report. |
| Outdoor Furniture | Sofa with Custom Cushions * | $3,725.00 | $4,850.00 | $485.00 | $281.00 | $5,616.00 | Iris & Co. Invoice #320 | See Magali Somers Maus' letter regarding upholstered furniture. The sofa has a very strong smoke odor. Chubb may pick up this item from Valet Moving once the claim on this item has been paid. |
| Outdoor Furniture | Two Chairs with Custom cushions * | $3,230.00 | $3,890.00 | $389.00 | $269.00 | $4,548.00 | Iris & Co. Invoice #320 | See Magali Somers Maus' letter regarding upholstered furniture. The chairs have a very strong smoke odor. Chubb may pick up these items from Valet Moving once the claim on these items has been paid. |
| Outdoor Furniture | Coffee Table * | $1,200.00 | $1,695.00 | $169.50 | $75.00 | $1,939.50 | Iris & Co. Invoice #320 | The coffee table has a very strong smoke odor. Chubb may pick up this item from Valet Moving once the claim on this item has been paid. |
| Outdoor Furniture | Table and Six chairs * | $6,744.77 | $6,950.00 | $695.00 | $425.00 | $8,070.00 | Iris & Co. Invoice #421 | The table and chairs have a very strong smoke odor. Chubb may pick up these items from Valet Moving once the claim on these items has been paid. |
| Outdoor Furniture | Fabric for Pillows | $450.00 | $475.00 | $47.50 | $28.00 | $550.50 | Iris & Co. Invoice #421 | |
| Outdoor Furniture | Wicker Outdoor Furniture * | $3,080.00 | $4,850.00 | $485.00 | $388.00 | $5,723.00 | Iris & Co. Invoice #327 | These items are lost. |
| Outdoor Furniture | Labor to Paint Wicker Furniture * ** | $1,250.00 | $1,550.00 | $155.00 | $0.00 | $1,705.00 | Iris & Co. Invoice #569 | |
| Exterior Lighting | Custom Lantern for Front Porch * | $11,720.00 | $14,900.00 | $1,490.00 | $1,100.00 | $17,490.00 | Iris & Co. Invoice #559 | This item is lost. |
| Exterior Lighting | Four Exterior Wall Lanterns * | $4,880.00 | $4,880.00 | $488.00 | $625.00 | $5,993.00 | Iris & Co. Invoice #559 | These items are lost. |
| Miscellaneous | Blackout Shades for All Bedrooms and Bathrooms | $9,486.00 | $9,486.00 | $948.60 | $150.00 | $10,584.60 | Iris & Co. Invoice #559 | These items are lost. |
| Miscellaneous | Labor to Measure and Install Blackout Shades | $440.00 | $440.00 | $0.00 | $0.00 | $440.00 | Iris & Co. Invoice #559 | |
| Miscellaneous | All Rods, Brackets, and Rings for Window Treatments | $6,559.00 | $8,573.72 | $857.37 | $87.00 | $9,518.09 | Iris & Co. Invoice #506, #559, $569 | These items are lost. |
| Miscellaneous | Lamp Shades - Large (10) | $1,540.00 | $3,000.00 | $300.00 | $0.00 | $3,300.00 | Invoice #159, #260 | A strong smoke odor is still present after cleaning. Chubb may pick up these items from Valet Moving once the claim on these items has been paid. |
| Miscellaneous | Lamp Shades - Medium (5) | | $875.00 | $87.50 | $0.00 | $962.50 | Invoice #260 | Some of the lamp shades appear to be included as Item #177 ($87.09) in Enservio's report. A strong smoke odor is still present after cleaning the remaining lamp shades. Chubb may pick up these items from Valet Moving once the claim on these items has been paid. |
| Miscellaneous | Lamp Shades - Small (15) | | $705.00 | $70.50 | $0.00 | $775.50 | Invoice #260 | A strong smoke odor is still present after cleaning. Chubb may pick up these items from Valet Moving once the claim on these items has been paid. |
| Miscellaneous | Installation of Art | $625.00 | $625.00 | $62.50 | $0.00 | $687.50 | Invoice #569 | |
| Miscellaneous | Iris & Co. Inc. - Hourly Charges for Dell Road - 650 hours @ $200/hour | | $130,000.00 | $0.00 | $0.00 | $130,000.00 | Iris & Co. Letter | |
| | Receiving and Initial Storage Fees (* Items Included in Receiving and Initial Storage Fees) | | $5,900.00 | $0.00 | $0.00 | $5,900.00 | | |
| | Delivery Fees (** Items Included in Delivery Fees) | | $7,500.00 | $750.00 | $0.00 | $8,250.00 | Misc. Iris & Co. Invoices | |
| | Installation Fees (*** Items Included in Installation Fees) | | $3,220.00 | $0.00 | $0.00 | $3,220.00 | Misc. Iris & Co. Invoices | |
| | TOTAL | | | | | $1,336,273.30 | | |

| Amount | Date | Notes |
|---|---|---|
| $1,500,000.00 | 11/18/2019 | Total Contents Coverage Available |
| -$9,935.44 | 12/08/2019 | Chubb payment to CRDN of Birmingham |
| -$1,993.16 | 12/16/2019 | Chubb payment to CRDN of Birmingham |
| -$9,060.00 | 01/13/2020 | Chubb payment to Charles & Alexandra Goodrich - Check #4675316 - ALE ($2,228.64) & Contents ($9,060.00) |
| $9,060.00 | | See Jeremy Elliott - Email re Valet Moving Expense |
| -$204,463.30 | 01/14/2020 | Chubb payment to Charles & Alexandra Goodrich - Check #4679684 - Enservio Total Loss Contents ($141,963.30), Magali Maus ($53,500.00), Asia Rug ($9,000.00) |
| -$1,012.81 | 02/25/2020 | Chubb payment to CRDN of Birmingham |
| -$25,000.00 | 03/30/2020 | Chubb payment to Charles & Alexandra Goodrich - Check #4830788 - Magali Somers Maus - Advance #2 |
| -$47,177.45 | 04/13/2020 | Chubb payment to Charles & Alexandra Goodrich & Brookstone Restoration - Brookstone Pack-Out Invoice |
| $47,177.45 | | DISPUTED; check voided and shredded |
| -$23,825.00 | | Magali Somers Maus - Remaining Balance for Estimate #1 |
| -$15,000.00 | | Magali Somers Maus - Estimate #2 |
| -$1,336,273.30 | | Contents Claim |
| $9,000.00 | | CREDIT - Asia Rug Appraisal |
| $24,501.10 | | CREDIT - Enservio Report |
| $7,500.00 | | CPI |
| **-$76,501.91** | **07/13/2020** | **TOTAL; submitted portion of contents claim exceeds the contents coverage available** |

Goodrich Production 8575

DEFENDANT'S EXHIBIT 7
PENGAD 800-631-6989

Mar 1?, 2020, 8:17 AM

Would love to get the rest of your collection, so that I could draft the last estimate for Chubb. I am now working full time in my studio ;-)) do you think Brad could bring me the rest???

You bet!!! You have room for everything?

I believe so.

Mar 16, 2020, 11:12 AM

How is this afternoon?

Perfect!

Mar 16, 2020, 3:32 PM

Thank you for helping organize the next delivery.

On my hand, I have item 1,2,3,26and 27 ready. Brad is getting them. So the upholsterer can do his magic. And I guess the children's chairs can go to storage or to you ;-))

Of course!! That should be all of the antiques. There may be one more delivery of non-antiques—it was just going to take me awhile to prioritize those!

Thank you! Please do that delivery as soon as possible so that I can finish the second estimate for Chubb! Stay safe... I will notify you as soon as I have a few more pieces ready.

I think we're maxed out on the contents coverage 😬

It's just a decision of whether the pieces mean enough to us to have you try to repair them

Oh no!!!

I know. Next time we'll pay more attention to the details!!!

But it's ok — there's plenty that we claimed that we don't

Goodrich Production
8576

have to replace. I think it'll work out just fine!

Don't hold back on your estimates though! My goal was to max out the policy between you and Iris so that I wouldn't have to get into the nitty gritty stuff

I understand. Thank you for your honesty.

Mar 20, 2020, 2:56 PM

Hope you are surviving these crazy times... we have been lucky kids have had online school... so I was able to work on your collection.
I have items: 31 ( set of 12 dining room chairs) 21 ( pair of painted stools) and item 8 ( armoire with daybed ready)
let me know if you want Brad to come and get them... stay safe ..

So far so good! Gil has had online school so we've been pretending the other two did as well ☺️ Brad can come get them any time! Is it easier for you to coordinate with him? Just let me know. Stay well!!!

Thank you. I will get in touch with him. Will have estimate 2 ready soon... I am so thankful for your work.

Silver linings!! I love working with you. And brad and the whole crew!



CONFIDENTIAL

DEFENDANT'S EXHIBIT 8

**DR. MARYCATHERINE MCCLAIN RINER**
**1990 Augusta Street, STE 1000**
**Greenville, SC 29605**
**864-608-0446 (phone)**
**801-912-1293 (fax)**
**drmarycatherine@rinercounseling.com**

EXPERT REPORT

Goodrich v. Pacific Indemnity Co.

## Reason for Referral and Medical Opinion

Attorney Charles Dauphin with Dauphin Paris, LLC asked for a review regarding the conduct of Pacific Indemnity on adjusting the claims of Alexandra and Charles Goodrich—specifically to determine whether Pacific's conduct constituted gaslighting. As part of the review, I conducted an evaluation of Alexandra Goodrich to determine whether she suffered emotional and mental distress associated with gaslighting. The manner in which Alexandra was treated during the claims process more likely than not caused, contributed to, and aggravated and/or accelerated her personal and emotional injuries.

## Gaslighting

Gaslighting is a specific type of emotional and psychological abuse, a form of manipulation, to undermine an intended or target person's mental stability (Welch, 2008). Specifically, the *gaslighter* desires to maintain power and control over a *gaslightee* who gradually questions her sense of reality—resulting in confusion, anxiety, self-doubt, distrust, and the urge to isolate. It is the covert destabilizing behaviors, language, and overall mental manipulations that facilitate the process of gaslighting.

Although gaslighting often happens between individuals, it is not uncommon to be betrayed by an institution when expectations and beliefs are not honored, respected, or fulfilled. Examples and flags may include misconduct, covering up reprisals, case mismanagement, delaying explanations, and inconsistent action (King and Scudder, 2013). Experiences may be denied or criticized, and allegations are not truly investigated. Stonewalling is also common.

The psychological manipulations of gaslighting involve various tactics and strategies, such as minimization, selective attention, diversion, deliberate vagueness, covert intimation, threats, guilt/shame tripping, ignorance, and/or projection blame (Simon 2010). Other examples of gaslighting include withholding information, pretending to forget something/denying a situation, trivializing a feeling as not important, and diverting by changing the subject of focus. Sample statements may include "you are imagining things", "stop overacting, you are too sensitive", "I do not know what you are talking about", or "you are not remembering things correctly." When these behaviors are

frequently used in combination, mental health (e.g., hopeless, helpless, overwhelmed, anxious) distress significantly increases. It should also be noted that individuals who have difficulty tolerating uncertainty may be more vulnerable to the experiences of gaslighting. Being a female also increases risk.

The long-term impact of gaslighting can lead the *gaslightee* to start to believe that he/she cannot trust themselves—often leading to psychological trauma, anxiety, insomnia, and related distress. Victims begin to question memories, actions, thoughts, recollections, and overall experiences. OCD can develop from the "doubting disease" triggered by master gaslighting (Gots, 2021).

**Actions of Pacific and Gaslighting**

**I have been provided and have reviewed the complaint, deposition of James Elliott, the deposition of Jerry Rudoshko, the deposition of Wally Hasseig, the Affidavit of Alexandra Goodrich, the Examination Under Oath of Alexandra Goodrich and numerous emails and correspondence. A complete list of the documents provided is attached hereto. I have also completed a clinical interview with Alexandra Goodrich.**

A review of the records and documents presented indicate numerous instances and examples where gaslighting took place. For example:

Elliott laughed at Alexandra upon her asking for payment of the cost to rebuild the house rather than repair the house, as emotionally a rebuild is more likely than not to return the house to the way it was before the fire. Likewise, the best option to prevent the smoke odor from recurring in the future. Elliott told her "you just want a new house."

The statement to Alexandra by the fire adjuster Pacific retained to discover the cause of the fire provided a second example. Specifically, that the "new mortgage payment must not have been as much fun as you thought it would be."

Third, Elliott's statement to Alexandra that she wanted Pacific to pay for the entire remodeling of her "dad' s rental property" to the statement from Ms. Moss that Alexandra's replacement costs were "so inflated that they were almost fraudulent" were further symbolic of gaslighting.

Elliott's statement that the value of Alexandra's contents was well below the policy limits represented a false assumption from Elliott. Similarly, Elliott's statement to Alexandra that there were no smoke remediation companies that offered a no smoke odor guarantee was false. Mr. Zlotnick, who Chubb had used in the past, offered such a guarantee on smoke remediation projects he performed. Elliott later offered Biosweep as a company that offered a no smoke order guarantee.

CONFIDENTIAL

Based on records reviewed, Elliott reported to Alexandra and others that there was no physical damage within the master bedroom/bathroom and therefore Pacific would not tear down the sheetrock or remove the insulation from that area. It should be noted that Elliott previously had told Ms. Palk, an underwriter with Chubb, that the entire house would be taken down to "the studs." He also told a representative of Enservio that the smoke was throughout the home.

Alexandra had submitted an extensive and detailed spreadsheet to support her claim for damaged contents. The spreadsheet listed the original invoice price, the replacement cost, freight expense, and taxes. Ms. Moss said there was insufficient documentation to support the replacement values. Next, Alexandra submitted an affidavit from her interior decorator. This affidavit stated that the submitted replacement costs are the costs that would be charged for the Goodriches to replace the items.

In Alexandra's Examination Under Oath, Ms. Moss demanded the interior decorators' "back-up" for the replacement costs that were provided by the interior decorator originally. In November 2020, Ms. Moss stated she was unable to accept proof of loss as it was inconsistent with prior documentation submitted, without any further explanation. Elliott, the adjuster, testified that he does not typically get affidavits from vendors and that the affidavit in this case is more documentation than he would normally get. He then stated that the affidavit would be critical because it said this is what it would cost "one to one."

In letters in May 2020 and May 2021, Ms. Moss accused Alexandra of submitting duplicate charges for her landscape and architectural costs. Both appeared to be false accusations; Pacific recently stated it does not take issue with an architect overseeing a repair. Jerry Rudoshko, another adjuster for Chubb, has stated that the charge for the architect in an estimate for repair and the charge for an architect in the estimate for a rebuild were an either/or situation.

Elliott obtained an appraisal of decorator rugs from a rug repair shop, and Pacific paid the appraised value. When Alexandra notified Pacific that the rug repair shop did not buy or sale rugs, and that the appraised value was not the replacement cost, Pacific ignored Alexandra's email and refused to explain the discrepancy.

Ms. Moss stated in a May 15, 2020 letter that Pacific had paid $1.4 million toward the cost of repairing the house and "was willing to pay" an additional $124,000. Pacific never issued a check for this amount.

In her May 19, 2021 letter, Ms. Moss states that Pacific will pay an additional $268,000 toward the dwelling claim but withheld payment for over two months when the Goodriches refused to further discuss the claim until the payment was made.

CONFIDENTIAL

Elliott stated in a letter at the beginning of the claim process that his goal at the end of the claims process was to be able to "explain how Pacific based the settlement proposal it would make." Pacific's only settlement proposal was that it would make a final settlement offer only if the Goodriches reduced their claim.

In summary, the above references are classic examples of gaslighting—whether it was accusing Alexandra of making duplicate claims to stating that her content values were well below the policy cap or refusing to reply to the dispute over the Asian rug appraisal vs repair costs and paying only the appraised value. Other examples included stating Alexandra's replacement costs are so inflated to be almost fraudulent, asserting that the documentation of the lost contents claim was insufficient, stating the master bathroom and bedroom had not suffered any physical damage, and would not be taken down to the studs. Pacific further asserted it would pay an additional specific amount yet never made the payment—adding to the confusion and frustration suffered by Alexandra.

I conducted an evaluation of Alexandra by Zoom on 02-07-23; 02-21-23. The primary goal of the evaluation was to determine what emotional distress and mental anguish was suffered by Alexandra—specifically influenced and impacted by the conduct of Pacific.

**Tests Administered**
Beck Anxiety Inventory (BDI)
Beck Depression Inventory (BAI)
The Millon Clinical Multiaxial Inventory (MCMI-3)
Minnesota Multiphasic Personality Inventory (MMPI-2)
PTSD Checklist 5 (PCL-5)
Impact Events Scale (IES)
Clinical Interview

**Relevant Background Information and Presenting Concerns**
Alexandra was born and raised in Birmingham, Alabama. Presently, she lives in Mountain Brook, Alabama. She grew up in the Methodist church and believes her faith is an important part of her healing and strength. In her spare time, she enjoys her children and her role as a mother, horses, reading, and spending time with friends.

Alexandra noted that her parents divorced at the age of 18. She reported a strong, loving, and supportive relationship with her biological parents. She has 2 siblings, ages 38 and 34. Presently, Alexandra has been married for 17 years. This marriage is "extremely satisfying" and they have 3 children, Gillian (15), Susie (12), and Caroline (8). She finds much meaning and joy in being a mother.

At the age of 26 years, Alexandra was diagnosed with Obsessive Compulsive Disorder and was prescribed 50 (mg) of Zoloft to better manage symptoms consistent with obsessive compulsive disorder (OCD). She noted continuing to struggle with

perfectionism and procrastination but has learned to cope by being extremely organized and thorough.

On November, 18, 2019, a fire significantly damaged a home built 5 months prior. The Goodriches were insured by a Masterpiece Homeowners Policy issued by Pacific Indemnity Company. Alexandra took responsibility for providing the documentation and working with Pacific on the claims process. She also assumed responsibility for the reconstruction of her home while consulting with her husband on major decisions.

Alexandra began working with Jeremy Elliott, Pacific's adjuster, in order to initiate the claims process, which would determine the extent of her home repair.

**The Claims Process**

Alexandra noted that Mr. Elliott initially informed her that Chubb would assist in "taking care" of her family following the fire tragedy. She described how the supposedly "simple process" led to a feeling a loss of control ("no control") and feeling "overwhelmed." For example, she reported that Mr. Elliott removed personal items from the residence (e.g., rugs and sofa) without her prior knowledge and permission. She also felt she had little to no control over Brookstone Remediation in the debris removal and clean-up of her burned home. For instance, in removing cabinets and countertops, Alexandra was not informed as to which restoration companies were removing which cabinets and when. Later, Pacific worked (without consent or permission) to have Brookstone lessen the scope of the planned soda blasting process—which was intended to reduce the chances of smoke odors in the future. This led to feeling violated, distrustful, and a sense of complex grief.

Eventually, the Goodriches chose to demolish the house and rebuild rather than repair the house. Following this decision, Pacific refused to cover the cost of smoke remediation stating that "it would not pay for that cost of repair because the service was no longer needed due to the rebuild." Alexander understood that the policy would cover the cost of the repair at the time of the loss and that the cost of the smoke remediation was part of the repair and would be paid. This led to further feelings of confusion and distrust caused by the actions of and her interactions with the insurance adjuster.

In April 2020, Pacific suggested the Goodriches make a global settlement offer. After the Goodriches made the settlement offer, Pacific did not make a counter settlement offer, yet attacked the basis of the Goodriches global offer (e.g., Moss letter of May 15, 2020). Pacific never responded with a global settlement offer of its own. Alexandra felt ignored and discounted by the insurance company, which had requested the global settlement offer.

As to the contents claim, Alexandra created a detailed contents inventory listing out each item, original cost, replacement cost, estimated shipping, and tax. She included pictures,

CONFIDENTIAL

invoices, and receipts. She also submitted an affidavit from an industry-recognized interior decorator that the replacement costs were costs she would charge Alexandra to replace certain items. The interior designed also detailed her actions in determining replacement costs. Despite the effort and intention, Alexandra was informed that she had not provided sufficient documentation. She began questioning if her mathematics were accurate and worried about making mistakes. This created additional feelings of helplessness and hopelessness. Feedback was given by Pacific that Alexandra's replacement costs were so inflated as to be "almost fraudulent." This language further fueled self-doubts and fear/worry. Pacific further refused to pay any further amount on submitted claims unless the Goodriches agreed to reduce the amount of their claim.

It should also be noted that in the beginning of the claim process, Jeremy informed Alexandra that Chubb would pay her $5000 immediately to help her purchase clothing for her family as everything was lost in the fire, yet never did; he stated he was "confident the contents were well below the contents coverage cap" and wrote that his goal at the end of the claims process was to be able to explain how Pacific based the settlement proposal. Alexandra noted that the interactions and communications became "more hostile and passively aggressive." For example, making comments that "you just want a brand-new house," to the impact of changes on her and her family's lifestyle, and the grief around items and memories lost (including future visions) became much more emotionally heavy.

Alexandra reported the experiences with Pacific have added layers of complex grief to what she was already experiencing due to the loss of her home. She continues to struggle with feeling powerless, helpless, and anguish overall. She feels wrongfully blamed by Pacific despite consistently answering questions, submitting evidence, and addressing concerns. She continues to have feelings of inadequacy and incompetency.

The treatment by insurance members and the gaslighting tactics employed in general have more likely than not impacted her ability to enjoy life, complete household duties, engage presently with family/friends, and trust herself in general. Similarly, she noted sleeping poorly.

**Medical History**

She is focused on eating healthy and balanced meals as well as exercising 2-4 times per week. She reported difficultly falling asleep and remaining asleep—noting intrusive thoughts (e.g., what insurance company has done or said), unwanted images, and difficulty catching her breath. Alexandra reported sleeping 4-5 hours per night and quality is poor. At times, she takes Tylenol PM.

**Academic and Employment History**

Alexandra reported being an honor roll student. Alexandra denied tutors and academic struggles. She received a Bachelor's degree in English from Birmingham Southern.

CONFIDENTIAL

Currently, Alexandra is a full-time mother. She denied being fired from previous positions and denied a legal history.

**Other Psychiatric Symptoms**

Alexandra completed the Beck Depression and Beck Anxiety Inventory, as well as a checklist of clinical symptoms experienced when or thinking about her experiences in non-school areas of her life (e.g., in general).

At the initial assessment on the *Beck Depression Inventory*, Alexandra received a score of 15, suggesting mood disturbances. Sample statements related to loss of interest, sleep difficulty, indecision, irritability, and physical health concerns. On the *Beck Anxiety Inventory*, Alexandra received a score of 25, which indicated moderate anxiety. A score of 36 would suggest severe anxiety. Sample statements she endorsed on the questionnaire included: fear of worst happening, being unable to relax, pounding heart rate, and loss of control.

During the clinical interview, Alexandra denied active suicidal thoughts, intentions, and plans. Likewise, she denied active homicidal thoughts, intentions, and plans. Alexandra did not express significant concerns with delusions, jealousy, or other symptoms of significant mental distress.

**Personality Assessments**

**The Millon Clinical Multiaxial Inventory** (3rd revision) is a 175-item, 28-scale questionnaire that assesses for the presence of clinical personality patterns, severe personality pathology, clinical syndromes, and severe clinical syndromes. The Millon was originally designed to correspond to the diagnostic categories of the DSM-III and the current revised version of the Millon corresponds to the categories found in DSM-IV. Like most objective personality tests, the Millon includes a number of validity scales intended to detect invalidated responding.

Examination of this individual's protocol revealed a **valid** profile, and elevated scales are described below. It should be noted that based on scores, Alexandra tends to avoid self-disclosure. The nondisclosure to divulge matters of a personal nature, problematic or not.

**Clinical Personality Scales**

Compulsive: Individuals with this pattern are socially isolative with minimal personal attachments and obligations; disengagement could be due to protection or preference, and are often passively engaged due to low energy and low desire for close relationships.

EE Turbulent type: These individuals have a strong drive and are seen as vivacious. This pattern is associated with vulnerability to discomfort coming from of passivity or stagnation of activity. While highly positive when circumstances are favorable, they are also prone to decompensation when under distress.

**Severe Personaliality Pathology**
*None Identified

**Clinical Syndromes**
Anxiety: Anxious individuals often report feeling either vaguely apprehensive or specifically phobic. They are typically tense, indecisive, and restless, and they tend to complain of physical discomfort such as tightness, excessive perspiration, ill-defined muscular aches, and nausea. Most anxious individuals exhibit a generalized state of tension, manifested by inability to relax, fidgety movement and an unusually sensitive startle response. Somatic discomfort such as clammy hands or upset stomach is also characteristic. Also notable are worrisome thoughts and an apprehensive sense that problems are imminent, a hyper-alertness to ones environment, edginess, and generalized touchiness. A review of the patient's responses to specific items will aid in determining whether he or she is primarily phobic, and more specifically, if the phobia is of a "simple" or "social" nature.

*Elevated trauma symptoms, although not at clinical or statistical significance

**Severe Syndromes**
None Identified*

Alexandra appears to be well-functioning, adaptive, and without major personalality disturbances—although currently undergoing significant psychological stressors and exhibiting symptoms that are based on situational distress. Alexandra likely becomes frustrated and anxious about circumstances outside of her control. This pattern also leads to downplaying distressing emotions. When feeling rejected or misunderstood, Alexandra experiences self-doubt and uncertainty. She is fearful of being viewed as irresponsible or slack in her efforts, concerned she will not meet the expectations of others. She copes via perfectionism. Fatigue often precipitates depression.

Based on responses to items and symptoms endorsed, Alexandra exhibits strong tendencies of compulsive personalality disorder. When in a healthy state, Alexandra likely exhibits ambition, optimism, and a positive energy. On the other hand, when under distress, Alexandra attempts to mask her frustration until she reaches the point of depletion—leading to clinical depression.

**MINNESOTA MULTIPHASIC PERSONALIALITY INVENTORY – 2**
The **Minnesota Multiphasic Personaliality Inventory - 2** is an objective, self-report personalality inventory that is widely used in research and in clinical practice to assess psychopathology. The test is comprised of 567 statements to which the respondent may indicate "true," "false," or "cannot say." The person's responses to these statements are scored on 10 clinical scales that assess major categories of psychopathology. Several valialidity scales assess the person's test-taking attitudes and serve to indicate the valialidity and reliability of the clinical scale profile. Various Content and Supplementary scales provide additional information regarding the respondent's symptoms and

psychological functioning. Interpretation of the MMPI-2 is based on the code type of the clinical scales, which is the two highest elevated clinical scales at a T score of 65 or higher. The MMPI-2 code type is defined by writing the numbers of the two scales involved with the most elevated one first. When the two highest clinical scales have identical T scores, they are listed in numerical order.

Valialidity Scales:

L – Normal (T – 57) – These clients are able to achieve an appropriate balance between admitting and denying minor social faults. They may be sophisticated persons who are attempting to create a favorable self-image.

K – Slightly elevated (T–70) – These clients are willing to acknowledge distress and can be vulnerable.

F – Normal (T – 55)– These clients are willing to acknowledge a typical number of unusual experiences.

VRIN – Normal --Indicates normal levels of response inconsistency.

TRIN – Normal -- Indicates normal levels of response inconsistency.

Clinical Scales:
Elevation on 2-7 – These clients are often anxious, tense, worried, and vulnerable to real and imagined threat. Clients may anticipate problems before they occur, experience fatigue or exhaustion, depression, and intrusive rumination. Individuals have high expectations for self and others, at times feeling insecure, inadequate, or/and inferior. Individuals demonstrate meticulous and perfectionistic behavior. It is also common to see obsessive compulsive tendencies.

Harris-Lingoes Scales:
Psychomotor Retardation (D2) – These clients avoid social relations and they have difficulty in starting to do things.

Need for Affection (Hy2) – These clients are often naively optimistic and trusting, and have a strong need for affection from others.

Inhibition of Aggression (Hy5) – These clients report sensitivity, are decisive, and deny aggressive impulsive.

Naivete (Pa3) – These clients are high strung, overly sensitive, and feel misunderstood. Individuals desire honesty and have high moral standards.

Content Scales:

CONFIDENTIAL

Anxiety – These clients report general symptoms of anxiety, nervousness, worries, and sleep and concentration difficulties. They have difficulty making decisions. They fear losing their minds and are afraid that they are about to go to pieces. They find life a strain and work under a great deal of tension and stress.

Supplementary Scales:
Anxiety – These clients are reporting an ever-increasing level of generalized distress and negative emotionality that may be totally debilitating. They frequently are seen as maladjusted and emotionally upset, which may reflect a situational crisis or a more chronic problem.

**Critical Items Endorsed:**

- I am easily awakened by noise
- I believe I am more nervous than most others
- I have difficulty in starting to do things
- I do not blame people for trying to grab everything they can get in this world (True)
- I frequently worry about my health
- I have more fears compared to friends
- At times my thoughts have raced ahead faster than I could speak them

The MMPI-2 results suggest that Alexandra is overwhelmed by anxiety. Under distress, Alexandra feels helpless and confused. With her level of symptoms, it is easy for Alexandra to react to stress and experience behavioral deterioration. Somatic concerns are a physical manifestation of emotional concerns.

**Behavioral Observations**
Alexandra arrived early for her evaluation. Alexandra was responsive to questions and engaged. Rapport was easily established. Mood and affect were congruent and eye contact was appropriate. Content was logical and cohesive.

Throughout the evaluation, Alexandra was able to sustain attention and concentration, and there were no overt signs of mental distress. Alexandra seemed to put forth her best effort on all tasks; therefore, it is believed that this evaluation is a valid and reliable estimate of her current level of cognitive abilities, emotional coping, and overall behavioral functioning.

**PTSD Checklist 5 (PCL-5)**
The **PCL-5** is a 20 item self-report measure of the 20 DSM-5 symptoms of PTSD. The 4 main domains include: re-experiencing, avoidance, negative alterations in mood and thought, and hyper-arousal. Scores range from 0-80. The mean score, which is based on dividing the subscale scores, provides a severity of symptoms rating (0-5).

Re-experiencing: 16 out of 20

CONFIDENTIAL

Avoidance: 6 out of 8
Negative Alterations: 18 out of 28
Hyper-arousal: 15 out of 24

AliAlexandra's total score was 55, and the cut-off score for a provisional PTSD diagnosis is 33.

**Impact of Events Scale**
The Impact of Events Scale (IES-R) is a 22-item self-report measure assessing distress caused by traumatic events. Items correspond directly to 14 of the 17 DSM-IV symptoms of PTSD, although has not been updated to match the DSM-5. Scoring is based on a 5-point scale, giving a total score of 88. Subscales include Intrusive thoughts, avoidance, and hyperarousal represent subscales.

Alexandra scored 43, which is high enough to suggest a concern for a PTSD diagnosis.

**DSM-V Diagnosis**
Generalized Anxiety Disorder (F41.1)
Post-traumatic Stress Disorder (F43.1)

**Summary and Evaluation Outcome**
Attorney Charles Dauphin with Dauphin Paris, LLC referred Alexandra Goodrich to assess and evaluate her emotional health concerns following a house fire as well as interactions with her insurance company, Pacific. Throughout the evaluation, Alexandra provided examples of gaslighting and how slowly and over time she began to doubt herself, question responses, and lose hope for her family's future. Behaviorally, this has led to compulsive behaviors (e.g., detailed lists, re-checking). It should be noted that gaslighting, a form of manipulation leading to emotional and psychological abuse, contributed to Alexandra's declining mental and emotional stability. Tactics began early in the relationship with Pacific and have continued to present day.

Alexandra endorsed symptoms related to insomnia, helplessness, compulsions, anxiety, and overall trauma.

Overall, the results from the testing process and Alexandra's self-report suggest that she meets criteria for anxiety, obsessive compulsive disorder, and post-traumatic stress disorder. Insomnia and sleep difficulty are other significant concerns.

CONFIDENTIAL

Appendix A: List of documents reviewed:

- Elliott Deposition
- Email of Feb. 20, 2020 Elliott to Dauphin
- Email of February 19, 2020 Dauphin Email to Elliott
- AliAlexandra's Itemization of Contents
- March 2, 2020 Email from Dauphin to Elliott
- Dauphin email on January 7, 2020
- Dauphin email to Elliott on December 24, 2020
- Elliott email to Dauphin on December 24, 2019
- Arrant email to Elliott on January 24, 2019
- Email from Elliott to Dauphin on February 25, 2019
- Email from Elliott to Dauphin on February 26
- Palk Memo on December 13
- Enservio Claim Notes
- Statement of Additional Living Expenses
- Moss Letter, May 19 2021, June 26, 2020, May 15, 2020, and November 6, 2020
- Examination Under Oath from Alexandra
- Affidavit from Iris and Co.
- Dauphin Letter, July 26, 2021
- Rudoshko Deposition
- Haessig Deposition
- Acts of Bad Faith Outline
- Dauphin Letter, October 4, 2021

Goodrich Production
8029

Feb 25, 2020, 8:01 AM

Mrs Goodrich I wanted to see if my guys could come back for a couple hours this morning to finish upstairs. They would be there between 8:45-9:00.

Sure! I just unlocked it for them

Okay thanks

Feb 26, 2020, 7:16 AM

Mrs. Goodrich we will be back at your house today to start back with demo. Can you unlock it or will the key be there?

Great! I'll unlock it right now

Thanks

Not sure this matters, but the power will be off at Dell from 8-2 tomorrow while Alabama power does work in the area

Okay thanks for letting me know... but should not be a problem.

Feb 28, 2020, 8:25 AM

Mrs. Goodrich I spoke to Jeremy yesterday about the rest of the demo and I got approval to remove everything else out of the house expect the shower tile. So this will allow us to open everything up. Just wanted to keep you updated.

That is great news! Thanks, Andrew!

Mar 3, 2020, 10:48 AM

4 Photos

PENGAD 800-631-6989
DEFENDANT'S EXHIBIT
9

DEFENDANT'S EXHIBIT 10

PENGAD 800-631-6989

# Goodrich Production 8038

iMessage
Mar 19, 2020, 3:23 PM

John and I would like to go you our other house. What is the address? Can you please met us there this afternoon?

I sure can. 3305 Dell Road, 35223. What time?

4:00?

Perfect! See y'all soon

Running behind stick in traffic

4:20

Mar 30, 2020, 11:11 AM

Please be open minded to Sean. He is the best I know.

I was very impressed with Sean! He's much more knowledgeable than anyone with Brookstone. I'm glad we reached an agreement. Everything we've wanted from Chubb we have eventually gotten by citing Cliff's expertise. We're all in with Cliff!

Read

Mar 30, 2020, 2:12 PM

Thank you

May 6, 2020, 10:25 AM

Allie, I wanted to follow up on helping you with your you house at Dell Road. Do you have time to talk.

Hi! We are in the mountains and service is awful. I drop calls constantly. Could we talk on Friday? Unfortunately we have made no progress on the remediation.

We considered that we were in negotiations. We wanted to see what the other company quoted based on the scope and see if we could meet the pricing goals. We are

Goodrich Production 8212

DEFENDANT'S EXHIBIT 11

**From:** L"Tryce Slade
**To:** Chuck Dauphin
**Cc:** shepparddave920@yahoo.com; shirley wesson; Gary Oates
**Subject:** Re: Contacts
**Date:** Friday, March 13, 2020 2:49:32 PM

---

Artisian Construction Group, LLC is a meaningful name.

L'Tryce Slade, MRP, JD
**SLADE**
Tele 866-925-5742
Cell 205-413-4685
Fax 800-618-8602
www.SladeLLC.com
**I General Contracting I Environmental Services I Geotechnical Services I Urban Planning**
*HubZone, WBENC, MBE, EDWOSB, and DBE Certified*

---

**From:** Chuck Dauphin <cdauphin@dauphinparis.com>
**Date:** Friday, March 13, 2020 at 11:26 AM
**To:** L'Tryce Slade <lslade@sladellc.com>
**Cc:** Chuck Dauphin <cdauphin@dauphinparis.com>, "shepparddave920@yahoo.com" <shepparddave920@yahoo.com>, shirley wesson <j.sw104@hotmail.com>, Gary Oates <oatesgary@att.net>
**Subject:** FW: Contacts

L'Tryce - keeping you in the loop. Everyone should have everyone's email, and I'll start a group email once we have a name. Let's hear some name suggestions. Please give me a call to set up a meeting next week with the purchasing agent at Maxwell.

Regards, Chuck
Charles A. Dauphin
Dauphn Paris, LLC
300 Vestavia Pkwy, Ste. 3200
Vestavia Hills, AL 35216
205-518-6821

*Confidentiality Notice - The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you are not the intended recipient, be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it. Thank you.*

Goodrich Production 8213

**From:** Gary Oates <oatesgary@att.net>
**Sent:** Friday, March 13, 2020 10:32 AM
**To:** Chuck Dauphin <cdauphin@dauphinparis.com>; shepparddave920@yahoo.com; shirley wesson <j.sw104@hotmail.com>
**Subject:** Re: Contacts

Any ideas on company name? I liked Diverse Construction Group, but its taken.

Thanks,
Gary Oates
334-391-1809

On Thursday, March 12, 2020, 04:38:19 PM CDT, shirley wesson <j.sw104@hotmail.com> wrote:

Chuck,
I have copied David Sheppard & Gary Oates on this email so that we can all have the contact information on everyone. I don't have an email for L'tryce.
I have included the cell phone numbers for Gary Oates, David Sheppard and myself below.

David Sheppard 334-224-8958

Gary Oates 334-391-1809

James Wesson 334-799-4289

Thanks,
James

DEFENDANT'S EXHIBIT 12

# AFFIDAVIT OF ALEXANDRA GOODRICH

**STATE OF ALABAMA**
**JEFFERSON COUNTY**

Before me, Donna K Hampton, a Notary Public in and for the County and State aforesaid, personally appeared Alexandra Goodrich, who is known to me and being by me first duly sworn, deposes and says:

I am submitting this affidavit in support of a Motion for Partial Summary Judgment being filed in the lawsuit filed by my husband and me against Pacific Indemnity Company.

On November 18, 2019 a fire severely damaged the house my husband, Charles Goodrich, and I had recently built. Our family had moved into the house only five months before the fire. Prior to moving into our house, we purchased from Pacific Indemnity Company, a member of the Chubb Insurance Group, a Masterpiece Homeowners Policy. (A copy of the policy is attached as Exhibit A.)

Shortly after the fire, I met with Jeremy Elliott, who identified himself as a Senior General Adjuster - Claims for Chubb, and several others at the house. Elliott walked through the burned house and told everyone present some of the things that would be done to repair the house. Elliott discussed the smoke remediation process in some detail and explained that the remaining studs and supports would be cleaned and a sealant applied which would help prevent future smoke odors. The smoke remediation process was also explained by Elliott in an email as a process which included soda blasting the interior of the house and using a HEPA vacuum in the interior, to be followed by a wipe down and clean of the entire house. The intent of the soda blasting was to remove char, mold and damage and to save the interior structure of the house.