FILED
2023 Jul-12 PM 02:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "E"

ideaZ LLC
DISASTER RESTORATION ADVISORS

Mr. Chuck Dauphin
Dauphin & Paris
300 Vestavia Parkway, Suite 3400
Vestavia Hills, Alabama 35216

February 14, 2020

**Goodrich Fire Damage Consulting Invoice Phase 1**

| | |
|---|---|
| Roundtrip Travel time (10 hours) | $750.00 |
| 3 days consulting onsite $1,800 @ | $5400.00 |
| January 20, 2020 Airfare $752.37 + $80 roundtrip extra tools bag | $832.37 |
| Rental Vehicle Hertz $262.70 + $50 fuel | $312.70 |
| Hotel 3 nights | $450.00 |
| Consumable sampling supplies | $169.00 |
| Airport Parking $44.03 | $44.03 |
| 4 days per diem $75@ | $300.00 |
| FedEx $230 samples and sampling equipment to MayFly | $230.00 |
| MayFly sampling analysis | $3740.00 |
| AEML freight | $10.00 |
| AEML sampling analysis | N/C |
| Report preparation 36 hours @ $225 | $8100.00 |

**Balance Due Upon Receipt** ______________________________ **$20,338.41**

400 Sproul Street | Pittsburgh, Pennsylvania 15136 | 800-466-7246 | fax. 412-771-4971