FILED
2023 Jul-12 PM 02:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "G"

Goodrich Production
8334

**From:** Chuck Dauphin
**To:** Alexandra Goodrich
**Subject:** FW: PRIVILEGED and CONFIDENTIAL This email and attachments is subject to the Attorney-Client Privilege and/or represents confidential attorney work product. RE: Goodrich House Fire - Dell Road - Zlotnik Consulting Services Proposal
**Date:** Tuesday, January 14, 2020 1:37:00 PM

---

Zlotkin is backing up a little. I suggest we leave things as they are and see what happens.

**From:** czlotnik@cs.com <czlotnik@cs.com>
**Sent:** Tuesday, January 14, 2020 11:53 AM
**To:** Chuck Dauphin <cdauphin@dauphinparis.com>
**Subject:** PRIVILEGED and CONFIDENTIAL This email and attachments is subject to the Attorney-Client Privilege and/or represents confidential attorney work product. RE: Goodrich House Fire - Dell Road - Zlotnik Consulting Services Proposal

**PRIVILEGED and CONFIDENTIAL**

**This email and attachments is subject to the Attorney-Client Privilege and/or represents confidential attorney work product**

January 14, 2020

Chuck.

There is an ongoing misunderstanding regarding the smoke odor removal warranty.

During our conference call with Brad Kovar; I stated that beginning in 1974 I started providing a written 5 year guarantee on fire related smoke odor treatments that my firm made. Between 1974-2001 we performed thousands of smoke odor removal treatments. In 2001 we ceased performing service work including smoke odor removal treatment.

Beginning in 1980, I began teaching my Odor Removal methods to disaster restoration firms and selling our odor removal products. I sold the training and chemical manufacturing business in 2007 where the training and product manufacturing continues. My former firm is now a specialty products brand owned by RPM International. My current business practice is limited to product development and disaster restoration/indoor environmental quality consulting.

DEFENDANT'S EXHIBIT 1
PENGAD 800-631-6989

Goodrich Production
8335

Under the terms of insurance policies, following a fire and subsequent remediation and odor removal treatment, homeowners are entitled to have a smoke odor free home.

Guaranteeing Smoke Odor Removal following fire damage is now a much more common industry practice and fire restoration firms of repute guarantee their work. For practical financial reasons, fire restoration contractors encounter difficulty getting paid when the property retains lingering smoke odors.

The guarantee is provided by the contractor doing the work. The guarantee is simple: a promise to come back and retreat as needed and/or refund the treatment fee. A time period can be specified as once fire related smoke odor from an event is gone, it's gone and it isn't coming back. The real smoke odor removal test is getting through a year's seasonal charges.

My intent is to provide Brookstone with the needed guidance to gain the confidence needed to guarantee their work (and or that done by their subcontractors and supervised by Brookstone). Brookstone will be charging fees for the various odor removal steps and procedures I specify.

Each treatment phase will have an inspection stage in which the homeowners and interested parties are invited to participate. The project doesn't move forward unless everyone is satisfied that the smoke odor in that area has been eliminated. Sampling and analysis can be done at various stages of the project to validate odor removal.

My approach is be conservative, like I am working on my mother's home. eliminating the main risks by removing major odor sources and managing the small risks with thoughtful, creative and careful treatment.

As I didn't have an opportunity to see the worksite prior to demolition and work on the project has begun, I'm at an informational disadvantage.

Should Chubb or another entity hire me, it's not anticipated I will have a daily presence on the worksite, so adherence to my direction, methods and specifications is beyond my control. Between visits, I'll be relying on Brookstone as my eyes, ears and nose on the job.

I'll be providing my best efforts to ensure a best job possible under the circumstances and constraints, and that is all.

Respectfully yours,

Cliff Zlotnik
Ideaz, LLC
Disaster Restoration Advisors

-----Original Message-----
From: Chuck Dauphin <cdauphin@dauphinparis.com>
To: Elliott, Jeremy E <jelliott@chubb.com>
Cc: Andrew Arrant <aarrant@brookstonecompanies.com>; Alexandra Goodrich <aligoodrich@gmail.com>
Sent: Mon, Jan 13, 2020 1:42 pm
Subject: Goodrich House Fire - Dell Road - Zlotnik Consulting Services Proposal

Jeremy – As you have requested, attached is a proposal from Cliff Zlotnik and another copy of his resume. Mr. Zlotnik is a leader in the industry and brings a level of expertise and experience which is unparalleled. Therefore, his supervision and input is not duplicative of other services but absolutely necessary to insure the Goodrich house is reconstructed "using like design, and materials and workmanship of comparable kind and quality" as to the house's original construction. This standard cannot be maintained unless all sources of possible future smoke contamination are effectively identified and treated.

Unlike Brookstone, Mr. Zlotnik and his company will provide a written guarantee that there will be no smoke odors in the future provided he oversees and supervises the clean-up. His guarantee provides the protection and assurance to the Goodrich family that their house will reconstructed to its condition immediately prior to the fire. It also provides financial protection against repair costs if the need should arise. Frankly, there is no justification for not using Mr. Zlotnik's expertise.

Mr. Zlotnik has discussed his participation with Brookstone and already has offered suggestions to aid in the restoration. To fully assess the extent of the clean-up that is needed, Mr. Zlotnik needs to conduct a site inspection in the immediate future. Therefore, please accept his proposal and notify Brookstone of the same.

Regards, Chuck
Charles A. Dauphin
Dauphn Paris, LLC
300 Vestavia Pkwy, Ste. 3200
Vestavia Hills, AL 35216
205-518-6821

*Confidentiality Notice - The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you are not the intended recipient, be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any*