FILED
2023 Jul-12 PM 02:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT “H”

**SLADE LLC**

L'TRYCE SLADE, MRP, JD
TELE: 866-925-5742
CELL: 205-413-4685
WWW.SLADELLC.COM

| | |
|---|---|
| Client: | Charles Goodrich |
| Property: | 3305 Dell Rd |
| | Mountain Brook, AL 35223 |
| Operator: | SEAN |
| Type of Estimate: | Smoke |
| Date Entered: | 3/19/2020 Date Assigned: |
| Price List: | ALBI8X_MAR20 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | GOODRICH |

**SLADE LLC**

L'TRYCE SLADE, MRP, JD
TELE: 866-925-5742
CELL: 205-413-4685
WWW.SLADELLC.COM

**GOODRICH**

**General**

| DESCRIPTION | QTY | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 53. Apply mold/mildew stain remover to the surface area | 85,665.93 | SF @ | 0.72 = | 61,679.47 |

**Stairs 1st floor**

| DESCRIPTION | QTY | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1. Soda blasting - Heavy | 1,040.44 | SF @ | 2.40 = | 2,497.06 |
| 2. HEPA Vacuuming exposed framing - Floor - (PER SF) | 3,882.76 | SF @ | 0.42 = | 1,630.76 |
| Floor and ceiling | | | | |
| 3. HEPA Vacuuming exposed framing - Walls - (PER SF) | 818.00 | SF @ | 0.30 = | 245.40 |
| 4. Apply plant-based anti-microbial agent to the surface area | 1,040.44 | SF @ | 0.22 = | 228.90 |
| 5. Clean stud wall | 818.00 | SF @ | 0.52 = | 425.36 |
| 6. Clean floor or roof joist system | 93.28 | SF @ | 0.64 = | 59.70 |
| 7. Seal stud wall for odor control | 818.38 | SF @ | 0.74 = | 605.60 |
| 8. Seal underlayment for odor control | 128.79 | SF @ | 0.48 = | 61.82 |

**Stairs 2nd floor**

| DESCRIPTION | QTY | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 9. Soda blasting - Heavy | 10,644.53 | SF @ | 2.40 = | 25,546.87 |
| 10. HEPA Vacuuming exposed framing - Floor - (PER SF) | 3,882.76 | SF @ | 0.42 = | 1,630.76 |
| Floor and ceiling | | | | |
| 11. HEPA Vacuuming exposed framing - Walls - (PER SF) | 10,000.00 | SF @ | 0.30 = | 3,000.00 |
| 12. Apply plant-based anti-microbial agent to the surface area | 10,644.53 | SF @ | 0.22 = | 2,341.80 |
| 13. Clean stud wall | 6,761.77 | SF @ | 0.52 = | 3,516.12 |
| 14. Clean floor or roof joist system | 1,941.38 | SF @ | 0.64 = | 1,242.48 |
| 15. Seal stud wall for odor control | 10,000.00 | SF @ | 0.74 = | 7,400.00 |
| 16. Seal underlayment for odor control | 1,941.38 | SF @ | 0.48 = | 931.86 |
| 17. Seal floor or ceiling joist system | 1,941.38 | SF @ | 1.04 = | 2,019.04 |

**Stairs Main Level**

**SLADE LLC**

L'TRYCE SLADE, MRP, JD
TELE: 866-925-5742
CELL: 205-413-4685
WWW.SLADELLC.COM

| DESCRIPTION | QTY | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 18. Soda blasting - Heavy | 16,573.54 | SF @ | 2.40 = | 39,776.50 |
| 19. HEPA Vacuuming exposed framing - Floor - (PER SF) | 3,231.63 | SF @ | 0.42 = | 1,357.28 |
| Floor and ceiling | | | | |
| 20. HEPA Vacuuming exposed framing - Walls - (PER SF) | 9,985.56 | SF @ | 0.30 = | 2,995.67 |
| 21. Apply plant-based anti-microbial agent to the surface area | 16,573.54 | SF @ | 0.22 = | 3,646.18 |
| 22. Clean stud wall | 9,985.56 | SF @ | 0.52 = | 5,192.49 |
| 23. Clean floor or roof joist system | 3,356.35 | SF @ | 0.64 = | 2,148.06 |
| 24. Seal stud wall for odor control | 9,985.56 | SF @ | 0.74 = | 7,389.31 |
| 25. Seal underlayment for odor control | 3,231.63 | SF @ | 0.48 = | 1,551.18 |
| 26. Seal floor or ceiling joist system | 3,231.63 | SF @ | 1.04 = | 3,360.90 |

**Basement**

| DESCRIPTION | QTY | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 27. Soda blasting - Heavy | 6,996.98 | SF @ | 2.40 = | 16,792.75 |
| 28. HEPA Vacuuming exposed framing - Floor - (PER SF) | 2,086.24 | SF @ | 0.42 = | 876.22 |
| Floor and ceiling | | | | |
| 29. HEPA Vacuuming exposed framing - Walls - (PER SF) | 2,455.37 | SF @ | 0.30 = | 736.61 |
| 30. Apply plant-based anti-microbial agent to the surface area | 6,996.98 | SF @ | 0.22 = | 1,539.34 |
| 31. Clean stud wall | 2,455.37 | SF @ | 0.52 = | 1,276.79 |
| 32. Clean floor or roof joist system | 2,086.24 | SF @ | 0.64 = | 1,335.19 |
| 33. Seal stud wall for odor control | 2,455.37 | SF @ | 0.74 = | 1,816.97 |
| 34. Seal underlayment for odor control | 2,086.24 | SF @ | 0.48 = | 1,001.40 |
| 35. Seal floor or ceiling joist system | 2,086.24 | SF @ | 1.04 = | 2,169.69 |

**Roof**

| DESCRIPTION | QTY | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 36. Soda blasting - Heavy | 14,617.00 | SF @ | 2.40 = | 35,080.80 |
| 37. HEPA Vacuuming exposed framing - Walls - (PER SF) | 9,000.00 | SF @ | 0.30 = | 2,700.00 |
| 38. Apply plant-based anti-microbial agent to the surface area | 14,617.00 | SF @ | 0.22 = | 3,215.74 |
| 39. Clean stud wall | 9,000.00 | SF @ | 0.52 = | 4,680.00 |
| 40. Clean floor or roof joist system | 9,000.00 | SF @ | 0.64 = | 5,760.00 |
| 41. Seal attic framing for odor control - 9 to 12/12 | 9,000.00 | SF @ | 1.35 = | 12,150.00 |

**SLADE LLC**

L'TRYCE SLADE, MRP, JD
TELE: 866-925-5742
CELL: 205-413-4685
WWW.SLADELLC.COM

**Room 1**

| DESCRIPTION | QTY | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 42. Soda blasting - Heavy | 7,238.13 | SF @ | 2.40 = | 17,371.51 |
| 43. HEPA Vacuuming exposed framing - Floor - (PER SF) | 4,128.42 | SF @ | 0.42 = | 1,733.94 |
| Floor and ceiling | | | | |
| 44. HEPA Vacuuming exposed framing - Walls - (PER SF) | 5,500.00 | SF @ | 0.30 = | 1,650.00 |
| 45. Apply plant-based anti-microbial agent to the surface area | 7,238.13 | SF @ | 0.22 = | 1,592.39 |
| 46. Clean stud wall | 3,109.70 | SF @ | 0.52 = | 1,617.04 |
| 47. Seal stud wall for odor control | 3,109.70 | SF @ | 0.74 = | 2,301.18 |
| 48. Seal underlayment for odor control | 2,064.21 | SF @ | 0.48 = | 990.82 |
| 49. Seal floor or ceiling joist system | 2,064.21 | SF @ | 1.04 = | 2,146.78 |

**SLADE LLC**

L'TRYCE SLADE, MRP, JD
TELE: 866-925-5742
CELL: 205-413-4685
WWW.SLADELLC.COM

## Summary

| | |
|---|---|
| Line Item Total | 303,015.73 |
| Material Sales Tax | 8,924.16 |
| **Replacement Cost Value** | **$311,939.89** |
| **Net Claim** | **$311,939.89** |

**SLADE LLC**

L'TRYCE SLADE, MRP, JD
TELE: 866-925-5742
CELL: 205-413-4685
WWW.SLADELLC.COM

## Recap by Room

**Estimate: GOODRICH**

| | | |
|---|---|---|
| **General** | **61,679.47** | **20.36%** |
| **Stairs 1st floor** | **5,754.60** | **1.90%** |
| **Stairs 2nd floor** | **47,628.93** | **15.72%** |
| **Stairs Main Level** | **67,417.57** | **22.25%** |
| **Basement** | **27,544.96** | **9.09%** |
| **Roof** | **63,586.54** | **20.98%** |
| **Room 1** | **29,403.66** | **9.70%** |
| **Subtotal of Areas** | **303,015.73** | **100.00%** |
| **Total** | **303,015.73** | **100.00%** |

**SLADE LLC**

L'TRYCE SLADE, MRP, JD
TELE: 866-925-5742
CELL: 205-413-4685
WWW.SLADELLC.COM

## Recap by Category

| Items | Total | % |
|---|---|---|
| **CLEANING** | **164,318.72** | **52.68%** |
| **HAZARDOUS MATERIAL REMEDIATION** | **61,679.47** | **19.77%** |
| **PAINTING** | **45,896.55** | **14.71%** |
| **WATER EXTRACTION & REMEDIATION** | **31,120.99** | **9.98%** |
| **Subtotal** | **303,015.73** | **97.14%** |
| **Material Sales Tax** | **8,924.16** | **2.86%** |
| **Total** | **311,939.89** | **100.00%** |