FILED
2023 Jul-12 PM 02:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "I"

Southern Scape

# Goodrich Residence
**Birmingham, AL**
**4-Dec-20**

**Bid Items Per Plan:**

**Demo and Bed Prep**
Mulch all disturbed areas

| | |
|---|---|
| **Demo, Mulch and Bed Prep Subtotal:** | **$13,674.00** |

**Plant Material**
A. Install Plant Material per plans- Plans from Page/Duke Dated 4/10/2019

| | |
|---|---|
| **Plant Material Subtotal:** | **$122,177.00** |

**Sod Disturbed areas around residence**
A. Allowance

| | |
|---|---|
| **Sod Allowance** | **$8,500.00** |

**Irrigation**
adjust irrigation as needed

| | |
|---|---|
| **Irrigation Subtotal: (allowance)** | **$17,000.00** |

| | |
|---|---|
| **Total Project Costs :** | **$161,351.00** |

Note: All site site debris and extraneous material to be removed prior to landscape installations
Note: Rough Grading By Site Contractor To +/- 2" Of Final Grade
Note: Additional Soil Conditioner Or Mulch Can Be Installed In Extents Of All Beds But Will Be Priced Separatelty

Southern Scape

| Quantity | Botanical | Common | Cal | Size |
|---|---|---|---|---|
| 1 | Acer palmatum var. dissectum `Virdis` | Virdis Japanese Maple | 2.5"Cal | 4`-6` ht. |
| 1 | Cedrus deodara | Deodar Cedar | | 10-12` ht. |
| 2 | Chionanthus retusus | Chinese Fringe Tree | 3"Cal | |
| 4 | Cornus florida `Appalachian Snow` | Dogwood Appalachian Snow | 2.5"Cal | |
| 4 | Cornus florida `Cherokee Princess` | Cherokee Princess Dogwood | 2.5"Cal | |
| 3 | Cornus kousa `Milky Way` | Milky Way Kousa Dogwood | 2.5"Cal | |
| 6 | Cornus x `Rutgan` | Stellar Pink Dogwood | 3"Cal | |
| 2 | Ilex x `Oak Leaf` | Oak Leaf Holly | | 10-12` ht. |
| 7 | Magnolia grandiflora | Southern Magnolia | | 10-12` ht. |
| 2 | Magnolia grandiflora `Brackens Brown Beauty` | Bracken`s Southern Magnolia | | 10-12` ht. |
| 2 | Magnolia grandiflora `Little Gem` | Little Gem Magnolia | | 8`-10` ht. |
| 6 | Magnolia stellata `Centennial` | Star Magnolia | | 8`-10` ht. |
| 1 | Magnolia x soulangiana | Saucer Magnolia Multi-Trunk | | 10-12` ht. |
| 1 | Magnolia x soulangiana `Alexandrina` | Saucer Magnolia | | 10-12` ht. |
| 1 | Styrax obassia | Fragrant Snowbell | 3"Cal | |
| 5 | Thuja occidentalis `Emerald` | Emerald Green Arborvitae | | 8`-10` |
| 10 | Thuja occidentalis `Green Giant` | Green Giant Arborvitae | | 10-12` ht. |

| Quantity | Botanical | Common | Size |
|---|---|---|---|
| 77 | Buxus microphylla japonica `Morris Midget` | Morris Midget Japanese Boxwood | |
| 62 | Buxus microphylla `Kingsville Dwarf` | Kingsville Dwarf Boxwood | 6" |
| 6 | Buxus sempervirens | American Boxwood 2`x2` | 2` x 2` |
| 22 | Buxus sempervirens | American Boxwood 30"x30" | 30" x 30" |
| 10 | Buxus sempervirens | American Boxwood 3`x3` | 3` x 3` |
| 10 | Buxus sempervirens | American Boxwood 4`X4` | 4`x4` |
| 2 | Buxus sempervirens | American Boxwood 5`x5` | 5`x5` |
| 9 | Camellia japonica `Nuccio`s Gem` | Nuccio`s Gem Camellia 4` ht. | 4` ht. |
| 10 | Camellia japonica `Pink Perfection` | Pink Perfection Camellia | 5` ht. |
| 3 | Camellia japonica `Swan Lake` TM | Swan Lake Camellia | 3`-4` ht. |
| 7 | Camellia sasanqua `October Magic Dawn` | October Magic Dawn Camellia | 2`-3` |
| 8 | Camellia sasanqua `October Magic Orchid` | October Magic Orchid Camellia | 2` |
| 4 | Camellia sasanqua `October Magic Snow` | October Magic Snow Camellia | 3` ht. |
| 7 | Camellia sasanqua `October Magic White Shi-Shi` | October Magic White Shi-Shi Sasanqua | 2`-3` |
| 6 | Cephalotaxus harringtonia `Fastigiata` | Plum Yew | 3` ht. |
| 7 | Cotoneaster acutifolius | Peking Cotoneaster | 4` ht. |
| 5 | Distylium x PIIDIST-II` Plant Patent #24,409 | Blue Cascade Distylium | 3` ht. |
| 7 | Gardenia jasminoides `Kleim`s Hardy` | Kleim`s Hardy Gardenia | 2` |
| 3 | Hydrangea paniculata `Pinky Winky` | Panicled Hydrangea | 3`-4` ht. |
| 2 | Hydrangea paniculata `Tardiva` | Tardiva Hydrangea Standard | 30"-36" |
| 16 | Hydrangea quercifolia `Alice` | Alice Oakleaf Hydrangea | 36" |
| 36 | Hydrangea quercifolia `Snow Queen` | Snow Queen Oakleaf Hydrangea | 36" |
| 19 | Hydrangea quercifolia `Snowflake` TM | Snowflake Oakleaf Hydrangea | 3` |
| 35 | Jasminum nudiflorum | Winter Jasmine | 24" |
| 4 | Nandina domestica `Umpqua Warrior` | Umpqua Warrior Heavenly Bamboo | 36" |
| 6 | Osmanthus fragrans | Sweet Olive | 4` |
| 31 | Rhododendron x `Delaware Valley White` | Delaware Valley White Azalea | 2`-3` |
| 12 | Rosa x `Meiggili` | Peach Drift Rose | 12" ht |
| 4 | Viburnum odoratissimum | Sweet Viburnum | 4`-5` ht. |

| Quantity | Botanical | Common | Root | Size |
|---|---|---|---|---|
| 4 | Camellia japonica `Nuccio`s Gem` | Nuccio`s Gem Camellia Espalier | B & B | 5`-6` ht. |
| 3 | Pyrus espalier | Espaliered Pear Tree | B & B | 5`-6` ht. |
| 11 | Rosa banksiae `Alba Plena` | White Lady Bank`s Rose | B & B | 3 gal. |

| Quantity | Botanical | Common | Cont | Size |
|---|---|---|---|---|
| 67 sf | Annual Color | Annual Color | CONT. | |
| 229 | Dryopteris erythrosora | Autumn Fern | CONT. | 1 Gal. |
| 47 | Hemerocallis x `Perfect Peach Glory` | Perfect Peach Glory Daylily | CONT. | 1 Gal. |
| 42 | Leucanthemum x superbum `Alaska` | Alaska Shasta Daisy | CONT. | 2.5" POT |
| 1749 | Ophiopogon japonicus `Nanus` | Dwarf Mondo Grass | CONT. | 4" pot |
| 939 | Pachysandra terminalis `Green Sheen` | Green Sheen Japanese Spurge | CONT. | 4" pot |
| 12 | Rosmarinus officinalis `Prostratus` | Creeping Rosemary | CONT. | 1 Gal. |
| 7,221 sf | Sod | Drought Tolerant Fescue Blend | sod | |
| 22,000 sf | Turf Seed | Drought Tolerant Fescue Blend | seed | |