FILED
2023 Jul-12 PM 02:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT “J”

DAUPHIN PARIS, LLC
ATTORNEYS AT LAW
300 Vestavia Parkway, Suite 3200
Vestavia Hills, Alabama 35216
Phone: 205-518-6821
Fax: 205-518-6805

Charles A. Dauphin
cdauphin@dauphinparis.com

B. Diane Paris
diane@dauphinparis.com

May 4, 2020

Mr. Wally Haessig
Chubb Claims

*Via Email Only*: whaessig@chubb.com

Re: Claim of Charles and Alexandra Goodrich
PACIFIC INDEMNITY COMPANY- claim 040519056755

Dear Mr. Haessig:

The Goodrichs will agree to a global settlement of their claims as follows.

**Reconstruction and Clean-up (Dwelling) 2,310,548.34 Per TCC proposal**

The current projected costs are:

| | |
|---|---|
| TCC's reconstruction estimate | $1,879,262.79 |
| Henry Sprott Long & Associates Architects oversight fee | $46,981.57 |
| Slade LLC's remediation bid | $311,939.8 |
| Remaining balance owed Cliff Zlotnik | $5,338.41 |
| TCC's estimate to repair the septic field | $18,000.00 |
| | **$2,261,522.66** |

TCC has offered to tear down and rebuild for $2,254,193.50 and Hank Long has an architectural oversight fee of $56,354.84 (2.5%). The sum is **$2,310,548.34.** As the tear down option is only an additional $49,025.68 and is the only complete guarantee that there will be no smoke odor, the house should be demolished and rebuilt. $2,310,548.34 is the basis for this aspect of the global settlement. For settlement purposes only, this figure will also cover the repair of the septic field and the balance owed Zlotnik.

**Contents** **1,265,086.29** **Policy Limit**[1]

Attached is a spread sheet from Iris & Co. which estimates the the current replacement costs of lost contents to be $1,225,307.66. When that amount is added to the other known costs to replace contents, the total is **$1,257,586.29**. Chubb has already paid $242,413.71 for lost contents which includes fees for cleaning and estimates which were not requested or agreed to by the Goodrichs. Be that as it may and for settlement purposes only, the Goodrichs are willing to accept this figure which brings the total to more than the policy limit, as they understand it.

The following justifies their claim for the replacement of contents.

| | |
|---|---|
| Magali Somers Maus Estimate #1 remaining balance | $23,825.00 |
| Magali Somers Maus Estimate #2 | $15,000.00 |
| HD Innovations Estimate | $36,451.48 |
| Iris & Co. Estimate | $1,225,307.66 |
| | **$1,300,584.14** |

This submission does not include a grouping of antiques that will comprise a third and fourth estimates from Magali Somers Maus. In addition, the Goodrichs have not yet obtained

(a) replacement costs for all of the antique furniture that has been lost:
(b) pricing to rewire all antique light fixtures;
(c) pricing to restore or replace damaged art;
(d) pricing to restore or replace their collection of silver;
(e) a reconciliation of the purported replacement costs by Enservio with the true replacement costs - an initial review shows the difference is substantial. (For instance: window treatments which cost over $28,000 were valued by Enservio at $200!)
(f) a value for their wine collection.

**Landscape** **150,000** **Policy Limit**

In the initial construction, Page Duke Landscape Architects and Ben Page were paid $55,473.48 on plans and oversight. His participation will continue as the Goodrichs make repairs and replacements to the landscaping. $215,174.00 was spent on the installation of a lighting system, irrigation system, and plantings.

The lighting and irrigation systems are inoperable and must be replaced, and it is impractical to do so prior to the reconstruction of the house. It is likely that many of the plants will have to be replaced. In an attempt to salvage some of the more expensive plants, an effort to

[1]This includes an increase in coverage of $7,500, which is based upon a .5% increase in CPI from the date the policy was issued to the date of the fire.

transplant them may be made. That, however, is an expensive proposition which necessitates installing a temporary irrigation system. Although a precise cost cannot be determined at this time, conservative estimates to repair and replace these landscaping necessities exceed the policy limit of $150,000.00.

| | | |
|---|---|---|
| **Additional Living Expenses** | **291,483.90** | **Thru August, 2021** |

TCC initially estimated one year for completion of the reconstruction. Due to the pandemic and its effect on local construction companies which will actually perform the subcontracted work, TCC estimates the rebuild will take 15 months from the date a contract is signed. Assuming a contract can be signed on or before June 1, the estimated additional living expenses are calculated through August 31, 2021.

The total number includes the following:

| | |
|---|---|
| Additional Living Expenses from March (previously submitted) | $61,961.83 |
| Additional Living Expenses for April - | $39,008.07 |
| Monthly Expenses (Utilities, Landscaping, Pest Control, Valet Moving inventory management, etc.) | $56,000.00 |
| Rental Expense - Wimbleton (January 1, 2021-August 31, 2021) | $36,000.00 |
| Rental Expense - Storage Units (May 2020-August 2021) | $57,600.00 |
| Moving Expense - Wimbleton & Storage Units to Dell Road | $18,500.00 |
| ADT Security System Replacement | $2,414.00 |
| Cost of Additional Furniture | $20,000.00[2] |
| | **$291,483.90** |

To summarize:

| | | |
|---|---|---|
| **Reconstruction and Clean-up (Dwelling)** | **2,310,548.34** | **Per TCC proposal** |
| **Contents** | **1,265,086.29** | **Policy Limit** |
| **Landscape** | **150,000.00** | **Policy Limit** |
| **Additional Living Expenses** | **291,483.90** | **Thru August, 2021** |
| **TOTAL** | **$4,017,118.53** | |

The Goodrichs agree to settle all aspects of their insurance claim against Pacific Indemnity Company exchange for an additional payment of **$4,017,118.53**

[2] The Goodrichs will need additional furniture when they move the den furniture downstairs in the Wimbleton Drive house. They are currently using the furniture upstairs while repairs are being made downstairs. Their furniture from Dell Road is too large for Wimbleton and is in storage.

Sincerely Yours,

Dauphin Paris, LLC

/s/ Charles A. Dauphin
Charles A. Dauphin