FILED
2023 Jul-12 PM 02:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "K"

**From:** Elliott, Jeremy E
**To:** Andrew Arrant; Joni Holman
**Cc:** Chuck Dauphin; US Property Claims
**Subject:** RE: Charles Goodrich- claim 040519056755
**Date:** Friday, January 24, 2020 2:28:32 PM

---

Andrew, thank you for the update. Once we have the report we can determine steps moving forward. I am not agreeing to expanding the scope until I get the IH report which will be reviewed by our IH. If necessary, we can complete a walk thru with the report in hand for our IH and the insured vendor to confirm the protocol. I await the report for our review.

Thank You

**Jeremy Elliott,MBA**
Senior General Adjuster, Claims

1400 Urban Center Drive, Suite 450, Vestavia Hills, Alabama 35242, USA
O 205-470-8370 F 205-968-5496
E jelliott@chubb.com

*For more information on your Claim experience with Chubb, visit us here:* Chubb Claim Guidance

*Welcome to Chubb Claims. Life is about to get easier.*

I strive to take care of all inquiries and questions directly with you. If you need to speak with my supervisor, please contact Wally Haessig at (214) 460-1779 or via e-mail at whaessig@chubb.com.

**From:** Andrew Arrant [mailto:aarrant@brookstonecompanies.com]
**Sent:** Friday, January 24, 2020 2:25 PM
**To:** Elliott, Jeremy E <jelliott@chubb.com>
**Subject:** [EXTERNAL] Goodrich

Jermey,

Mrs. Goodrich called me this morning to discuss what other things we will be demoing after Cliff (the consultant) found smoke in the master bedroom, living room and kitchen hallway. She wanted us to go ahead and start the demo of these areas. I did inspect the areas myself and do see some smoke residue but I won't move forward until you can see it and approve it. So at this point, I am also waiting for the report to come back to finish the structure clean estimate as well.

Thanks,
Andrew

PLAINTIFF'S EXHIBIT 86
PENGAD 800-631-6989