FILED
2023 Jul-12 PM 02:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "L"

On Mar 17, 2020, at 2:31 PM, Elliott, Jeremy E jelliott@chubb.commailto:jelliott@chubb.com wrote:

Andrew, why are we soda blasting the entire main level? Soda blasting for fire damage to framing , mold or other items. I agree with second level and attic, but main level and basement should be clean and seal. OF course any fire damage that should be soda blast or replaced in general versus blasting it. I thought TCC was replacing all the charred framing on second level anyway? I would request you update the estimate to reflect these items.

Thank You
[Chubb Logo]

Jeremy Elliott,MBA
Senior General Adjuster, Claims

1400 Urban Center Drive, Suite 450, Vestavia Hills, Alabama 35242, USA
O 205-470-8370 F 205-968-5496
E jelliott@chubb.commailto:jelliott@chubb.com

For more information on your Claim experience with Chubb, visit us here: Chubb Claim Guidancehttps://www2.chubb.com/us-en/claims/report-a-claim.aspx#claims_guidance

[Chubb Insured]

Welcome to Chubb Claims. Life is about to get easier.https://www2.chubb.com/us-en/claims/

I strive to take care of all inquiries and questions directly with you. If you need to speak with my supervisor, please contact Wally Haessig at (214) 460-1779 or via e-mail at whaessig@chubb.commailto:whaessig@chubb.com.

From: Andrew Arrant [mailto:aarrant@brookstonecompanies.com]
Sent: Monday, March 16, 2020 5:21 PM
To: Elliott, Jeremy E jelliott@chubb.commailto:jelliott@chubb.com
Subject: [EXTERNAL] Goodrich Estimates

Jeremy,

Hopefully, you are avoiding all this crazy stuff with coronavirus. We have been pretty busy cleaning schools here in town. Here is the final for the demo and the estimate for the structure clean. The structure clean estimate is based off the protocol written.

Thanks,
Andrew

EXHIBIT 145
WIT:
DATE: 2-9-23
JULIE BRANDT, RMR, CRR