FILED
2023 Jul-12 PM 04:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

CHUBB
PO Box 42065
Phoenix, AZ 85080

M:214-460-1779
E Mail: whaessig@chubb.com

CHUBB

April 10, 2020

Dauphin Paris, LLC
Attn: Charles Dauphin
300 Vestavia Parkway, Suite 3200
Vestavia Hills, AL 35216

| | | |
|---|---|---|
| Re: | Insured: | Charles Goodrich and Alexandra Goodrich |
| | Policy Number: | 14945478-01 |
| | Claim Number: | 040519056755 |
| | Date of Loss: | November 18, 2019 |
| | Loss Location: | 3305 Dell Road, Mountain Brook, AL 35223 |
| | Insurer: | Pacific Indemnity Company |

Dear Mr. Dauphin:

Pacific Indemnity Company is in receipt of your letter dated April 7, 2020. We are sorry to hear the adjustment of the claim has not aligned with the expectations of Mr. and Mrs. Goodrich. Your letter includes allegations that Pacific Indemnity Company (Pacific) considers very serious. We also take the handling of the claim serious. To date we have issued payments totaling $569,705.70.

Contractor Selection

As you are aware and we have discussed, the insured can employ the contractor of their choice. Mr. and Mrs. Goodrich have demonstrated their understanding of the same by employing Brookstone Restoration and firing Brookstone Restoration. The insured further demonstrated this understanding by employing TCC General Contractors, ideaZ LLC., and Henry Sprott Long and Associates. I trust the insured decided on a contractor to remediate the recent water/roof leak. Please forward invoice for the same.

The Policy

While I do not have a letter from you dated March 25, 2020, I presume you are referring to your letter of March 20, 2020. This letter was previously addressed on March 24, 2020 however your recent letter again mentions that Pacific has not given consideration to the policy language.

Please refer to the Masterpiece Deluxe House Coverage. It states, in part:

***Payment basis***

*Your Coverage Summary indicates the payment basis for each house.*

*"Reconstruction cost" means the lesser of the amount required at the time of loss to repair, replace, or rebuild, at the same location, your house or any other permanent structure, using like design, and materials and workmanship of comparable kind and quality.*

We are able to provide a copy of the policy should you so request.

As detailed above, reconstruction cost is defined as the amount required to repair, replace, or rebuild using like design, and materials and workmanship. Concerning the cabinets, we require an opportunity to review the cabinets to determine if the cabinets are repairable or require replacement. This was discussed in my March 24, 2020 email to you and seemingly accepted by you at that time. I do note in your letter that TCC, Hang Long, nor Michael Morrow have yet to visually inspect the cabinets in question. To opine, I'm sure you would agree the cabinets should be visually inspected. Kindly provide several dates when your experts and the cabinets will be made available for inspection by Pacific.

Pacific also requests the loss location be made available for inspection that we can evaluate the scope of work proposed for smoke and odor removal. The recently provided proposal is significantly larger in scope and costs than previously understood. Kindly provide several dates when the house will be made available for inspection by Pacific.

Repair Estimate and Payment

Pacific's consultant, JS Held is completing a repair estimate totaling nearly $1,400,000. We will furnish this estimate upon completion, most likely next week. You will note the estimate does not include cabinets. The exclusion of cabinets should not be interpreted as a refusal to pay for cabinets. Costs associated with cabinets will be reconciled following the inspection mentioned above.

Previously you and/or Mr. and Mrs. Goodrich had refused payment for repairs. However, at this time Pacific is issuing an advanced payment in the amount of $1,400,000. This payment is issued payable to: Charles Goodrich, Alexandra Goodrich, Dauphin Paris, LLC, and Oakworth Capital Bank. The check will be mailed in your care to: 300 Vestavia Parkway, Suite 3200, Vestavia Hills, AL 35216.

Attached hereto is a statement of loss. The JS Held proposal will follow as soon as received.

Extra Living Expenses

It has come to our attention the rental house located at 3770 Wimbleton Drive, Mountain Brook, AL. 35223 is owned by DPMB Properties, LLC. Per the Alabama Secretary of State Business Entity Records, DPMB Properties, LLC was formed on January 13, 2020 and registered to

Charles A Dauphin. Pacific requests your response confirming or denying your ownership and financial interest of 3770 Wimbleton Drive.

Please refer to the Masterpiece Deluxe House Coverage. It states, in part:

> ***Extra Coverages***
> *In addition to covering the physical loss to your house, we also provide other related coverages. These coverages are in addition to the amount of coverage for your house unless stated otherwise or an exclusion applies. All deductibles apply to Extra Coverages unless stated otherwise. Exclusions to these coverages are described in Exclusions.*
>
> ***Additional living expenses***
> *As described below, under certain conditions when your house or other permanent structure cannot be lived in because of a covered loss to your house or other permanent structure or, if applicable, its contents, we provide coverage for additional living expenses which consists of extra living expenses, loss of fair rental value and forced evacuation expenses. The maximum amount we will pay for all additional living expenses combined for each occurrence is 30% of the amount of house coverage as shown in your Coverage Summary for the location at which the loss occurs. The amount of coverage for additional living expenses will not be affected by any increase in the amount of house coverage caused by the application of extended replacement cost payment basis as provided in this policy. There is no deductible for this coverage.*
>
> ***Extra living expenses.*** *If a covered loss makes your house or other permanent structure uninhabitable, we cover the reasonable increase in your normal living expenses that is necessary to maintain your household's usual standard of living, including the boarding of domestic animals not primarily owned or kept for business use. We will pay for the boarding of your domestic animals displaced from an other permanent structure even when you have not been displaced by the covered loss. We cover these increases to your normal living expenses for a period of time commencing with the date of loss and ending with the earliest of the following:*
>
> - *the reasonable amount of time required to restore your house or other permanent structure to a habitable condition;*
> - *the shortest amount of time required to settle elsewhere if you or members of your household permanently relocate;*
> - *the reasonable amount of time required to restore the house or other permanent structure to the condition it was in prior to the covered loss if you are newly constructing your house or other permanent structure or constructing additions, alterations, or renovations to your house or other permanent structure at the time of a covered loss, but we will only cover the increase in your normal living expenses incurred by you; or*
> - *up to two years from the date of loss, or a later date if agreed to by us.*

As detailed above, we will pay for an increase in the normal living expenses. We ask that you please provided proof of payment of Extra living expenses to include the front and back of cleared checks and bank statements.

Allegations

Clearly I was not privy to the conversation between you and Mr. Elliot. While you both recognize a heated phone conversation the details surrounding the specifics are wildly different. The comments mentioned in your letter are not in keeping with the character Mr. Elliot has demonstrated in the approximately 10 years he and I have worked together. Mr. Elliot has confirmed that he is committed to working with you in a professional and courteous manner to resolve the claim.

Conclusion

I trust that Pacific Indemnity Company and Mr. and Mrs. Goodrich can resolve this matter in an equitable, amenable and amicable manner. Please provide the above mentioned requests to Mr. Elliot with a copy to me. I will continue to be personally involved and available as necessary.

Sincerely,

Wally Haessig, AIC, CPCU
Assistant Vice President, Claim Manager - North America Property Claims

Cc: Charles Goodrich and Alexandra Goodrich
3305 Dell Road
Mountain Brook, AL 35223

USI Insurance Services
1701 McFarland Blvd. North
Tuscaloosa, AL 35403