FILED
2023 Jul-12 PM 04:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

TCC GENERAL CONTRACTORS

## Goodrich Insurance Estimate 3-18-21 (Complete New Interior Less Garage)

| Item | Quantity | Unit | Price | Total | Notes |
|---|---|---|---|---|---|
| | | | | | |
| **Cost/SF Framed** | **8246** | | **$ 243.71** | | |
| **Cost/SF Heated** | **7058** | | **$ 284.73** | | |
| | | | | | |
| **General Conditions** | | | | | |
| Plans (Printing) | **Reimbursable** | | | | |
| Engineering Fees | **Reimbursable** | | | | |
| Payment/Performance Bond | **None** | | | | |
| Temporary Utlities | **Owner** | | | | |
| Dumpster | 14 | EA | $ 525.00 | $ 7,350.00 | |
| Portolet | 14 | EA | $ 125.00 | $ 1,750.00 | |
| Equipment Rental | 1 | Ls | $ 3,500.00 | $ 3,500.00 | Includes Lull |
| Misc Labor | 1 | LS | $ 5,000.00 | $ 5,000.00 | |
| Cleanup Labor | 48 | EA | $ 115.00 | $ 5,520.00 | |
| Final Clean | 8246 | SF | $ 0.50 | $ 4,123.00 | |
| Builders Risk | 1 | LS | $ 6,100.00 | $ 6,100.00 | |
| | | | | | |
| **Demolition** | | | | | |
| Demo Roofing (Complete Roof) | 1 | LS | $ 17,200.00 | $ 17,200.00 | |
| Demo Front Porch | 1 | LS | $ 4,800.00 | $ 4,800.00 | |
| Demo Brick at Window/Door Openings | 1 | LS | $ 7,140.00 | $ 7,140.00 | Allow for windows to be removed and new nail fin. Includes Complete removal at front and side 7.5' returns |
| Demo exterior windows and doors | 65 | EA | $ 45.00 | $ 2,925.00 | |
| Demo Interiors | Others | | | | |
| Demo Misc Framing | Below | | | | GUESS - Need scope determined |
| Misc Demo (5.29.20 Email) | 1 | LS | $ 25,477.00 | $ 25,477.00 | Demo Windows/Board up, Demo/repair subfloor, demo handrail, Demo remaining MEP, Demo Shower |
| Demo Dumpsters | 4 | EA | $ 550.00 | $ 2,200.00 | |
| | | | | | |
| **Sitework** | | | | | |
| Grading allowance - prep for landscape | 1 | LS | $ 5,000.00 | $ 5,000.00 | |
| Demo rear craborchard patio and front node | 1 | LS | $ 2,900.00 | $ 2,900.00 | |
| Remove/haul off crushed stone pad at front | 1 | LS | $ 2,150.00 | $ 2,150.00 | |
| Demo brick walkways at front and side and front porch | 1 | LS | $ 4,200.00 | $ 4,200.00 | |
| Demo side porch bessemer grey | 1 | LS | $ 600.00 | $ 600.00 | |
| Craborchard install/mortar/sand | 1 | LS | $ 8,400.00 | $ 8,400.00 | All of back patio and front node |
| Craborchard stone replacement material at back and front node | 1 | LS | $ 10,100.00 | $ 10,100.00 | All of back patio and front node |
| Old carolina brick paver material | 1 | LS | $ 8,915.00 | $ 8,915.00 | all of garden area, front walk, front porch |
| old carolina brick paver install | 1 | LS | $ 9,000.00 | $ 9,000.00 | all of garden area, front walk, front porch |
| Pressure wash wood fence on left side of drive | 1 | LS | $ 1,400.00 | $ 1,400.00 | clean goodrich side only |

| | | | | | |
|---|---|---|---|---|---|
| | | | | $ - | |
| Crushed Stone | N/A | | | | |
| Landscape/Irrigation Allowance | **Owner** | | | | GUESS - Need scope determined |
| Mailbox | **Separate** | | | | |
| Driveway Repair Asphalt - Recoat | 5661 | SF | $ 2.50 | $ 14,152.50 | |
| Concrete Repair | None | | | | |
| Bluestone Patio/Slab/Pump | N/A | | | | |
| Front Brick Walk/Slab/Pump | N/A | | | | |
| Footings Front Wall | N/A | | | | |
| PIP Front Wall | N/A | | | | |
| Stone Veneer Front Wall | N/A | | | | |
| Stone Cap Front Wall | N/A | | | | |
| | | | | | |
| **Foundation** | | | | | |
| Layout | N/A | | | | |
| Footings w/pumps | N/A | | | | |
| Waterstop | N/A | | | | |
| PIP Walls w/pumps | N/A | | | | |
| Piers and Chimney Foundation | N/A | | | | |
| Slabs w/ Pump | N/A | | | | |
| Pour Basement Steps | N/A | | | | |
| Waterproofing | N/A | | | | |
| Crawlspace Encapsulation (Mudslab) | N/A | | | | |
| Termite/Pest Control | N/A | | | | |
| Misc Core Drilling/Cutting | N/A | | | | |
| | | | | | |
| **Framing** | | | | | |
| Material - Framing/Misc | 1 | LS | $ 9,838.00 | $ 9,838.00 | Reframe Porch/Misc - BM Email 1.28.20 |
| Window Flashing Tape | **1** | Ls | $ 3,300.00 | $ 3,300.00 | |
| Attic Pulldown Stair M/L | **1** | LS | $ 1,895.00 | $ 1,895.00 | |
| Labor Framing | 1 | LS | $ 22,500.00 | $ 22,500.00 | GUESS - BM Email 1.28.20. Includes Demo |
| Labor Set Windows/Doors | 1 | LS | $ 3,960.00 | $ 3,960.00 | |
| Structural Steel | | | | | |
| | | | | | |
| **Doors/Windows** | | | | | |
| Exterior Doors and Windows - Kolbe | 1 | Ls | $ 123,059.00 | $ 123,059.00 | |
| Custom Exterior Doors | 1 | LS | $ 18,720.00 | $ 18,720.00 | Includes Door Trim |
| Interior Doors | 1 | LS | $ 32,979.00 | $ 32,979.00 | Includes Cased Openings Now |
| Door Hardware Allowance | 1 | LS | $ 59,426.00 | $ 59,426.00 | |
| Garage Doors | None | | | | Keep Existing |
| Shower Doors | 1 | LS | $ 2,200.00 | $ 2,200.00 | |
| Temp Doors | 1 | LS | $ 500.00 | $ 500.00 | |
| | | | | | |
| **Roofing** | | | | | |
| Slate Labor | 63.5 | SQ | $ 420.00 | $ 26,670.00 | |
| Slate Material | 1 | LS | $ 25,187.69 | $ 25,187.69 | Balance to finish roof after salvaged/cleaned ran out. |
| Haul Slate offsite/Store/Clean | 1 | Ls | $ 4,400.00 | $ 4,400.00 | |
| Copper Roofs | 11.5 | SQ | $ 1,550.00 | $ 17,825.00 | Includes Replacing all copper |
| Copper Flashing M/L (Eve, Valley, Wall, Step) | N/A | | | | |
| Labor Flash Chimney's/Post | N/A | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Membrane | 64 | SQ | $ 90.00 | $ 5,760.00 | |
| Roof Vents | N/A | | | | |
| Gutters | **1** | LS | $ 12,500.00 | $ 12,500.00 | Replace all gutters |
| | | | | | |
| **Masonry** | | | | | |
| Brick Veneer at Windows | 1 | LS | $ 5,380.00 | $ 5,380.00 | |
| Brick Pavers at Front/Side Porch | 1 | LS | $ 11,580.00 | $ 11,580.00 | |
| Redo Brick | 1 | Ls | $ 18,041.00 | $ 18,041.00 | Redo Brick at front and to sides. Was heavily smoke damaged. |
| Misc Block | N/A | | | | |
| Angle Iron/Misc Through Wall Flashing | 76 | LF | $ 13.00 | $ 988.00 | |
| Masonry Fireplaces and False Chimney | N/A | | | | |
| Wood Mantles Allowance | 1 | Ls | $ 10,000.00 | $ 10,000.00 | |
| | | | | | |
| **Interior Trim** | | | | | |
| Labor - Running Trim | 1 | LS | $ 20,830.00 | $ 20,830.00 | Less Garage |
| Labor - Wood Walls | 1 | LS | $ 6,750.00 | $ 6,750.00 | |
| Labor T1-11 | None | | | | Remains in Garage |
| Labor - Wood Paneling w/ Plywood | 1 | LS | $ 5,870.00 | $ 5,870.00 | |
| Labor Stair Parts | 36 | EA | $ 75.00 | $ 2,700.00 | |
| Labor Door Hardware | 1 | Ls | $ 3,500.00 | $ 3,500.00 | |
| Labor Beams | 1 | LS | $ 5,300.00 | $ 5,300.00 | |
| Labor -Misc Carpentry | 1 | LS | $ 2,500.00 | $ 2,500.00 | |
| Labor Interior Railing | 1 | LS | $ 2,630.00 | $ 2,630.00 | |
| Material - Interior Trim | 1 | LS | $ 65,055.00 | $ 65,055.00 | (Cased Openings moved to Interior Doors) |
| | | | | | |
| **Exterior Trim** | | | | | |
| Labor Exterior Trim/Siding | 1 | LS | $ 2,000.00 | $ 2,000.00 | |
| Labor - Porch Ceilings | 1 | LS | $ 2,860.00 | $ 2,860.00 | |
| Labor Shutters | 1 | LS | $ 3,700.00 | $ 3,700.00 | |
| Labor- Porch Cornice/Rail/Columns | 1 | LS | $ 18,560.00 | $ 18,560.00 | |
| Labor Side Porch Cornice/Columns | N/A | | | | |
| Material - Exterior Trim GUESS | 1 | Ls | $ 91,076.00 | $ 91,076.00 | Includes columns/Cornice/Railing/Trim/Shutters |
| Exterior Railing - Basement Steps | **N/A** | | | | |
| | | | | | |
| **Paint/Insulate/Sheetrock** | | | | | |
| Paint | 1 | LS | $ 70,968.00 | $ 70,968.00 | |
| Paint Cabinets/Shelving | 1 | LS | $ 5,120.00 | $ 5,120.00 | |
| Insulation | **1** | Ls | $ 21,742.00 | $ 21,742.00 | |
| Sheetrock Walls/Ceilings | **1** | LS | $ 24,908.00 | $ 24,908.00 | |
| Specialty Finishes | **1** | LS | $ 19,250.00 | $ 19,250.00 | John Powers |
| Pressure wash garage exterior with neutralizing cleaner | **1** | LS | $ 750.00 | $ 750.00 | |
| Kilz interior | **1** | LS | $ 1,220.00 | $ 1,220.00 | |
| Paint garage | **1** | LS | $ 4,880.00 | $ 4,880.00 | |
| Sheetrock patch at garage | **1** | LS | $ 700.00 | $ 700.00 | |
| Stain wood fence to left of drive | **1** | LS | $ 2,700.00 | $ 2,700.00 | one coat arborcoat stain on goodrich side only. |
| | | | | | |
| | | | | | |
| **Flooring/Tile** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Wide Plank Wood Flooring | 1 | Ls | $ 30,013.00 | $ 30,013.00 | |
| 2 1/4 Oak Flooring | 1 | Ls | $ 10,332.00 | $ 10,332.00 | |
| Flush Wood Registers | 1 | Ls | $ 900.00 | $ 900.00 | |
| Sand/Finish Treads | 36 | EA | $ 65.00 | $ 2,340.00 | |
| Interior Brick Pavers | 1 | Ls | $ 4,130.00 | $ 4,130.00 | |
| Exterior Brick Pavers | N/A | | | | |
| Tile Material | 1 | LS | $ 13,410.00 | $ 13,410.00 | |
| Tile Splash Kitchen Allowance | 1 | Ls | $ 1,100.00 | $ 1,100.00 | |
| Tile Splash Utility Mudroom Allowance | 1 | LS | $ 500.00 | $ 500.00 | |
| Tile Labor | 1 | LS | $ 10,950.00 | $ 10,950.00 | |
| Shower Pans | 1 | LS | $ 550.00 | $ 550.00 | |
| Tile Niches/Benches | 5 | Ea | $ 150.00 | $ 750.00 | |
| Sealed Concrete | N/A | | | | |
| Stained Concrete | N/A | | | | |
| Vinyl Flooring | 1 | LS | $ 2,060.00 | $ 2,060.00 | |
| Rubber Sports Floor | N/A | | | | |
| Floor Protection | 1 | LS | $ 1,100.00 | $ 1,100.00 | |
| | | | | | |
| **Cabinets/Vanities/Tops** | | | | | |
| Cabinets/Shelving (By Contractor) | 1 | LS | $ 229,910.00 | $ 229,910.00 | (Includes Painting) |
| Top Quote | 1 | LS | $ 41,651.00 | $ 41,651.00 | |
| Cabinet Hardware | **Above** | | | | |
| Mirror/Glass | 1 | LS | $ 600.00 | $ 600.00 | |
| | | | | | |
| **Appliances** | | | | | |
| Appliances w/Install | 1 | LS | $ 52,789.00 | $ 52,789.00 | |
| | | | | | |
| **Electrical** | | | | | |
| Temp Power | 1 | LS | $ 750.00 | $ 750.00 | |
| Electrical M/L (w/ Smokes) | 1 | LS | $ 40,460.00 | $ 40,460.00 | |
| Electrical Fixture Allowance | 1 | LS | $ 16,493.00 | $ 16,493.00 | |
| Decorative Fixtures | **Owner** | | | | |
| Generator Generac 38 KW | 1 | Ls | $ 18,400.00 | $ 18,400.00 | |
| Audio/Video/Security | **Owner** | | | | |
| Power Service to Building APCO Allowance | N/A | | | | |
| | | | | | |
| **Plumbing** | | | | | |
| Plumbing M/L | 1 | LS | $ 65,800.00 | $ 65,800.00 | |
| Plumbing Fixtures | **1** | LS | $ 74,649.00 | $ 74,649.00 | |
| Water Heaters | **Above** | | | | |
| Septic System Allowance | N/A | | | | |
| Water Line | **Above** | | | | |
| Water Meter | **Existing** | | | | |
| | | | | | |
| **Mechanical** | | | | | |
| HVAC Quote | 1 | Ls | $ 88,589.00 | $ 88,589.00 | Includes $7,500 deduct to reuse 3ea exterior units. |
| Crawlspace Dehumidifier | 1 | Ls | $ 1,800.00 | $ 1,800.00 | |
| Temp HVAC | 1 | LS | $ 2,500.00 | $ 2,500.00 | |
| Registers | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| Sub Total | | | | $ 1,674,706.19 | |
| Overhead/Profit/Supervision - 20% | | | | $ 334,941.24 | |
| Total | | | | $ 2,009,647.43 | |