FILED
2023 Jul-12 PM 04:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
2022 Apr-26 PM 01:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

DAUPHIN PARIS, LLC
ATTORNEYS AT LAW
300 Vestavia Parkway, Suite 3200
Vestavia Hills, Alabama 35216
Phone: 205-518-6821
Fax: 205-518-6805

Charles A. Dauphin
cdauphin@dauphinparis.com

B. Diane Paris
diane@dauphinparis.com

March 19, 2021

Alycen A. Moss
Cozen O'Connor
The Promenade
1230 Peachtree Street, NE
Suite 400
Atlanta, GA 30309

*Via Email Only:* amos@cozen.com

Re: **Alexandra Goodrich and Charles Goodrich**
**Claim No.: 040519056755**
**Landscaping Proof of Loss**

Dear Alycen:

Attached is the Proof of Loss and supporting documentation for the Goodrichs' landscaping claim made in connection with their fire loss. If you have any questions, about the claim, please let me know and the Goodrichs will clarify their claim. Nothing in this submission should be construed as a waiver of the Goodrich's of their rights under the policy, and specifically their right to submit additional claims for ALEs.

Sincerely Yours,

Dauphin Paris, LLC

Charles A. Dauphin

Case 2:22-cv-00021-MHH Document 129-1 Filed 04/26/23 Page 2 of 5

| SWORN STATEMENT IN<br>POLICY NUMBER<br>14945478-01 | PROOF OF LOSS | Amount of Policy<br>See Policy | |
|---|---|---|---|
| AGENT<br>USI Insurance Services LLC (AL) | TO | ISSUED<br>Effective 6/18/19 | EXPIRES<br>6/18/20 |

CHUBB

LANDSCAPING

To the Pacific Indemnity Company (Writing Company). At time of loss by the above referenced policy of insurance you insured Charles Goodrich and Alexandra Goodrich [INSURED_FULLNAME] against loss from fire to the property described according to the terms and conditions of the aforementioned policy and all forms, endorsements, transfers and assignments attached thereto.

1. Time and Origin: A FIRE occurred about the hour of 10:00 A.M on the 18TH day of November, 2019. The cause and origin of the said loss was: As to the cause, we rely on the opinions from the Mountain Brook Fire Department, with which Chubb has talked.

2. Occupancy: The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purposes whatever: Our home.

3. Title and Interest: At the time of the loss the interest of your insured in the property described therein was owners. No other person or persons had any interest therein or encumbrance thereon, except. As stated in the policy, Oakworth Capital held a first mortgage, which has now been satisfied.

4. Changes: Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described, except: none as of the date of the fire.

5. Total Insurance: The total amount of insurance upon the property described by this policy was, at the time of the loss $ , as more particularly specified in the above referenced policy, besides which there was no policy or other contract of insurance, written or oral, valid or invalid. The Coverage Summary of the policy shows a base coverage of $3 million for the Dwelling. The policy, however, had EXTENDED REPLACEMENT COST which provided for coverage in excess of that amount if needed. See Policy. The policy provides a landscaping benefit of 5% of the coverage, or $150,000.00.

6. The Gross Amount Claimed of said property at the time of the loss was: $2,478,302.77. The cost of landscaping necessitated by the fire was not included in that amount. This Proof of Loss is for the landscaping claim.

7. Less the policy Deductible of: See Policy

8. The Net Amount Claimed under the above numbered policy is: Unknown at this time. The Landscaping claim is $150,000, or the maximum allowed under the policy, whichever is greater.

9. The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights. Nor do the insureds waive any of their rights.

Case 2:22-cv-00021-MHH Document 29-11 Filed 04/26/22 Page 3 of 5

State of Alabama
County of Jefferson

Insured Signature
Insured Signature

Subscribed and sworn to, before me this: 19th day of March, 2021.

Notary Public.

Case 2:22-cv-00021-MHH Document 29-11 Filed 04/26/22 Page 4 of 5

Southern Scape

**Goodrich Residence**
**Birmingham, AL**
**4-Dec-20**

**Bid Items Per Plan:**

**Demo and Bed Prep**
Mulch all disturbed areas

| | |
|---|---|
| **Demo, Mulch and Bed Prep Subtotal:** | **$13,674.00** |

**Plant Material**
A. Install Plant Material per plans- Plans from Page/Duke Dated 4/10/2019

| | |
|---|---|
| **Plant Material Subtotal:** | **$122,177.00** |

**Sod Disturbed areas around residence**
A. Allowance

| | |
|---|---|
| **Sod Allowance** | **$8,500.00** |

**Irrigation**
adjust irrigation as needed

| | |
|---|---|
| **Irrigation Subtotal: (allowance)** | **$17,000.00** |

| | |
|---|---|
| **Total Project Costs :** | **$161,351.00** |

Note: All site site debris and extraneous material to be removed prior to landscape installations
Note: Rough Grading By Site Contractor To +/- 2" Of Final Grade
Note: Additional Soil Conditioner Or Mulch Can Be Installed In Extents Of All Beds But Will Be Priced Separatelty

Case 2:22-cv-00021-MHH Document 29-11 Filed 04/26/22 Page 5 of 5

Southern Scape

| Quantity | Botanical | Common | Cal | Size |
|---|---|---|---|---|
| 1 | Acer palmatum var. dissectum `Virdis` | Virdis Japanese Maple | 2.5"Cal | 4`-6` ht. |
| 1 | Cedrus deodara | Deodar Cedar | | 10-12` ht. |
| 2 | Chionanthus retusus | Chinese Fringe Tree | 3"Cal | |
| 4 | Cornus florida `Appalachian Snow` | Dogwood Appalachian Snow | 2.5"Cal | |
| 4 | Cornus florida `Cherokee Princess` | Cherokee Princess Dogwood | 2.5"Cal | |
| 3 | Cornus kousa `Milky Way` | Milky Way Kousa Dogwood | 2.5"Cal | |
| 6 | Cornus x `Rutgan` | Stellar Pink Dogwood | 3"Cal | |
| 2 | Ilex x `Oak Leaf` | Oak Leaf Holly | | 10-12` ht. |
| 7 | Magnolia grandiflora | Southern Magnolia | | 10-12` ht. |
| 2 | Magnolia grandiflora `Brackens Brown Beauty` | Bracken`s Southern Magnolia | | 10-12` ht. |
| 2 | Magnolia grandiflora `Little Gem` | Little Gem Magnolia | | 8`-10` ht. |
| 6 | Magnolia stellata `Centennial` | Star Magnolia | | 8`-10` ht. |
| 1 | Magnolia x soulangiana | Saucer Magnolia Multi-Trunk | | 10-12` ht. |
| 1 | Magnolia x soulangiana `Alexandrina` | Saucer Magnolia | | 10-12` ht. |
| 1 | Styrax obassia | Fragrant Snowbell | 3"Cal | |
| 5 | Thuja occidentalis `Emerald` | Emerald Green Arborvitae | | 8`-10` |
| 10 | Thuja occidentalis `Green Giant` | Green Giant Arborvitae | | 10-12` ht. |

| Quantity | Botanical | Common | Size |
|---|---|---|---|
| 77 | Buxus microphylla japonica `Morris Midget` | Morris Midget Japanese Boxwood | |
| 62 | Buxus microphylla `Kingsville Dwarf` | Kingsville Dwarf Boxwood | 6" |
| 6 | Buxus sempervirens | American Boxwood 2`x2` | 2` x 2` |
| 22 | Buxus sempervirens | American Boxwood 30"x30" | 30" x 30" |
| 10 | Buxus sempervirens | American Boxwood 3`x3` | 3` x 3` |
| 10 | Buxus sempervirens | American Boxwood 4`X4` | 4`x4` |
| 2 | Buxus sempervirens | American Boxwood 5`x5` | 5`x5` |
| 9 | Camellia japonica `Nuccio`s Gem` | Nuccio`s Gem Camellia 4` ht. | 4` ht. |
| 10 | Camellia japonica `Pink Perfection` | Pink Perfection Camellia | 5` ht. |
| 3 | Camellia japonica `Swan Lake` TM | Swan Lake Camellia | 3`-4` ht. |
| 7 | Camellia sasanqua `October Magic Dawn` | October Magic Dawn Camellia | 2`-3` |
| 8 | Camellia sasanqua `October Magic Orchid` | October Magic Orchid Camellia | 2` |
| 4 | Camellia sasanqua `October Magic Snow` | October Magic Snow Camellia | 3` ht. |
| 7 | Camellia sasanqua `October Magic White Shi-Shi` | October Magic White Shi-Shi Sasanqua | 2`-3` |
| 6 | Cephalotaxus harringtonia `Fastigiata` | Plum Yew | 3` ht. |
| 7 | Cotoneaster acutifolius | Peking Cotoneaster | 4` ht. |
| 5 | Distylium x PIIDIST-II` Plant Patent #24,409 | Blue Cascade Distylium | 3` ht. |
| 7 | Gardenia jasminoides `Kleim`s Hardy` | Kleim`s Hardy Gardenia | 2` |
| 3 | Hydrangea paniculata `Pinky Winky` | Panicled Hydrangea | 3`-4` ht. |
| 2 | Hydrangea paniculata `Tardiva` | Tardiva Hydrangea Standard | 30"-36" |
| 16 | Hydrangea quercifolia `Alice` | Alice Oakleaf Hydrangea | 36" |
| 36 | Hydrangea quercifolia `Snow Queen` | Snow Queen Oakleaf Hydrangea | 36" |
| 19 | Hydrangea quercifolia `Snowflake` TM | Snowflake Oakleaf Hydrangea | 3` |
| 35 | Jasminum nudiflorum | Winter Jasmine | 24" |
| 4 | Nandina domestica `Umpqua Warrior` | Umpqua Warrior Heavenly Bamboo | 36" |
| 6 | Osmanthus fragrans | Sweet Olive | 4` |
| 31 | Rhododendron x `Delaware Valley White` | Delaware Valley White Azalea | 2`-3` |
| 12 | Rosa x `Meiggili` | Peach Drift Rose | 12" ht |
| 4 | Viburnum odoratissimum | Sweet Viburnum | 4`-5` ht. |

| Quantity | Botanical | Common | Root | Size |
|---|---|---|---|---|
| 4 | Camellia japonica `Nuccio`s Gem` | Nuccio`s Gem Camellia Espalier | B & B | 5`-6` ht. |
| 3 | Pyrus espalier | Espaliered Pear Tree | B & B | 5`-6` ht. |
| 11 | Rosa banksiae `Alba Plena` | White Lady Bank`s Rose | B & B | 3 gal. |

| Quantity | Botanical | Common | Cont | Size |
|---|---|---|---|---|
| 67 sf | Annual Color | Annual Color | CONT. | |
| 229 | Dryopteris erythrosora | Autumn Fern | CONT. | 1 Gal. |
| 47 | Hemerocallis x `Perfect Peach Glory` | Perfect Peach Glory Daylily | CONT. | 1 Gal. |
| 42 | Leucanthemum x superbum `Alaska` | Alaska Shasta Daisy | CONT. | 2.5" POT |
| 1749 | Ophiopogon japonicus `Nanus` | Dwarf Mondo Grass | CONT. | 4" pot |
| 939 | Pachysandra terminalis `Green Sheen` | Green Sheen Japanese Spurge | CONT. | 4" pot |
| 12 | Rosmarinus officinalis `Prostratus` | Creeping Rosemary | CONT. | 1 Gal. |
| 7,221 sf | Sod | Drought Tolerant Fescue Blend | sod | |
| 22,000 sf | Turf Seed | Drought Tolerant Fescue Blend | seed | |