FILED
2023 Jul-12 PM 04:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

TCC GENERAL CONTRACTORS

| Item | Quantity | Unit | Price | Total | Notes |
|---|---|---|---|---|---|
| | | | | | |
| 2x12x18 CEILING JOIST | 40 | EA | $ 18.95 | $ 758.00 | |
| 2x12x12 CEILING JOIST | 24 | EA | $ 14.60 | $ 350.40 | |
| 2x12x16 PORCH BEAM | 15 | EA | $ 17.60 | $ 264.00 | |
| 2X10X16 PORCH RAFTERS | 40 | EA | $ 12.09 | $ 483.60 | |
| 3/4" CDX PORCH ROOF DECK | 25 | EA | $ 20.85 | $ 521.25 | |
| 2x6x10 STUDS | 100 | EA | $ 6.36 | $ 636.00 | |
| 2x4x10 STUDS | 100 | EA | $ 4.18 | $ 418.00 | |
| 2x4x16 MISC | 200 | EA | $ 7.53 | $ 1,506.00 | |
| 2x6x16 MISC | 200 | EA | $ 10.97 | $ 2,194.00 | |
| 1/2" CDX SHEETING | 20 | EA | $ 17.25 | $ 345.00 | |
| 3/4 subfloor ATTIC | 25 | EA | $ 35.20 | $ 880.00 | |
| glue ATTIC | 10 | EA | $ 4.40 | $ 44.00 | |
| NAILS | 1 | LS | $ 1,000.00 | $ 1,000.00 | |
| 2x8x12 PORCH CEILING JOIST | 40 | EA | $ 7.59 | $ 303.60 | |
| JOIST HANGERS | 80 | EA | $ 1.65 | $ 132.00 | |
| 2x10x10 WINDOW HEADERS | 11 | EA | $ 7.65 | $ 84.15 | |
| GRACE ICE AND WATER SHEILD | 6 | EA | $ 225.00 | $ 1,350.00 | |
| MAN LIFT (ALLOWANCE) | 1 | LS | $ 2,000.00 | $ 2,000.00 | |
| FRAMING LABOR (ALLOWANCE) | 1 | LS | $ 22,500.00 | $ 22,500.00 | |
| | | | | | |
| **Sub Total** | | | | **$ 32,338.75** | |
| **Overhead/Profit/Supervision - 20%** | | | | **$ 6,467.75** | |
| **Total** | | | | **$ 38,806.50** | |

CHUBB

Western Claim Service Center
2155 W. Pinnacle Peak Road
Phoenix, AZ 85027
E USPropertyClaims@chubb.com

Mailing Address
P.O. Box 42065
Phoenix, AZ 85080
O (800) 252-4670
F (800) 664-5358

January 29, 2020

Charles Goodrich and Alexandra Goodrich
3800 Colonnade Parkway, Suite 430
Birmingham, AL 35243

| | | |
|---|---|---|
| Re: | Insured Name: | Charles Goodrich; Alexandra Goodrich |
| | Policy Number: | 001494547801 / 000001 |
| | Claim Number: | 040519056755 |
| | Date of Loss: | 11/18/2019 |
| | Loss Location: | 3305 Dell Rd, Mountain Brook, AL |
| | Writing Company: | Pacific Indemnity Company |

Dear Mr. and Ms. Goodrich:

We are writing to advise you that enclosed is payment regarding the above captioned claim. This check is in the amount of the TCC Contractors framing demolition and repair proposal.

TCC Contractors $38,806.50

I appreciate your assistance and look forward to the receipt of your contractor repair estimate as well as any outstanding items. I would like to thank you for your cooperation with the handling of your loss. Should you have any questions or concerns, please contact me at 205-470-8370.

Sincerely,

*Jeremy E. Elliott*

Jeremy E. Elliott, MBA
Pacific Indemnity Company
Sr. General Adjuster

cc: USI Insurance Services LLC (AL)/ 0020198

CHUBB

**CHUBB GROUP OF INSURANCE COMPANIES**
Two Warren Place, 6120 South Yale 450
Tulsa, OK 74136-4222

## Payment Summary

| | | | |
|---|---|---|---|
| Claim Ref #: | 040519056755 | Page: | 1 of 1 |
| Policy: | 001494547801 | Check Number: | 4708941 |
| Occurence: | 000001 | Print Date: | 01/29/2020 |
| Date of Loss: | 11/18/2019 | Issue Date: | 01/29/2020 |
| SSN#/TIN#: | XXXXXXXXXX | | |
| Payee: | CHARLES GOODRICH & ALEXANDRA GOODRICH &OAKWORTH CAPITAL BANK | | |

Insured: Charles Goodrich Alexandra Goodrich

| DATE | CLAIMANT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Charles Goodrich Alexandra Go | Dwelling | 38,806.50 |

ATTACHMENTS

CHECK TOTAL: 38,806.50

Comments: Overnight

Claim Representative: JEREMY ELLIOTT

Phone: (205)470-8370

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

CHUBB

PACIFIC INDEMNITY COMPANY
2155 W. PINNNACLE PEAK ROAD
PHOENIX, AZ 85027

Claim Ref #: 040519056755

Check Number 4708941
Date 01/29/2020

64-1278
0611

BANK OF AMERICA
ATLANTA, GA

PAY Thirty Eight Thousand Eight Hundred Six Dollars And 50/100 ¢

$***38,806.50

TO THE ORDER OF **CHARLES GOODRICH & ALEXANDRA GOODRICH &OAKWORTH CAPITAL BANK**

Charles Goodrich & Alexandra Goodrich &OAKWORTH CAPITAL BANK
3800 Colonnade Pkwy Ste 430
Charles Goodrich
Birmingham, AL 35243

CHUBB
AUTHORIZED SIGNATURE

IN SETTLEMENT OF DWELLING TCC DEMOLITION & FRAMING SETTLEMENT

⑈0004708941⑈ ⑆061112788⑆ 33598⑈69800⑈

TCC
GENERAL CONTRACTORS
6378 Highway 63 South
Alexander City, AL 35010

# Invoice

| Invoice Date: | Invoice #: |
|---|---|
| 4/8/2020 | 3698 |

| Bill To: |
|---|
| Mr. and Mrs. Charles Goodrich<br>2901 Montevallo Road<br>Mountain Brook, AL 35223 |

| Terms | Due Date: |
|---|---|
| Net 15 | 4/23/2020 |

| Description | Amount |
|---|---|
| Total cost to date on your home (see backup) | 29,968.78 |
| Overhead/Profit/Fee | 5,993.75 |

REMIT PAYMENT TO:
TCC, INC
6378 HIGHWAY 63
SOUTH
ALEXANDER CITY, AL
35010

A finance charge of 2.5% per month will be charged on invoices that are 15 days past due.

| | |
|---|---|
| **Total** | $35,962.53 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $35,962.53 |

| Phone # | Fax: |
|---|---|
| 256.392.4115 | 256.392.4116 |

9:46 AM
04/08/20
Accrual Basis

# TCC, Inc.
## Job Costs Detail
### All Transactions

| Source Name | Type | Date | Num | Memo | Account | Amount |
|---|---|---|---|---|---|---|
| **Goodrich, Charles** | | | | | | |
| **3305 Dell Road** | | | | | | |
| Bradley E. Moncrief | Paycheck | 12/06/2019 | DD4118 | Direct Deposit | 7401 · Salary and Wa... | 27.50 |
| Bradley E. Moncrief | Paycheck | 12/06/2019 | DD4118 | Direct Deposit | 7491 · AL-Employer S... | 0.00 |
| Bradley E. Moncrief | Paycheck | 12/06/2019 | DD4118 | Direct Deposit | 7490 · Payroll Taxes | 1.69 |
| Bradley E. Moncrief | Paycheck | 12/06/2019 | DD4118 | Direct Deposit | 7490 · Payroll Taxes | 0.39 |
| Bradley E. Moncrief | Paycheck | 12/06/2019 | DD4118 | Direct Deposit | 7490 · Payroll Taxes | 0.00 |
| Bradley E. Moncrief | Paycheck | 12/06/2019 | DD4118 | Direct Deposit | 7492 · AL-Unemploym... | 0.00 |
| Bradley E. Moncrief | Paycheck | 12/06/2019 | DD4118 | Direct Deposit | 7540 · Workman's Co... | 2.60 |
| Over the Mountain Electric Inc | Bill | 01/22/2020 | 635199 | install temp | 6710 · Material/Labor ... | 268.00 |
| City of Mountain Brook | Check | 01/22/2020 | 31510 | building permit | 5503 · Permits | 150.00 |
| Home Depot | Credit Card Charge | 01/28/2020 | | breaker | 6710 · Material/Labor ... | 49.38 |
| CITY ELECTRIC SUPPLY | Bill | 01/28/2020 | ALA/066235 | ground rod | 6710 · Material/Labor ... | 10.45 |
| Five Star Lumber Inc | Bill | 01/28/2020 | 179782 | nails | 5901 · Framing Materi... | 693.02 |
| Five Star Lumber Inc | Bill | 01/28/2020 | 179777 | 2x, cdx | 5901 · Framing Materi... | 9,383.22 |
| S&A Martinez Construction, LLC | Bill | 01/29/2020 | Goodrich | demo misc | 5601 · Demolition | 1,350.00 |
| Over the Mountain Electric Inc | Bill | 02/04/2020 | 633861 | set temp pole | 6710 · Material/Labor ... | 251.00 |
| Bradley E. Moncrief | Paycheck | 02/07/2020 | DD4234 | Direct Deposit | 7401 · Salary and Wa... | 55.00 |
| Bradley E. Moncrief | Paycheck | 02/07/2020 | DD4234 | Direct Deposit | 7491 · AL-Employer S... | 0.03 |
| Bradley E. Moncrief | Paycheck | 02/07/2020 | DD4234 | Direct Deposit | 7490 · Payroll Taxes | 3.37 |
| Bradley E. Moncrief | Paycheck | 02/07/2020 | DD4234 | Direct Deposit | 7490 · Payroll Taxes | 0.79 |
| Bradley E. Moncrief | Paycheck | 02/07/2020 | DD4234 | Direct Deposit | 7490 · Payroll Taxes | 0.30 |
| Bradley E. Moncrief | Paycheck | 02/07/2020 | DD4234 | Direct Deposit | 7492 · AL-Unemploym... | 1.42 |
| Bradley E. Moncrief | Paycheck | 02/07/2020 | DD4234 | Direct Deposit | 7540 · Workman's Co... | 5.21 |
| EBay | Credit Card Charge | 02/11/2020 | | wireless camers | 6740 · Audio/Video/Se... | 348.82 |
| S&A Martinez Construction, LLC | Bill | 02/12/2020 | Goodrich 2 | framing and demo | 5910 · Framing Labor | 1,350.00 |
| Bradley E. Moncrief | Paycheck | 02/14/2020 | DD4245 | Direct Deposit | 7401 · Salary and Wa... | 60.50 |
| Bradley E. Moncrief | Paycheck | 02/14/2020 | DD4245 | Direct Deposit | 7491 · AL-Employer S... | 0.02 |
| Bradley E. Moncrief | Paycheck | 02/14/2020 | DD4245 | Direct Deposit | 7490 · Payroll Taxes | 3.71 |
| Bradley E. Moncrief | Paycheck | 02/14/2020 | DD4245 | Direct Deposit | 7490 · Payroll Taxes | 0.87 |
| Bradley E. Moncrief | Paycheck | 02/14/2020 | DD4245 | Direct Deposit | 7490 · Payroll Taxes | 0.00 |
| Bradley E. Moncrief | Paycheck | 02/14/2020 | DD4245 | Direct Deposit | 7492 · AL-Unemploym... | 0.97 |
| Bradley E. Moncrief | Paycheck | 02/14/2020 | DD4245 | Direct Deposit | 7540 · Workman's Co... | 5.72 |
| Millennial Coaching LLC | Bill | 02/17/2020 | 1262 | install fence | 5610 · Grading | 186.27 |
| Bradley E. Moncrief | Paycheck | 02/21/2020 | DD4257 | Direct Deposit | 7401 · Salary and Wa... | 55.00 |
| Bradley E. Moncrief | Paycheck | 02/21/2020 | DD4257 | Direct Deposit | 7491 · AL-Employer S... | 0.00 |
| Bradley E. Moncrief | Paycheck | 02/21/2020 | DD4257 | Direct Deposit | 7490 · Payroll Taxes | 3.37 |
| Bradley E. Moncrief | Paycheck | 02/21/2020 | DD4257 | Direct Deposit | 7490 · Payroll Taxes | 0.79 |
| Bradley E. Moncrief | Paycheck | 02/21/2020 | DD4257 | Direct Deposit | 7490 · Payroll Taxes | 0.00 |
| Bradley E. Moncrief | Paycheck | 02/21/2020 | DD4257 | Direct Deposit | 7492 · AL-Unemploym... | 0.00 |
| Bradley E. Moncrief | Paycheck | 02/21/2020 | DD4257 | Direct Deposit | 7540 · Workman's Co... | 5.21 |
| Bradley E. Moncrief | Paycheck | 02/28/2020 | DD4270 | Direct Deposit | 7401 · Salary and Wa... | 121.00 |
| Bradley E. Moncrief | Paycheck | 02/28/2020 | DD4270 | Direct Deposit | 7491 · AL-Employer S... | 0.00 |
| Bradley E. Moncrief | Paycheck | 02/28/2020 | DD4270 | Direct Deposit | 7490 · Payroll Taxes | 7.42 |
| Bradley E. Moncrief | Paycheck | 02/28/2020 | DD4270 | Direct Deposit | 7490 · Payroll Taxes | 1.73 |
| Bradley E. Moncrief | Paycheck | 02/28/2020 | DD4270 | Direct Deposit | 7490 · Payroll Taxes | 0.00 |
| Bradley E. Moncrief | Paycheck | 02/28/2020 | DD4270 | Direct Deposit | 7492 · AL-Unemploym... | 0.00 |
| Bradley E. Moncrief | Paycheck | 02/28/2020 | DD4270 | Direct Deposit | 7540 · Workman's Co... | 11.45 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 5540 · Wages - (Job ... | 10.50 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 5540 · Wages - (Job ... | 14.00 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 7491 · AL-Employer S... | 0.01 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 7491 · AL-Employer S... | 0.01 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 7490 · Payroll Taxes | 0.65 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 7490 · Payroll Taxes | 0.87 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 7490 · Payroll Taxes | 0.15 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 7490 · Payroll Taxes | 0.20 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 7490 · Payroll Taxes | 0.06 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 7490 · Payroll Taxes | 0.08 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 7492 · AL-Unemploym... | 0.27 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 7492 · AL-Unemploym... | 0.36 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 7540 · Workman's Co... | 1.44 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 7540 · Workman's Co... | 1.92 |
| Amazon.com | Credit Card Charge | 03/02/2020 | | can light | 6720 · Fixtures | 647.74 |
| Ace Construction, LLC | Bill | 03/03/2020 | Goodrich | demo framing | 5601 · Demolition | 6,480.00 |
| Bradley E. Moncrief | Paycheck | 03/06/2020 | DD4281 | Direct Deposit | 7401 · Salary and Wa... | 71.50 |
| Bradley E. Moncrief | Paycheck | 03/06/2020 | DD4281 | Direct Deposit | 7491 · AL-Employer S... | 0.00 |
| Bradley E. Moncrief | Paycheck | 03/06/2020 | DD4281 | Direct Deposit | 7490 · Payroll Taxes | 4.38 |
| Bradley E. Moncrief | Paycheck | 03/06/2020 | DD4281 | Direct Deposit | 7490 · Payroll Taxes | 1.02 |
| Bradley E. Moncrief | Paycheck | 03/06/2020 | DD4281 | Direct Deposit | 7490 · Payroll Taxes | 0.00 |
| Bradley E. Moncrief | Paycheck | 03/06/2020 | DD4281 | Direct Deposit | 7492 · AL-Unemploym... | 0.00 |
| Bradley E. Moncrief | Paycheck | 03/06/2020 | DD4281 | Direct Deposit | 7540 · Workman's Co... | 6.77 |
| Riddle Home Services, LLC | Bill | 03/11/2020 | 1903 | demo brick | 5601 · Demolition | 391.00 |
| S&A Martinez Construction, LLC | Bill | 03/11/2020 | Goodrich 2 | demo | 5601 · Demolition | 450.00 |
| Cahaba Heights Hardware | Bill | 03/12/2020 | 437139 | drill bit | 6020 · Misc. Carpentr... | 11.57 |
| Five Star Lumber Inc | Bill | 03/12/2020 | 181106 | cdx, tyvek | 5901 · Framing Materi... | 1,497.66 |
| Bradley E. Moncrief | Paycheck | 03/13/2020 | DD4291 | Direct Deposit | 7401 · Salary and Wa... | 9.17 |
| Bradley E. Moncrief | Paycheck | 03/13/2020 | DD4291 | Direct Deposit | 7491 · AL-Employer S... | 0.00 |
| Bradley E. Moncrief | Paycheck | 03/13/2020 | DD4291 | Direct Deposit | 7490 · Payroll Taxes | 0.56 |
| Bradley E. Moncrief | Paycheck | 03/13/2020 | DD4291 | Direct Deposit | 7490 · Payroll Taxes | 0.13 |
| Bradley E. Moncrief | Paycheck | 03/13/2020 | DD4291 | Direct Deposit | 7490 · Payroll Taxes | 0.00 |
| Bradley E. Moncrief | Paycheck | 03/13/2020 | DD4291 | Direct Deposit | 7492 · AL-Unemploym... | 0.00 |
| Bradley E. Moncrief | Paycheck | 03/13/2020 | DD4291 | Direct Deposit | 7540 · Workman's Co... | 0.87 |
| S&A Martinez Construction, LLC | Bill | 03/18/2020 | Goodrich 3 | demo and replace framing | 5910 · Framing Labor | 1,500.00 |
| Bradley E. Moncrief | Paycheck | 03/20/2020 | DD4304 | Direct Deposit | 7401 · Salary and Wa... | 49.50 |
| Bradley E. Moncrief | Paycheck | 03/20/2020 | DD4304 | Direct Deposit | 7491 · AL-Employer S... | 0.00 |
| Bradley E. Moncrief | Paycheck | 03/20/2020 | DD4304 | Direct Deposit | 7490 · Payroll Taxes | 3.02 |
| Bradley E. Moncrief | Paycheck | 03/20/2020 | DD4304 | Direct Deposit | 7490 · Payroll Taxes | 0.71 |
| Bradley E. Moncrief | Paycheck | 03/20/2020 | DD4304 | Direct Deposit | 7490 · Payroll Taxes | 0.00 |
| Bradley E. Moncrief | Paycheck | 03/20/2020 | DD4304 | Direct Deposit | 7492 · AL-Unemploym... | 0.00 |
| Bradley E. Moncrief | Paycheck | 03/20/2020 | DD4304 | Direct Deposit | 7540 · Workman's Co... | 4.68 |

**TCC, Inc.**
# Job Costs Detail
**All Transactions**

| Source Name | Type | Date | Num | Memo | Account | Amount |
|---|---|---|---|---|---|---|
| CJO Gutter Sidding R. | Bill | 03/20/2020 | Goodrich | remove slate | 5601 · Demolition | 1,600.00 |
| S&A Martinez Construction, LLC | Bill | 03/24/2020 | Goodrich 4 | framing burnt wood | 5910 · Framing Labor | 2,425.00 |
| Cahaba Heights Hardware | Bill | 03/25/2020 | 439979 | marking paint | 6020 · Misc. Carpentr... | 6.59 |
| Alabama Graphics | Bill | 03/25/2020 | 2057664-IN | prints | 5502 · Plans | 85.53 |
| Bradley E. Moncrief | Paycheck | 03/27/2020 | DD4317 | Direct Deposit | 7401 · Salary and Wa... | 16.50 |
| Bradley E. Moncrief | Paycheck | 03/27/2020 | DD4317 | Direct Deposit | 7491 · AL-Employer S... | 0.00 |
| Bradley E. Moncrief | Paycheck | 03/27/2020 | DD4317 | Direct Deposit | 7490 · Payroll Taxes | 1.01 |
| Bradley E. Moncrief | Paycheck | 03/27/2020 | DD4317 | Direct Deposit | 7490 · Payroll Taxes | 0.24 |
| Bradley E. Moncrief | Paycheck | 03/27/2020 | DD4317 | Direct Deposit | 7490 · Payroll Taxes | 0.00 |
| Bradley E. Moncrief | Paycheck | 03/27/2020 | DD4317 | Direct Deposit | 7492 · AL-Unemploym... | 0.00 |
| Bradley E. Moncrief | Paycheck | 03/27/2020 | DD4317 | Direct Deposit | 7540 · Workman's Co... | 1.56 |
| AMWaste, LLC | Bill | 03/31/2020 | 0000307961 | dumpster | 5525 · Sanitation (Du... | 88.57 |
| Bradley E. Moncrief | Paycheck | 04/10/2020 | DD4340 | Direct Deposit | 7401 · Salary and Wa... | 126.50 |
| Bradley E. Moncrief | Paycheck | 04/10/2020 | DD4340 | Direct Deposit | 7401 · Salary and Wa... | 16.50 |
| Bradley E. Moncrief | Paycheck | 04/10/2020 | DD4340 | Direct Deposit | 7491 · AL-Employer S... | 0.00 |
| Bradley E. Moncrief | Paycheck | 04/10/2020 | DD4340 | Direct Deposit | 7490 · Payroll Taxes | 8.71 |
| Bradley E. Moncrief | Paycheck | 04/10/2020 | DD4340 | Direct Deposit | 7490 · Payroll Taxes | 2.04 |
| Bradley E. Moncrief | Paycheck | 04/10/2020 | DD4340 | Direct Deposit | 7490 · Payroll Taxes | 0.00 |
| Bradley E. Moncrief | Paycheck | 04/10/2020 | DD4340 | Direct Deposit | 7492 · AL-Unemploym... | 0.00 |
| Bradley E. Moncrief | Paycheck | 04/10/2020 | DD4340 | Direct Deposit | 7540 · Workman's Co... | 13.01 |
| Total 3305 Dell Road | | | | | | 29,968.78 |
| Total Goodrich, Charles | | | | | | 29,968.78 |
| **TOTAL** | | | | | | **29,968.78** |

TCC
GENERAL CONTRACTORS

6378 Highway 63 South
Alexander City, AL 35010

# Invoice

| Invoice Date: | Invoice #: |
|---|---|
| 5/8/2020 | 3726 |

| Bill To: |
|---|
| Mr. and Mrs. Charles Goodrich<br>2901 Montevallo Road<br>Mountain Brook, AL 35223 |

| Terms | Due Date: |
|---|---|
| Net 15 | 5/23/2020 |

| Description | Amount |
|---|---|
| Total cost to date on your home (see backup) | 37,316.69 |
| Overhead/Profit/Fee | 7,463.33 |
| Less previously invoiced | -35,962.53 |

REMIT PAYMENT TO:
TCC, INC
6378 HIGHWAY 63 SOUTH
ALEXANDER CITY, AL 35010

A finance charge of 2.5% per month will be charged on invoices that are 15 days past due.

| | |
|---|---|
| **Total** | $8,817.49 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,817.49 |

| Phone # | Fax: |
|---|---|
| 256.392.4115 | 256.392.4116 |

4:11 PM
05/08/20
Accrual Basis

# TCC, Inc.
## Job Costs Detail
### All Transactions

| Source Name | Type | Date | Num | Memo | Account | Amount |
|---|---|---|---|---|---|---|
| **Goodrich, Charles** | | | | | | |
| **3305 Dell Road** | | | | | | |
| Bradley E. Moncrief | Paycheck | 12/06/2019 | DD4118 | Direct Deposit | 7401 · Salary and W... | 27.50 |
| Bradley E. Moncrief | Paycheck | 12/06/2019 | DD4118 | Direct Deposit | 7491 · AL-Employer ... | 0.00 |
| Bradley E. Moncrief | Paycheck | 12/06/2019 | DD4118 | Direct Deposit | 7490 · Payroll Taxes | 1.69 |
| Bradley E. Moncrief | Paycheck | 12/06/2019 | DD4118 | Direct Deposit | 7490 · Payroll Taxes | 0.39 |
| Bradley E. Moncrief | Paycheck | 12/06/2019 | DD4118 | Direct Deposit | 7490 · Payroll Taxes | 0.00 |
| Bradley E. Moncrief | Paycheck | 12/06/2019 | DD4118 | Direct Deposit | 7492 · AL-Unemploy... | 0.00 |
| Bradley E. Moncrief | Paycheck | 12/06/2019 | DD4118 | Direct Deposit | 7540 · Workman's C... | 2.60 |
| Over the Mountain El... | Bill | 01/22/2020 | 635199 | install temp | 6710 · Material/Labor... | 268.00 |
| City of Mountain Brook | Check | 01/22/2020 | 31510 | building permit | 5503 · Permits | 150.00 |
| Home Depot | Credit Card Charge | 01/28/2020 | | breaker | 6710 · Material/Labor... | 49.38 |
| CITY ELECTRIC SU... | Bill | 01/28/2020 | ALA/0... | ground rod | 6710 · Material/Labor... | 10.45 |
| Five Star Lumber Inc | Bill | 01/28/2020 | 179782 | nails | 5901 · Framing Mate... | 693.02 |
| Five Star Lumber Inc | Bill | 01/28/2020 | 179777 | 2x, cdx | 5901 · Framing Mate... | 9,383.22 |
| S&A Martinez Constr... | Bill | 01/29/2020 | Goodri... | demo misc | 5601 · Demolition | 1,350.00 |
| Over the Mountain El... | Bill | 02/04/2020 | 633861 | set temp pole | 6710 · Material/Labor... | 251.00 |
| Bradley E. Moncrief | Paycheck | 02/07/2020 | DD4234 | Direct Deposit | 7401 · Salary and W... | 55.00 |
| Bradley E. Moncrief | Paycheck | 02/07/2020 | DD4234 | Direct Deposit | 7491 · AL-Employer ... | 0.03 |
| Bradley E. Moncrief | Paycheck | 02/07/2020 | DD4234 | Direct Deposit | 7490 · Payroll Taxes | 3.37 |
| Bradley E. Moncrief | Paycheck | 02/07/2020 | DD4234 | Direct Deposit | 7490 · Payroll Taxes | 0.79 |
| Bradley E. Moncrief | Paycheck | 02/07/2020 | DD4234 | Direct Deposit | 7490 · Payroll Taxes | 0.30 |
| Bradley E. Moncrief | Paycheck | 02/07/2020 | DD4234 | Direct Deposit | 7492 · AL-Unemploy... | 1.42 |
| Bradley E. Moncrief | Paycheck | 02/07/2020 | DD4234 | Direct Deposit | 7540 · Workman's C... | 5.21 |
| EBay | Credit Card Charge | 02/11/2020 | | wireless camers | 6740 · Audio/Video/S... | 348.82 |
| S&A Martinez Constr... | Bill | 02/12/2020 | Goodri... | framing and demo | 5910 · Framing Labor | 1,350.00 |
| Bradley E. Moncrief | Paycheck | 02/14/2020 | DD4245 | Direct Deposit | 7401 · Salary and W... | 60.50 |
| Bradley E. Moncrief | Paycheck | 02/14/2020 | DD4245 | Direct Deposit | 7491 · AL-Employer ... | 0.02 |
| Bradley E. Moncrief | Paycheck | 02/14/2020 | DD4245 | Direct Deposit | 7490 · Payroll Taxes | 3.71 |
| Bradley E. Moncrief | Paycheck | 02/14/2020 | DD4245 | Direct Deposit | 7490 · Payroll Taxes | 0.87 |
| Bradley E. Moncrief | Paycheck | 02/14/2020 | DD4245 | Direct Deposit | 7490 · Payroll Taxes | 0.00 |
| Bradley E. Moncrief | Paycheck | 02/14/2020 | DD4245 | Direct Deposit | 7492 · AL-Unemploy... | 0.97 |
| Bradley E. Moncrief | Paycheck | 02/14/2020 | DD4245 | Direct Deposit | 7540 · Workman's C... | 5.72 |
| Millennial Coaching L... | Bill | 02/17/2020 | 1262 | install fence | 5610 · Grading | 186.27 |
| Bradley E. Moncrief | Paycheck | 02/21/2020 | DD4257 | Direct Deposit | 7401 · Salary and W... | 55.00 |
| Bradley E. Moncrief | Paycheck | 02/21/2020 | DD4257 | Direct Deposit | 7491 · AL-Employer ... | 0.00 |
| Bradley E. Moncrief | Paycheck | 02/21/2020 | DD4257 | Direct Deposit | 7490 · Payroll Taxes | 3.37 |
| Bradley E. Moncrief | Paycheck | 02/21/2020 | DD4257 | Direct Deposit | 7490 · Payroll Taxes | 0.79 |
| Bradley E. Moncrief | Paycheck | 02/21/2020 | DD4257 | Direct Deposit | 7490 · Payroll Taxes | 0.00 |
| Bradley E. Moncrief | Paycheck | 02/21/2020 | DD4257 | Direct Deposit | 7492 · AL-Unemploy... | 0.00 |
| Bradley E. Moncrief | Paycheck | 02/21/2020 | DD4257 | Direct Deposit | 7540 · Workman's C... | 5.21 |
| Bradley E. Moncrief | Paycheck | 02/28/2020 | DD4270 | Direct Deposit | 7401 · Salary and W... | 121.00 |
| Bradley E. Moncrief | Paycheck | 02/28/2020 | DD4270 | Direct Deposit | 7491 · AL-Employer ... | 0.00 |
| Bradley E. Moncrief | Paycheck | 02/28/2020 | DD4270 | Direct Deposit | 7490 · Payroll Taxes | 7.42 |
| Bradley E. Moncrief | Paycheck | 02/28/2020 | DD4270 | Direct Deposit | 7490 · Payroll Taxes | 1.73 |
| Bradley E. Moncrief | Paycheck | 02/28/2020 | DD4270 | Direct Deposit | 7490 · Payroll Taxes | 0.00 |
| Bradley E. Moncrief | Paycheck | 02/28/2020 | DD4270 | Direct Deposit | 7492 · AL-Unemploy... | 0.00 |
| Bradley E. Moncrief | Paycheck | 02/28/2020 | DD4270 | Direct Deposit | 7540 · Workman's C... | 11.45 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 5540 · Wages - (Job ... | 10.50 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 5540 · Wages - (Job ... | 14.00 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 7491 · AL-Employer ... | 0.01 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 7491 · AL-Employer ... | 0.01 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 7490 · Payroll Taxes | 0.65 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 7490 · Payroll Taxes | 0.87 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 7490 · Payroll Taxes | 0.15 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 7490 · Payroll Taxes | 0.20 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 7490 · Payroll Taxes | 0.06 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 7490 · Payroll Taxes | 0.08 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 7492 · AL-Unemploy... | 0.27 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 7492 · AL-Unemploy... | 0.36 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 7540 · Workman's C... | 1.44 |
| Jesse F Weeks | Paycheck | 02/28/2020 | DD4273 | Direct Deposit | 7540 · Workman's C... | 1.92 |
| Amazon.com | Credit Card Charge | 03/02/2020 | | can light | 6720 · Fixtures | 647.74 |
| Ace Construction, LLC | Bill | 03/03/2020 | Goodri... | demo framing | 5601 · Demolition | 6,480.00 |
| Bradley E. Moncrief | Paycheck | 03/06/2020 | DD4281 | Direct Deposit | 7401 · Salary and W... | 71.50 |
| Bradley E. Moncrief | Paycheck | 03/06/2020 | DD4281 | Direct Deposit | 7491 · AL-Employer ... | 0.00 |
| Bradley E. Moncrief | Paycheck | 03/06/2020 | DD4281 | Direct Deposit | 7490 · Payroll Taxes | 4.38 |
| Bradley E. Moncrief | Paycheck | 03/06/2020 | DD4281 | Direct Deposit | 7490 · Payroll Taxes | 1.02 |
| Bradley E. Moncrief | Paycheck | 03/06/2020 | DD4281 | Direct Deposit | 7490 · Payroll Taxes | 0.00 |
| Bradley E. Moncrief | Paycheck | 03/06/2020 | DD4281 | Direct Deposit | 7492 · AL-Unemploy... | 0.00 |
| Bradley E. Moncrief | Paycheck | 03/06/2020 | DD4281 | Direct Deposit | 7540 · Workman's C... | 6.77 |
| Riddle Home Service... | Bill | 03/11/2020 | 1903 | demo brick | 5601 · Demolition | 391.00 |
| S&A Martinez Constr... | Bill | 03/11/2020 | Goodri... | demo | 5601 · Demolition | 450.00 |
| Cahaba Heights Har... | Bill | 03/12/2020 | 437139 | drill bit | 6020 · Misc. Carpent... | 11.57 |
| Five Star Lumber Inc | Bill | 03/12/2020 | 181106 | cdx, tyvek | 5901 · Framing Mate... | 1,497.66 |
| Bradley E. Moncrief | Paycheck | 03/13/2020 | DD4291 | Direct Deposit | 7401 · Salary and W... | 9.17 |
| Bradley E. Moncrief | Paycheck | 03/13/2020 | DD4291 | Direct Deposit | 7491 · AL-Employer ... | 0.00 |
| Bradley E. Moncrief | Paycheck | 03/13/2020 | DD4291 | Direct Deposit | 7490 · Payroll Taxes | 0.56 |

4:11 PM
05/08/20
Accrual Basis

# TCC, Inc.
## Job Costs Detail
### All Transactions

| Source Name | Type | Date | Num | Memo | Account | Amount |
|---|---|---|---|---|---|---|
| Bradley E. Moncrief | Paycheck | 03/13/2020 | DD4291 | Direct Deposit | 7490 · Payroll Taxes | 0.13 |
| Bradley E. Moncrief | Paycheck | 03/13/2020 | DD4291 | Direct Deposit | 7490 · Payroll Taxes | 0.00 |
| Bradley E. Moncrief | Paycheck | 03/13/2020 | DD4291 | Direct Deposit | 7492 · AL-Unemploy... | 0.00 |
| Bradley E. Moncrief | Paycheck | 03/13/2020 | DD4291 | Direct Deposit | 7540 · Workman's C... | 0.87 |
| S&A Martinez Constr... | Bill | 03/18/2020 | Goodri... | demo and replace framing | 5910 · Framing Labor | 1,500.00 |
| Bradley E. Moncrief | Paycheck | 03/20/2020 | DD4304 | Direct Deposit | 7401 · Salary and W... | 49.50 |
| Bradley E. Moncrief | Paycheck | 03/20/2020 | DD4304 | Direct Deposit | 7491 · AL-Employer ... | 0.00 |
| Bradley E. Moncrief | Paycheck | 03/20/2020 | DD4304 | Direct Deposit | 7490 · Payroll Taxes | 3.02 |
| Bradley E. Moncrief | Paycheck | 03/20/2020 | DD4304 | Direct Deposit | 7490 · Payroll Taxes | 0.71 |
| Bradley E. Moncrief | Paycheck | 03/20/2020 | DD4304 | Direct Deposit | 7490 · Payroll Taxes | 0.00 |
| Bradley E. Moncrief | Paycheck | 03/20/2020 | DD4304 | Direct Deposit | 7492 · AL-Unemploy... | 0.00 |
| Bradley E. Moncrief | Paycheck | 03/20/2020 | DD4304 | Direct Deposit | 7540 · Workman's C... | 4.68 |
| CJO Gutter Sidding R. | Bill | 03/20/2020 | Goodri... | remove slate | 5601 · Demolition | 1,600.00 |
| S&A Martinez Constr... | Bill | 03/24/2020 | Goodri... | framing burnt wood | 5910 · Framing Labor | 2,425.00 |
| Cahaba Heights Har... | Bill | 03/25/2020 | 439979 | marking paint | 6020 · Misc. Carpent... | 6.59 |
| Alabama Graphics | Bill | 03/25/2020 | 20576... | prints | 5502 · Plans | 85.53 |
| Bradley E. Moncrief | Paycheck | 03/27/2020 | DD4317 | Direct Deposit | 7401 · Salary and W... | 16.50 |
| Bradley E. Moncrief | Paycheck | 03/27/2020 | DD4317 | Direct Deposit | 7491 · AL-Employer ... | 0.00 |
| Bradley E. Moncrief | Paycheck | 03/27/2020 | DD4317 | Direct Deposit | 7490 · Payroll Taxes | 1.01 |
| Bradley E. Moncrief | Paycheck | 03/27/2020 | DD4317 | Direct Deposit | 7490 · Payroll Taxes | 0.24 |
| Bradley E. Moncrief | Paycheck | 03/27/2020 | DD4317 | Direct Deposit | 7490 · Payroll Taxes | 0.00 |
| Bradley E. Moncrief | Paycheck | 03/27/2020 | DD4317 | Direct Deposit | 7492 · AL-Unemploy... | 0.00 |
| Bradley E. Moncrief | Paycheck | 03/27/2020 | DD4317 | Direct Deposit | 7540 · Workman's C... | 1.56 |
| AMWaste, LLC | Bill | 03/31/2020 | 00003... | dumpster | 5525 · Sanitation (Du... | 88.57 |
| AMWaste, LLC | Bill | 03/31/2020 | 00003... | dumpster | 5525 · Sanitation (Du... | 445.00 |
| Wade Sand & Gravel... | Bill | 03/31/2020 | 132605 | 4 Stone | 5610 · Grading | 1,231.07 |
| AMWaste, LLC | Bill | 04/01/2020 | 00003... | portolet | 5525 · Sanitation (Du... | 91.22 |
| L.F. Hauling, LLC | Bill | 04/02/2020 | Goodri... | dirt haul off | 5610 · Grading | 1,000.00 |
| Bradley E. Moncrief | Paycheck | 04/10/2020 | DD4340 | Direct Deposit | 7401 · Salary and W... | 126.50 |
| Bradley E. Moncrief | Paycheck | 04/10/2020 | DD4340 | Direct Deposit | 7401 · Salary and W... | 16.50 |
| Bradley E. Moncrief | Paycheck | 04/10/2020 | DD4340 | Direct Deposit | 7491 · AL-Employer ... | 0.00 |
| Bradley E. Moncrief | Paycheck | 04/10/2020 | DD4340 | Direct Deposit | 7490 · Payroll Taxes | 8.71 |
| Bradley E. Moncrief | Paycheck | 04/10/2020 | DD4340 | Direct Deposit | 7490 · Payroll Taxes | 2.04 |
| Bradley E. Moncrief | Paycheck | 04/10/2020 | DD4340 | Direct Deposit | 7490 · Payroll Taxes | 0.00 |
| Bradley E. Moncrief | Paycheck | 04/10/2020 | DD4340 | Direct Deposit | 7492 · AL-Unemploy... | 0.00 |
| Bradley E. Moncrief | Paycheck | 04/10/2020 | DD4340 | Direct Deposit | 7540 · Workman's C... | 13.01 |
| S&A Martinez Constr... | Bill | 04/15/2020 | Goodri... | framing porch | 5910 · Framing Labor | 3,850.00 |
| AMWaste, LLC | Bill | 04/15/2020 | 00003... | dumspter | 5525 · Sanitation (Du... | 389.92 |
| Bradley E. Moncrief | Paycheck | 04/17/2020 | DD4352 | Direct Deposit | 7401 · Salary and W... | 22.00 |
| Bradley E. Moncrief | Paycheck | 04/17/2020 | DD4352 | Direct Deposit | 7491 · AL-Employer ... | 0.00 |
| Bradley E. Moncrief | Paycheck | 04/17/2020 | DD4352 | Direct Deposit | 7490 · Payroll Taxes | 1.35 |
| Bradley E. Moncrief | Paycheck | 04/17/2020 | DD4352 | Direct Deposit | 7490 · Payroll Taxes | 0.32 |
| Bradley E. Moncrief | Paycheck | 04/17/2020 | DD4352 | Direct Deposit | 7490 · Payroll Taxes | 0.00 |
| Bradley E. Moncrief | Paycheck | 04/17/2020 | DD4352 | Direct Deposit | 7492 · AL-Unemploy... | 0.00 |
| Bradley E. Moncrief | Paycheck | 04/17/2020 | DD4352 | Direct Deposit | 7540 · Workman's C... | 2.08 |
| Jesse F Weeks | Paycheck | 04/17/2020 | DD4355 | Direct Deposit | 5540 · Wages - (Job ... | 17.50 |
| Jesse F Weeks | Paycheck | 04/17/2020 | DD4355 | Direct Deposit | 5540 · Wages - (Job ... | 56.00 |
| Jesse F Weeks | Paycheck | 04/17/2020 | DD4355 | Direct Deposit | 5540 · Wages - (Job ... | 78.75 |
| Jesse F Weeks | Paycheck | 04/17/2020 | DD4355 | Direct Deposit | 7491 · AL-Employer ... | 0.00 |
| Jesse F Weeks | Paycheck | 04/17/2020 | DD4355 | Direct Deposit | 7491 · AL-Employer ... | 0.00 |
| Jesse F Weeks | Paycheck | 04/17/2020 | DD4355 | Direct Deposit | 7490 · Payroll Taxes | 5.97 |
| Jesse F Weeks | Paycheck | 04/17/2020 | DD4355 | Direct Deposit | 7490 · Payroll Taxes | 3.47 |
| Jesse F Weeks | Paycheck | 04/17/2020 | DD4355 | Direct Deposit | 7490 · Payroll Taxes | 1.40 |
| Jesse F Weeks | Paycheck | 04/17/2020 | DD4355 | Direct Deposit | 7490 · Payroll Taxes | 0.81 |
| Jesse F Weeks | Paycheck | 04/17/2020 | DD4355 | Direct Deposit | 7490 · Payroll Taxes | 0.00 |
| Jesse F Weeks | Paycheck | 04/17/2020 | DD4355 | Direct Deposit | 7490 · Payroll Taxes | 0.00 |
| Jesse F Weeks | Paycheck | 04/17/2020 | DD4355 | Direct Deposit | 7492 · AL-Unemploy... | 0.00 |
| Jesse F Weeks | Paycheck | 04/17/2020 | DD4355 | Direct Deposit | 7492 · AL-Unemploy... | 0.00 |
| Jesse F Weeks | Paycheck | 04/17/2020 | DD4355 | Direct Deposit | 7540 · Workman's C... | 7.67 |
| Jesse F Weeks | Paycheck | 04/17/2020 | DD4355 | Direct Deposit | 7540 · Workman's C... | 9.57 |
| AMWaste, LLC | Bill | 04/29/2020 | 00003... | portolet | 5525 · Sanitation (Du... | 89.78 |
| Kevin Pedersen | Paycheck | 05/08/2020 | DD4405 | Direct Deposit | 5540 · Wages - (Job ... | 36.00 |
| Kevin Pedersen | Paycheck | 05/08/2020 | DD4405 | Direct Deposit | 7491 · AL-Employer ... | 0.02 |
| Kevin Pedersen | Paycheck | 05/08/2020 | DD4405 | Direct Deposit | 7490 · Payroll Taxes | 2.22 |
| Kevin Pedersen | Paycheck | 05/08/2020 | DD4405 | Direct Deposit | 7490 · Payroll Taxes | 0.52 |
| Kevin Pedersen | Paycheck | 05/08/2020 | DD4405 | Direct Deposit | 7490 · Payroll Taxes | 0.21 |
| Kevin Pedersen | Paycheck | 05/08/2020 | DD4405 | Direct Deposit | 7492 · AL-Unemploy... | 0.13 |
| Kevin Pedersen | Paycheck | 05/08/2020 | DD4405 | Direct Deposit | 7540 · Workman's C... | 4.93 |
| Total 3305 Dell Road | | | | | | 37,316.69 |
| Total Goodrich, Charles | | | | | | 37,316.69 |
| **TOTAL** | | | | | | **37,316.69** |