FILED
2023 Jul-12 PM 04:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

**From:** Chuck Dauphin
**To:** Elliott, Jeremy E; Alexandra Goodrich
**Cc:** <charles@timberlineholdings.com>; US Property Claims
**Subject:** RE: PACIFIC INDEMNITY COMPANY- claim 040519056755- Check Status- Action Plan
**Date:** Tuesday, December 24, 2019 10:28:00 AM

Jeremy – thanks for the prompt response. I'm not certain as to what you mean by "physical damage." Clearly the walls in this area, while still standing, suffered significant smoke damage. Have you taken any samples from the walls and submitted them for a chemical analysis to determine the presence of smoke or soot? If not, please do so.

You also mentioned that the demolition of adjoining rooms would allow access and sealing of any framing in those areas. Again, I'm not real sure what you mean because I don't understand how one can seal the framing in these areas without taking out the walls and ceiling. Please explain.

Also, please tell us what type of "sealing" you anticipate being done? The more descriptive you can be the better.

Thanks again. Chuck
Charles A. Dauphin
Dauphin Paris LLC
300 Vestavia Parkway
Suite 3700
Vestavia Hills, AL 35216
cdauphin@dauphinparis.com
205-518-6821

**From:** Elliott, Jeremy E <jelliott@chubb.com>
**Sent:** Tuesday, December 24, 2019 9:22 AM
**To:** Chuck Dauphin <cdauphin@dauphinparis.com>; Alexandra Goodrich <aligoodrich@gmail.com>
**Cc:** <charles@timberlineholdings.com> <charles@timberlineholdings.com>; US Property Claims <uspropertyclaims@Chubb.com>
**Subject:** RE: PACIFIC INDEMNITY COMPANY- claim 040519056755- Check Status- Action Plan

Mr. Dauphin, the demolition process continues and we have determined the master bathroom and closet areas did not sustain physical damage and no need to be demolished. However, the adjacent rooms walls are being demolished which will The removal process continues and we can have a follow up inspection first week of new year at home if you would like to confirm the process.

Please contact me directly with any questions.

Thank You

**Jeremy Elliott,MBA**

Senior General Adjuster, Claims

1400 Urban Center Drive, Suite 450, Vestavia Hills, Alabama 35242, USA
O 205-470-8370 F 205-968-5496
E jelliott@chubb.com

*For more information on your Claim experience with Chubb, visit us here:* Chubb Claim Guidance

*Welcome to Chubb Claims. Life is about to get easier.*

I strive to take care of all inquiries and questions directly with you. If you need to speak with my supervisor, please contact Wally Haessig at (214) 460-1779 or via e-mail at whaessig@chubb.com.

---

**From:** Chuck Dauphin [mailto:cdauphin@dauphinparis.com]
**Sent:** Tuesday, December 24, 2019 8:11 AM
**To:** Alexandra Goodrich <aligoodrich@gmail.com>; Elliott, Jeremy E <jelliott@chubb.com>
**Cc:** <charles@timberlineholdings.com> <charles@timberlineholdings.com>
**Subject:** [EXTERNAL] RE: PACIFIC INDEMNITY COMPANY- claim 040519056755- Check Status- Action Plan

Jeremy - It was good to visit with you at the Goodrich house a couple of weeks ago. Ali and I left the meeting with the understanding that all of the insides of the house (walls and ceilings) would be removed. The language used was that the house would be taken down to its studs. It appears, however, that the demolition team has left untouched Charles' office and the master bedroom. If your plan to take everything down to the studs has changed, please let us know what your new plan is and the reasons for the change.

Thanks, Chuck
Charles A. Dauphin
Dauphin Paris LLC
300 Vestavia Parkway
Suite 3700
Vestavia Hills, AL 35216
cdauphin@dauphinparis.com
205-518-6821

**From:** Alexandra Goodrich <aligoodrich@gmail.com>
**Sent:** Tuesday, December 10, 2019 8:18 PM
**To:** Elliott, Jeremy E <jelliott@chubb.com>
**Cc:** <charles@timberlineholdings.com> <charles@timberlineholdings.com>
**Subject:** Re: PACIFIC INDEMNITY COMPANY- claim 040519056755- Check Status- Action Plan

Thank you, we did receive both checks today! The check for additional living expenses did not