FILED
2023 Jul-12 PM 04:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| **From:** | Chuck Dauphin |
| **To:** | Moss, Alycen A |
| **Subject:** | Accepted: Goodrich - Call with Chuck Dauphin and Alycen Moss |
| **Start:** | Monday, August 9, 2021 1:00:00 PM |
| **End:** | Monday, August 9, 2021 1:30:00 PM |
| **Location:** | Alycen to call Chuck |