FILED
2023 Jul-12 PM 04:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

**From:** Moss, Alycen A
**To:** Chuck Dauphin
**Subject:** RE: Goodrich House Fire
**Date:** Tuesday, August 31, 2021 5:21:52 PM

Hi Chuck,

I have talked to my client, and it has advised that the Goodriches can dispose of the furniture.

And let me know on interest in potential resolution.

Alycen

**Alycen A Moss, Vice Chair, Office Managing Partner and Co-Chair of Property Insurance Group**
**Cozen O'Connor**
The Promenade, 1230 Peachtree Street NE Suite 400 | Atlanta, GA 30309
P: 404-572-2052 F: 877-728-1396
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** Chuck Dauphin <cdauphin@dauphinparis.com>
**Sent:** Friday, August 27, 2021 4:42 PM
**To:** Moss, Alycen A <amoss@cozen.com>
**Subject:** RE: Goodrich House Fire

****EXTERNAL SENDER****

Morningstar Storage
1533 Montclair Road
Birmingham, AL 35210

Charles A. Dauphin
Dauphn Paris, LLC
300 Vestavia Pkwy, Ste. 3200
Vestavia Hills, AL 35216
205-518-6821

*Confidentiality Notice - The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you are not the intended recipient, be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it. Thank you.*

**From:** Moss, Alycen A
**Sent:** Friday, August 27, 2021 10:13 AM
**To:** Chuck Dauphin
**Subject:** RE: Goodrich House Fire

Thanks Chuck. Can you remind me the name of the storage facility. I will let you know on the 9/15 deadline.

And let me know on settlement.

Alycen

**Alycen A Moss, Vice Chair, Office Managing Partner and Co-Chair of Property Insurance Group**
**Cozen O'Connor**
The Promenade, 1230 Peachtree Street NE Suite 400 **|** Atlanta, GA 30309
P: 404-572-2052 F: 877-728-1396
Email | Bio | LinkedIn | Map | cozen.com

**From:** Chuck Dauphin <cdauphin@dauphinparis.com>
**Sent:** Wednesday, August 25, 2021 3:46 PM
**To:** Moss, Alycen A <amoss@cozen.com>
**Subject:** RE: Goodrich House Fire

****EXTERNAL SENDER****

Hi Alycen – please forgive my delay in getting back to you. I've been tied up in a trial, albeit non-jury, which may be the last for a while in Alabama as the Court system is again cutting back on in-person meetings due to Covid. Anyway, attached is a spreadsheet which identifies the items Chubb / Pacific may pick up. The items are in a separate storage unit and may be collected at any time. The storage vendor has asked for a twenty four hour notice so it can make sure a person is on hand to open the unit.

Please note that the items highlighted in yellow are also items Ali purchased to use pending the return of her personal furniture and for which she has made an ALE claim. To date, Chubb / Pacific has refused to reimburse her for these items. If Chubb / Pacific changes its mind and pays for those items, it may collect the highlighted items as well. The Goodriches, however, do not want to incur any more storage fees for those items. Therefore, if Chubb / Pacific does not make reimbursement on those items by September 15, the Goodriches will dispose of the furniture – probably via a charitable donation. If you think the September 15 deadline is unreasonable, the Goodriches can extend it to the end of the month. Unless you request the extension, however, September 15 remains the deadline.

As regards their thoughts on a potential settlement of their claims, I'll be in back in touch with you in a few days.

Regards, Chuck

Charles A. Dauphin
Dauphn Paris, LLC
300 Vestavia Pkwy, Ste. 3200
Vestavia Hills, AL 35216
205-518-6821

*Confidentiality Notice - The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you are not the intended recipient, be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it. Thank you.*

---

**From:** Moss, Alycen A <amoss@cozen.com>
**Sent:** Monday, August 23, 2021 8:07 AM
**To:** Chuck Dauphin <cdauphin@dauphinparis.com>
**Subject:** RE: Goodrich House Fire

Hey Chuck,

It was good to talk with you a couple of weeks ago. I'm following up on the storage. Can you let me know which storage items are ready to be picked up?

Also, what are Ali's thoughts on potential settlement of the claim.

Alycen

**Alycen A Moss, Vice Chair, Office Managing Partner and Co-Chair of Property Insurance Group**
**Cozen O'Connor**
The Promenade, 1230 Peachtree Street NE Suite 400 **|** Atlanta, GA 30309
P: 404-572-2052 F: 877-728-1396
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** Chuck Dauphin <cdauphin@dauphinparis.com>
**Sent:** Friday, August 13, 2021 3:35 PM

**To:** Moss, Alycen A <amoss@cozen.com>
**Subject:** Goodrich House Fire

****EXTERNAL SENDER****

Alycen – I'm free to talk at any time but would like to close up the day around 4:00 Central Time. My cell is 205-516-1058.

Chuck
Charles A. Dauphin
Dauphin Paris LLC
300 Vestavia Parkway, Ste. 3200
Vestavia Hills, AL 35216
205-518-6821

***Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.***

***Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.***

***Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended***

***recipient(s) is not a waiver of any attorney/client or other privilege.***