FILED
2023 Jul-12 PM 04:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

To: Elliott, Jeremy E <jelliott@chubb.com>
Subject: [EXTERNAL] Revised comparison

Jeremy,

Attached is the agreed updated undisputed amount. The final cost for TCC is $1,879,262.79. Our adjusted undisputed amount to date with O/P is $1,524,765.84. This leaves a difference of $354,496.95 for items in dispute.

Regards,

Dean Conley <https://urldefense.proofpoint.com/v2/url?u=https-3A__jsheld.com_directory_dean-2Dconley&d=DwMFAg&c=9TnM8cDdIndCtQknbqO0eA&r=LEbUZjNdo2OcZseZFkWiEN6aI7Gt7-LDcUdmZLIOj4Y&m=rb4IaTu6TYod_UM-l8LFJxxTQ7aDVVA3dLcAZr0sBhY&s=lwzf9xnOaPe7HD8wYmIcLIbNfWZwkaNEuIsfsYDWHSM&e=> | Director

J.S. Held LLC

12 Olmsted St., Birmingham, AL 35242

Office 615-398-5229 | Mobile 205-807-4170

vcard <https://urldefense.proofpoint.com/v2/url?u=http-3A__jsheld.com_directory_dean-2Dconley_vcard&d=DwMFAg&c=9TnM8cDdIndCtQknbqO0eA&r=LEbUZjNdo2OcZseZFkWiEN6aI7Gt7-LDcUdmZLIOj4Y&m=rb4IaTu6TYod_UM-l8LFJxxTQ7aDVVA3dLcAZr0sBhY&s=OAtciC8u92MG7p67ICEwAjcIW_zm48gk2cBMAs3mgUA&e=> | email <mailto:dconley@jsheld.com> | jsheld.com <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.jsheld.com_&d=DwMFAg&c=9TnM8cDdIndCtQknbqO0eA&r=LEbUZjNdo2OcZseZFkWiEN6aI7Gt7-LDcUdmZLIOj4Y&m=rb4IaTu6TYod_UM-l8LFJxxTQ7aDVVA3dLcAZr0sBhY&s=4R9q7OXo3-VcueH8VC4kvhpQCUO0-zgGUEreXyUl_Lc&e=>

<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.jsheld.com_&d=DwMFAg&c=9TnM8cDdIndCtQknbqO0eA&r=LEbUZjNdo2OcZseZFkWiEN6aI7Gt7-LDcUdmZLIOj4Y&m=rb4IaTu6TYod_UM-l8LFJxxTQ7aDVVA3dLcAZr0sBhY&s=4R9q7OXo3-VcueH8VC4kvhpQCUO0-zgGUEreXyUl_Lc&e=>