FILED
2023 Jul-12 PM 04:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

From: Elliott, Jeremy E jelliott@chubb.commailto:jelliott@chubb.com
Sent: Wednesday, January 29, 2020 7:46 AM
To: Andrew Arrant aarrant@brookstonecompanies.commailto:aarrant@brookstonecompanies.com; US Property Claims uspropertyclaims@Chubb.commailto:uspropertyclaims@Chubb.com
Cc: Alexandra Goodrich aligoodrich@gmail.commailto:aligoodrich@gmail.com; Bradley Moncrief bradley@tcccontractors.commailto:bradley@tcccontractors.com; Chuck Dauphin cdauphin@dauphinparis.commailto:cdauphin@dauphinparis.com; Charles Goodrich charlesgoodrich@hotmail.commailto:charlesgoodrich@hotmail.com
Subject: RE: PACIFIC INDEMNITY COMPANY - Claim 040519056755- Goodrich-Dell Road Framing Demo/Repairs

Andrew, please separate out any mold remediation work as the policy has a $10,000 limit. Any cost which exceed this limit will be the responsibility of the policy holder. Based on the photos and size of the area I would not believe the cost would be much and the limits will suffice, but I request a separate remediation invoice for our claim file.

Additionally, you noted some collateral damage from some of your guys in the master bathroom ceiling. It was indicated they stepped through some of the ceiling in a couple of spots. I assume this is drywall work only but we can review these damages at our next visit and discuss resolution. Also, we need to discuss any landscape or septic field damages caused by Brookstone vehicles parked early on. Not sure of any issues with septic at this point, but I must advise those cost are not fire related damages and should be resolved by Brookstone should they present themselves.

Final Thoughts:

1. Based on multiple emails it appears the debris removal is nearly complete? I have issued payment on the work thru December 31, 2019 presented previously directly to Brookstone Restoration. I am pending the supplement invoice for settlement.
2. I have received the TCC framing proposal. When do you expect to start and complete this work?
3. Have you received the insured IH report and protocol for our review? Once received, please forward for our review prior to performing any work.
4. Once the IH portion and protocol is complete, assuming I have the insured contractor proposal, I would like to schedule a walk thru with IH, Brookstone, TCC contractors, JS Held, myself and the insured attorney. At this walk thru we can confirm scope, period of restoration and Action Plan moving forward

I appreciate all your work and communication during this process. Should you have questions, please contact me directly.

Thank You
[Chubb Logo]

Jeremy Elliott,MBA
Senior General Adjuster, Claims

1400 Urban Center Drive, Suite 450, Vestavia Hills, Alabama 35242, USA
O 205-470-8370 F 205-968-5496
E jelliott@chubb.commailto:jelliott@chubb.com

For more information on your Claim experience with Chubb, visit us here: Chubb Claim Guidancehttps://www2.chubb.com/us-en/claims/report-a-claim.aspx#claims_guidance