FILED
2024 Dec-05 PM 03:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| CHARLES GOODRICH and ALEXANDRA GOODRICH,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC INDEMNITY COMPANY,<br><br>Defendant. | ) | CIVIL ACTION FILE NO:<br>2:22-CV-00021-MHH |

**DEFENDANT PACIFIC INDEMNITY COMPANY'S**
**NOTICE OF FILING SUMMARY OF ALL PAYMENTS**

COMES NOW Defendant Pacific Indemnity Company ("Pacific"), and pursuant to the Court's November 18, 2024 Order [Doc. 141], submits this Notice of Filing providing a summary of "all payments offered and accepted and offered and refused," as follows:

Pacific issued payments for Plaintiffs' claim in the total amount of **$3,340,139.93** for the following:

- $1,907,917.35 on the Dwelling;
- $147,633.68 for Debris Removal;
- $1,091,489.81 for Contents;
- $178,099.09 for Extra Living Expenses ("ELE"); and
- $15,000.00 for Mold Remediation.

A spreadsheet that summarizes the payments is attached as Exhibit "A." Copies of the checks issued to Plaintiffs are attached as Exhibit "B." Copies of the checks issued to vendors are attached as Exhibit "C." Plaintiffs and the vendors have accepted all payments. No payments have been refused.

The following is a chronology of the payments issued and accepted:

On **December 9, 2019**, three checks were issued:

1. $25,280.00 check made payable to Plaintiffs for ELE, specifically for a lease agreement effective for a rental property. Ex. B, pp. 3, 4. This amount also included a refundable security deposit and non-refundable pet deposit.

2. $32,200.50 check made payable to Plaintiffs for ELE, specifically furniture rentals to furnish the house Plaintiff leased. Ex. B, pp. 3, 6.

3. $9,935.44 check made payable to CRDN of Birmingham, who inventoried and cleaned some garment and textile items. Ex. C, p. 2. This payment was made under the Contents coverage.

On **December 17, 2019**, another check was issued to CRDN of Birmingham for $1,993.16 for additional garment and textile cleaning. *Id*. This payment was also made under the Contents coverage.

On **January 13, 2020**, a check was issued to the Plaintiffs for $11,288.64. Ex. B, pp. 3, 8. This payment was made under the ELE and Contents coverage part. The expenses attributable for ELE coverage were $1,489.96 for security services with

ADT and $738.68 for an invoice from Plaintiffs' veterinarian. The remaining $9,060.00 was for movers and paid under Contents coverage.

On **January 15, 2020**, Pacific wrote two checks:

1. $36,238.91 made payable to Cherokee Water Restoration LLC d/b/a/ Paul Davis Restoration Northeast Birmingham. Ex. C, pp. 1. This check was paid under the Debris Removal coverage part and was issued for the removal of cabinets, countertops, and beams.

2. $204,463.30 made payable to Plaintiffs. Ex. B, pp. 2, 10. The check was paid under the Contents coverage to pay a deposit to have Plaintiffs' antique furniture restored with Magali Maus Content Restoration.

On **January 28, 2020**, a check was issued to Brookstone Restoration totaling $50,715.00. Ex. C, p. 1. This was for manpower and materials expended during the first stage of debris removal, and the payment was made under the Debris Removal coverage part.

On **January 29, 2020**, a check was issued to Plaintiffs (and their mortgage company)[1] for $38,806.50. Ex. B, pp. 2, 12. This payment was made for work to be completed by TCC general contractors to repair the framing of the property, and it was made under the Dwelling coverage.

---

[1] There are some checks to Plaintiffs that also include their mortgage company as a payee. For ease of reference, we have not included the name of the mortgagee when it is a payee since it is not relevant.

On **February 26, 2020**, a third check was issued to CRDN of Birmingham for $1,012.81. Ex. C, p. 1. This was paid under the Contents coverage. *Id.*

On **March 2, 2020**, Plaintiffs were issued a check for $15,000.00. Ex. B, pp. 2, 14. This was the agreed-upon amount to pay Cliff Zlotnik, Plaintiffs' consultant, and was paid under the Mold Remediation coverage part. *Id.*

On **March 4, 2020**, Plaintiffs were issued a check for $20,091.67. Ex. B, pp. 2, 16. The check was paid to cover Plaintiffs' additional living expenses they incurred from December 2019 through February 2020. *Id.* This payment was made under the ELE coverage part. Ex. B, p. 2.

On **March 30, 2020**, Pacific wrote two checks, both made payable to Brookstone Restoration:

1. $58,448.44 was issued for the final debris removal. Ex. C, p. 1. This payment was made under the Debris Removal coverage. Ex. C, pp. 1.

2. $2,231.33 was also paid under the Debris Removal coverage. *Id*. The check was issued so that the house could be boarded up. *Id*.

On **March 31, 2020**, Pacific issued two checks to Plaintiffs:

1. $25,000.00 was issued as an advance to Plaintiffs for furniture restoration with Magali Maus Content Restoration. Ex. B, pp. 1, 18; *See also* Ex. A. This payment was made under Contents coverage. Ex. B, p. 1.

2. $37,000.00 was issued for rent and a security deposit under a new lease agreement for Plaintiffs at a different rental property, which was owned by Plaintiffs' counsel who is also Alexandra Goodrich's father, for an additional four and a half months. Ex. B, pp. 1, 20. This was paid under ELE coverage.

On **April 13, 2020**, Pacific issued Plaintiffs a check for $1,400,000.00 for repairs to the home under the Dwelling coverage. Ex. B, pp. 1, 22.

On **December 1, 2020**, Pacific issued Plaintiffs a check for $793,122.27 that was categorized under Contents and ELE coverage. Ex. B, pp. 1, 24. $764,733.76 was for replacement of the contents in the home (Contents coverage), and the remaining $28,388.51 was for extra living expenses (ELE coverage). *Id.*

On **July 17, 2021**, Pacific issued Brookstone Restoration a check in the amount of $46,976.84 for restoration of contents. This payment was made under Contents coverage. Ex. C, p. 1.

On **July 29, 2021**, Pacific issued two checks to Plaintiffs:

1. $294,103.82 was issued to Plaintiffs. Ex. C, p. 1. $268,303.82 was paid for replacement of the mantles, doors, hardware, cabinetry, and beams in the home (Dwelling coverage), and the remaining was for extra living expenses (ELE coverage). Ex. B, pp. 1, 26.

2. $61,224.27 was issued under both Contents coverage and ELE coverage. Ex. B, pp. 1, 28. The funds categorized as Contents coverage totaled

$28,314.50 and was to pay for storage costs. The remaining $32,909.77 was for ELE. *Id.*

On **August 3, 2023**, Pacific issued a check payable to Plaintiffs for $175,007.03. Ex. B, pp. 1, 30. Of this amount, $124,765.84 was additional monies for the Dwelling and $50,241.19 was for the architect's fee. *Id.* Both were paid under Dwelling coverage.

Respectfully submitted, this 5th day of December, 2024.


**COZEN O'CONNOR**

By: *__/s/ Alycen A. Moss__*
Alycen A. Moss
(Admitted pro hac vice)
amoss@cozen.com
Luciana Aquino
(Admitted pro hac vice)
laquino@cozen.com
1230 Peachtree Street, N.E., Suite 400
Atlanta, Georgia 30309
Telephone: (404) 572-2052

**BUTLER WEIHMULLER KATZ CRAIG LLP**

By: *__/s/ Michael Montgomery__*
Michael A. Montgomery
(MONTM9362)
mmontgomery@butler.legal
P.O. Box 850368
Mobile, Alabama 36685
Telephone: (251) 338-3801

*Counsel for Pacific Indemnity Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 5, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

*/s/ Alycen A. Moss*
Alycen A. Moss



LEGAL\74212847\2