FILED
2024 Dec-05 PM 03:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "A"

| DATE | AMOUNT | PAYABLE TO | COVERAGE | DESCRIPTION | ACCEPTED OR REJECTED | CITE |
|---|---|---|---|---|---|---|
| 12/9/2019 | $25,280.00 | Charles Goodrich & Alexandra Goodrich | Extra Living Expense (ELE) | Extra Living Expenses for lease agreement for rental property + refundable security deposit | Accepted | Ex. B, pp. 3, 4 |
| 12/9/2019 | 32,200.50 | Charles Goodrich & Alexandra Goodrich | ELE | Furniture rentals to furnish rental house | Accepted | Ex. B, pp. 3, 6 |
| 12/9/2019 | $9,935.44 | CRDN of Birmingham (vendor) | Contents | Inventory and cleaning of garments and textiles | Accepted | Ex. C, p. 2 |
| 12/17/2019 | $1,993.16 | CRDN of Birmingham (vendor) | Contents | Supplemental invoice for cleaning of garments and textiles | Accepted | Ex. C. p. 2 |
| 1/13/2020 | $11,288.64 | Charles Goodrich & Alexandra Goodrich | ELE, Contents | Security services with ADT; veterinarian; movers | Accepted | Ex. B, pp. 3, 8 |
| 1/15/2020 | $36,238.91 | Cherokee Water Restoration LLC d/b/a Paul Davis Restoration Northeast Birmingham | Debris Removal | Removal of cabinets, counter tops and beams | Accepted | Ex. C, p. 1 |
| 1/15/2020 | $204,463.30 | Charles Goodrich & Alexandra Goodrich | Contents | Restoration of antique furniture | Accepted | Ex. B, pp. 2, 10 |
| 1/28/2020 | $50,715.00 | Brookstone Restoration | Debris Removal | Manpower and materials expended during the first state of debris removal | Accepted | Ex. C, p. 1 |
| 1/29/2020 | $38,806.50 | Charles Goodrich & Alexandra Goodrich | Dwelling | Repair property framing | Accepted | Ex. B, pp. 2, 12 |
| 2/26/2020 | $1,012.81 | CRDN of Birmingham (vendor) | Contents | Supplemental invoice for cleaning of garments and textiles | Accepted | Ex. C, p. 1 |
| 3/2/2020 | $15,000.00 | Charles Goodrich & Alexandra Goodrich | Mold Remediation | Payment to Cliff Zlotnik, Plaintiffs' consultant | Accepted | Ex. B, pp. 2, 14 |
| 3/4/2020 | $20,091.67 | Charles Goodrich & Alexandra Goodrich | ELE | Extra living expenses | Accepted | Ex. B, pp. 2, 16 |
| 3/30/2020 | $58,448.44 | Brookstone Restoration | Debris Removal | Removal of the last of the debris | Accepted | Ex. C, p. 1 |
| 3/30/2020 | $2,231.33 | Brookstone Restoration | Debris Removal | To board up the house | Accepted | Ex. C, p. 1 |
| 3/31/2020 | $25,000.00 | Charles Goodrich & Alexandra Goodrich | Contents | Furniture restoration | Accepted | Ex. B, p. 1 |
| 3/31/2020 | $37,000.00 | Charles Goodrich & Alexandra Goodrich | ELE | Rent and security deposit for new rental | Accepted | Ex. B, pp. 1, 20 |
| 4/13/2020 | $1,400,000.00 | Charles Goodrich & Alexandra Goodrich | Dwelling | Repairs to dwelling | Accepted | Ex. B, pp. 1, 22 |
| 12/1/2020 | $793,122.27 | Charles Goodrich & Alexandra Goodrich | Contents; ELE | Replacement of contents in home + extra living expenses | Accepted | Ex. B, pp. 1, 24 |
| 7/17/2021 | $46,976.84 | Brookstone Restoration | Contents | Restoration of antique furniture | Accepted | Ex. C, p. 1 |
| 7/29/2021 | $294,103.82 | Charles Goodrich & Alexandra Goodrich | Dwelling; ELE | Replacement of the mantles, doors, hardware, cabinetry, and beams in the home, decorating services, and extra living expenses | Accepted | Ex. B, pp. 1, 26 |
| 7/29/2021 | $61,224.27 | Charles Goodrich & Alexandra Goodrich | Contents; ELE | Storage costs + extra living expenses | Accepted | Ex. B, pp. 1, 28 |
| 8/3/2023 | $175,007.03 | Charles Goodrich & Alexandra Goodrich | Dwelling | Additional repair amounts + architect's fee | Accepted | Ex. B, pp. 1, 30 |
| **TOTAL** | **$3,340,139.93** | | | | | |