FILED
2024 Dec-05 PM 03:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "B"

| | | | |
|---|---|---|---|
| **Check #/ EFT #:** | 000004830788 | **Issue Date:** | 3/31/2020 |
| **Payable To:** | Charles Goodrich; Alexandra Goodrich | **Amount:** | 25,000.00 USD |
| | Twenty five thousand and 00/100 | | |
| **Mail To Name:** | Charles Goodrich; Alexandra Goodrich | **Bank:** | [redacted] |
| **Address:** | Attn: Charles Goodrich 3800 Colonnade Pkwy, Suite 430, Birmingham, AL 35243 US | | |

**Comments:** Letter attached

**In Settlement Of:** (P) Contents-Antique Advance #2 *

| | | | |
|---|---|---|---|
| **Check #/ EFT #:** | 000004779539 | **Issue Date:** | 3/04/2020 |
| **Payable To:** | Charles Goodrich; Alexandra Goodrich | **Amount:** | 20,091.67 USD |
| | Twenty thousand ninety one and 67/100 | | |
| **Mail To Name:** | Charles Goodrich; Alexandra Goodrich | **Bank:** | [redacted] |
| **Address:** | Attn: Charles Goodrich 3800 Colonnade Parkway, Apt/Suite: 430 Birmingham, AL 35243 US | | |

**Comments:**

**In Settlement Of:** Extra Living Exp - Dec, January , February ALE expenses *

| | | | |
|---|---|---|---|
| **Check #/ EFT #:** | 000004773672 | **Issue Date:** | 3/02/2020 |
| **Payable To:** | Charles Goodrich; Alexandra Goodrich | **Amount:** | 15,000.00 USD |
| | Fifteen thousand and 00/100 | | |
| **Mail To Name:** | Charles Goodrich; Alexandra Goodrich | **Bank:** | [redacted] |
| **Address:** | Attn: Charles Goodrich 3800 Colonnade Parkway, Apt/Suite: 430 Birmingham, AL 35243 US | | |

**Comments:**

**In Settlement Of:** Dwelling - Mold Remed. - Zlotnik Invoice *

| | | | |
|---|---|---|---|
| **Check #/ EFT #:** | 000004708941 | **Issue Date:** | 1/29/2020 |
| **Payable To:** | Charles Goodrich & Alexandra Goodrich &OAKWORTH CAPITAL BANK | **Amount:** | 38,806.50 USD |
| | Thirty eight thousand eight hundred six and 50/100 | | |
| **Mail To Name:** | Charles Goodrich & Alexandra Goodrich &OAKWORTH CAPITAL BANK | **Bank:** | [redacted] |
| **Address:** | Charles Goodrich 3800 Colonnade Pkwy Ste 430, Birmingham, AL 35243 US | | |

**Comments:** Overnight

**In Settlement Of:** Dwelling TCC Demolition & Framing Settlement *

| | | | |
|---|---|---|---|
| **Check #/ EFT #:** | 000004679684 | **Issue Date:** | 1/15/2020 |
| **Payable To:** | Charles Goodrich & Alexandra Goodrich | **Amount:** | 204,463.30 USD |
| | Two hundred four thousand four hundred sixty three and 30/100 | | |
| **Mail To Name:** | Charles Goodrich Alexandra Goodrich | **Bank:** | [redacted] |
| **Address:** | 3800 Colonnade Pkwy Ste 430, Birmingham, AL 35243 US | | |

**Comments:** Overnight

**In Settlement Of:** Contents Enservio, Asia Rug, Maglia Maus *

| | | | |
|---|---|---|---|
| **Check #/ EFT #:** | 000004675316 | **Issue Date:** | 1/13/2020 |
| **Payable To:** | Charles Goodrich Alexandra Goodrich | **Amount:** | 11,288.64 USD |
| | Eleven thousand two hundred eighty eight and 64/100 | | |
| **Mail To Name:** | Charles Goodrich Alexandra Goodrich | **Bank:** | [redacted] |
| **Address:** | 3800 Colonnade Pkwy, Apt/Suite: Ste 430 Birmingham, AL 35243 US | | |

**Comments:** OVERNIGHT

**In Settlement Of:** Contents, Extra Living ExpContents, Extra Living Exp Valet Movin, ADT, Vet Invoice *

| | | | |
|---|---|---|---|
| **Check #/ EFT #:** | 000004603704 | **Issue Date:** | 12/09/2019 |
| **Payable To:** | Charles Goodrich & Alexandra Goodrich<br>Twenty five thousand two hundred eighty and 00/100 | **Amount:** | 25,280.00 USD |
| **Mail To Name:** | Charles Goodrich Alexandra Goodrich | **Bank:** | [redacted] |
| **Address:** | 3320 Dell Rd, Mountain Brook, AL 35223 US | | |

**Comments:** Overnight

**In Settlement Of:** Extra Living Exp Lease & Security Settlement *

| | | | |
|---|---|---|---|
| **Check #/ EFT #:** | 000004604131 | **Issue Date:** | 12/09/2019 |
| **Payable To:** | Charles Goodrich Alexandra Goodrich<br>Thirty two thousand two hundred and 50/100 | **Amount:** | 32,200.50 USD |
| **Mail To Name:** | Charles Goodrich Alexandra Goodrich | **Bank:** | [redacted] |
| **Address:** | 3320 Dell Rd, Mountain Brook, AL 35223 US | | |

**Comments:** Overnight

**In Settlement Of:** Extra Living Exp ELE Expenses *

| | | | |
|---|---|---|---|
| **Check #/ EFT #:** | 000006737490 | **Issue Date:** | 8/03/2023 |
| **Payable To:** | Charles Goodrich & Alexandra Goodrich & Oakworth Capital Bank | **Amount:** | 175,007.03 USD |
| | One hundred seventy five thousand seven and 03/100 | | |
| **Mail To Name:** | Cozen O´Connor, PC---Atlanta | **Bank:** | [redacted] |
| **Address:** | The Promenade, 1230 Peachtree St NE, Apt/Suite: 400 Atlanta, GA 30309 US | | |

**Comments:** Additional dwelling & Architect fee

**In Settlement Of:** Dwelling/ Deductible does not apply *

| | | | |
|---|---|---|---|
| **Check #/ EFT #:** | 000005539889 | **Issue Date:** | 7/29/2021 |
| **Payable To:** | Charles Goodrich & Alexandra Goodrich | **Amount:** | 61,224.27 USD |
| | Sixty one thousand two hundred twenty four and 27/100 | | |
| **Mail To Name:** | Charles Goodrich | **Bank:** | [redacted] |
| **Address:** | 3770 Wimbleton Drive, Mountain Brook, AL 35223 US | | |

**Comments:**

**In Settlement Of:** Contents, Extra Living Exp/ $5,000 deductible does not apply *

| | | | |
|---|---|---|---|
| **Check #/ EFT #:** | 000005539888 | **Issue Date:** | 7/29/2021 |
| **Payable To:** | Charles Goodrich & Alexandra Goodrich &OAKWORTH CAPITAL BANK | **Amount:** | 294,103.82 USD |
| | Two hundred ninety four thousand one hundred three and 82/100 | | |
| **Mail To Name:** | Charles Goodrich | **Bank:** | [redacted] |
| **Address:** | 3770 Wimbleton Drive, Mountain Brook, AL 35223 US | | |

**Comments:**

**In Settlement Of:** Dwelling/ $5,000 deductible does not apply *

| | | | |
|---|---|---|---|
| **Check #/ EFT #:** | 000005188971 | **Issue Date:** | 12/01/2020 |
| **Payable To:** | Charles Goodrich; Alexandra Goodrich | **Amount:** | 793,122.27 USD |
| | Seven hundred ninety three thousand one hundred twenty two and 27/100 | | |
| **Mail To Name:** | Charles Goodrich; Alexandra Goodrich | **Bank:** | [redacted] |
| **Address:** | 3305 Dell Rd, Mountain Brook, AL 35223-1319 US | | |

**Comments:** *OVERNIGHT* Content & ELE settlement

**In Settlement Of:** Contents, Extra Living Exp *

| | | | |
|---|---|---|---|
| **Check #/ EFT #:** | 000004853904 | **Issue Date:** | 4/13/2020 |
| **Payable To:** | Charles Goodrich, Alexandra Goodrich, Dauphin Paris, LLC, and Oakworth Capital Bank | **Amount:** | 1,400,000.00 USD |
| | One million four hundred thousand and 00/100 | | |
| **Mail To Name:** | Dauphin Paris, LLC | **Bank:** | [redacted] |
| **Address:** | Attn. Chuck Dauphin 300 Vestavia Parkway, Suite 3200, Vestavia Hills, AL 35216 US | | |

**Comments:**

**In Settlement Of:** Dwelling *

| | | | |
|---|---|---|---|
| **Check #/ EFT #:** | 000004830685 | **Issue Date:** | 3/31/2020 |
| **Payable To:** | Charles Goodrich; Alexandra Goodrich | **Amount:** | 37,000.00 USD |
| | Thirty seven thousand and 00/100 | | |
| **Mail To Name:** | Charles Goodrich; Alexandra Goodrich | **Bank:** | [redacted] |
| **Address:** | Attn: Charles Goodrich 3800 Colonnade Pkwy, Suite 430, Birmingham, AL 35243 US | | |

**Comments:** OVERNIGHT

**In Settlement Of:** (P) Extra Living Exp-ELE thru January 2021 *

# Check Inquiry Summary

[redacted]

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK . HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

CHUBB PACIFIC INDEMNITY COMPANY
2155 W. PINNNACLE PEAK ROAD
PHOENIX, AZ 85027

Claim Ref #: 040519056755

Check Number 4603704 [redacted]

Date 12/09/2019

[redacted]

PAY Twenty Five Thousand Two Hundred Eighty Dollars And 00/100 ¢

$***25,280.00

TO THE ORDER OF CHARLES GOODRICH & ALEXANDRA GOODRICH

Charles Goodrich Alexandra Goodrich
3320 Dell Rd
Mountain Brook, AL 35223

CHUBB
AUTHORIZED SIGNATURE

IN SETTLEMENT OF EXTRA LIVING EXP LEASE & SECURITY SETTLEMENT

[redacted]

[redacted]

## Check Details

**Check Number:** 4603704

**Account Number:** [redacted]

**Account Name:** [redacted]

**Bank ID:** [redacted]

**Amount:** 25,280.00

**Posted Date:** 12/12/2019

## Electronic Endorsement Information

**BOFD - Bank Of First Deposit**

**Bank Name:** [redacted]

**Date:** 12/11/2019

**R/T:** [redacted]

**Sequence Number:** [redacted]

**Bank Name:** [redacted]

**Date:** 12/12/2019

**R/T:** [redacted]

**Sequence Number:** [redacted]

# Check Inquiry Summary

[redacted]

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

**BOFD - Bank Of First Deposit**

**Date:** 12/12/2019

**R/T:** [redacted]

**Sequence Number:** [redacted]

[redacted]

# Check Inquiry Summary

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

CHUBB PACIFIC INDEMNITY COMPANY
2155 W. PINNACLE PEAK ROAD
PHOENIX, AZ 85027

Claim Ref #: 040519056755

Check Number 4604131 [redacted]
Date 12/09/2019

[redacted]

PAY Thirty Two Thousand Two Hundred Dollars And 50/100 ¢

$***32,200.50

TO THE ORDER OF CHARLES GOODRICH ALEXANDRA GOODRICH

Charles Goodrich Alexandra Goodrich
3320 Dell Rd
Mountain Brook, AL 35223

CHUBB
AUTHORIZED SIGNATURE

IN SETTLEMENT OF EXTRA LIVING EXP ELE EXPENSES

[redacted]

[redacted]

## Check Details

**Check Number:** [redacted]

**Account Number:** [redacted]

**Account Name:** [redacted]

**Bank ID:** [redacted]

**Amount:** 32,200.50

**Posted Date:** 12/12/2019

## Electronic Endorsement Information

**BOFD - Bank Of First Deposit**

**Bank Name:** [redacted]

**Date:** 12/11/2019

**R/T:** [redacted]

**Sequence Number:** [redacted]

**Bank Name:** [redacted]

**Date:** 12/12/2019

**R/T:** [redacted]

**Sequence Number:** [redacted]

[redacted]

# Check Inquiry Summary

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

**BOFD - Bank Of First Deposit**

**Date:** 12/12/2019

**R/T:** [redacted]

**Sequence Number:** [redacted]

# Check Inquiry Summary

[redacted]

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK . HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

CHUBB PACIFIC INDEMNITY COMPANY
P.O. BOX 4700
CHESAPEAKE, VA 23327-4700

Claim Ref #: 040519056755

Check Number 4675316
Date 01/13/2020 [redacted]

[redacted]

PAY Eleven Thousand Two Hundred Eighty Eight Dollars And 64/100 ¢ $***11,288.64

TO THE ORDER OF CHARLES GOODRICH ALEXANDRA GOODRICH

Charles Goodrich Alexandra Goodrich
3800 Colonnade Pkwy, Apt/Suite: Ste 430
Birmingham, AL 35243

CHUBB
AUTHORIZED SIGNATURE

IN SETTLEMENT OF CONTENTS, EXTRA LIVING EXPCONTENTS, EXTRA LIVING EXP VALET MOVIN, ADT, VET INVOICE

[redacted]

[redacted]

X [illegible] Deposit Only
Alexandra Goodrich

## Check Details

**Check Number:** 4675316

**Account Number:** [redacted]

**Account Name:** [redacted]

**Bank ID:** [redacted]

**Amount:** 11,288.64

**Posted Date:** 01/15/2020

## Electronic Endorsement Information

**BOFD - Bank Of First Deposit**

**Bank Name:** [redacted]

**Date:** 01/14/2020

**R/T:** [redacted]

**Sequence Number:** [redacted]

**Bank Name:** [redacted]

**Date:** 01/15/2020

**R/T:** [redacted]

**Sequence Number:** [redacted]

[redacted]

# Check Inquiry Summary

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

**BOFD - Bank Of First Deposit**

**Date:** 01/15/2020

**R/T:** [redacted]

**Sequence Number:** [redacted]

# Check Inquiry Summary

[redacted]

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

---

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

CHUBB PACIFIC INDEMNITY COMPANY
2155 W. PINNACLE PEAK ROAD
PHOENIX, AZ 85027

Claim Ref #: 040519056755 [redacted]

Check Number 4679684 [redacted]
Date 01/15/2020

PAY Two Hundred Four Thousand Four Hundred Sixty Three Dollars And 30/100 ¢

$***204,463.30

TO THE ORDER OF CHARLES GOODRICH & ALEXANDRA GOODRICH

Charles Goodrich Alexandra Goodrich
3800 Colonnade Pkwy Ste 430
Birmingham, AL 35243

CHUBB
AUTHORIZED SIGNATURE

IN SETTLEMENT OF CONTENTS ENSERVIO, ASIA RUG, MAGLIA MAUS

[redacted]

[redacted]

FOR DEPOSIT TO JOINT ACCT W/O
CHARLES & ALEXANDRA GOODRICH

## Check Details

**Check Number:** 4679684
**Account Number:** [redacted]
**Account Name:** [redacted]
**Bank ID:** [redacted]

**Amount:** 204,463.30
**Posted Date:** 01/22/2020

## Electronic Endorsement Information

### BOFD - Bank Of First Deposit

**Bank Name:** [redacted]
**Date:** 01/21/2020
**R/T:** [redacted]
**Sequence Number:** [redacted]

**Bank Name:** [redacted]
**Date:** 01/22/2020
**R/T:** [redacted]
**Sequence Number:** [redacted]

# Check Inquiry Summary

[redacted]

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

**BOFD - Bank Of First Deposit**

**Date:** 01/22/2020

**R/T:** [redacted]

**Sequence Number:** [redacted]

[redacted]

# Check Inquiry Summary

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

CHUBB PACIFIC INDEMNITY COMPANY
2155 W. PINNACLE PEAK ROAD
PHOENIX, AZ 85027

Claim Ref #: 040519056755

Check Number 4708941 [redacted]

Date 01/29/2020

[redacted]

PAY Thirty Eight Thousand Eight Hundred Six Dollars And 50/100 ¢

$***38,806.50

TO THE ORDER OF CHARLES GOODRICH & ALEXANDRA GOODRICH &OAKWORTH CAPITAL BANK

Charles Goodrich & Alexandra Goodrich &OAKWORTH CAPITAL BANK
3800 Colonnade Pkwy Ste 430
Charles Goodrich
Birmingham, AL 35243

CHUBB
AUTHORIZED SIGNATURE

IN SETTLEMENT OF DWELLING TCC DEMOLITION & FRAMING SETTLEMENT

[redacted]

[redacted]

10054196 - EDO

deposited into joint account with Charles & Alexandra Goodrich

Without Recourse
Warranties or Representations
Oakworth Capital Bank
Authorized Signer, Title
client support

## Check Details

**Check Number:** 4708941

**Account Number:** [redacted]

**Account Name:** [redacted]

**Bank ID:** [redacted]

**Amount:** 38,806.50

**Posted Date:** 02/03/2020

## Electronic Endorsement Information

**BOFD - Bank Of First Deposit**

| | |
|---|---|
| **Bank Name:** [redacted] | **Bank Name:** [redacted] |
| **Date:** 01/31/2020 | **Date:** 02/03/2020 |
| **R/T:** [redacted] | **R/T:** [redacted] |
| **Sequence Number:** [redacted] | **Sequence Number:** [redacted] |

# Check Inquiry Summary

[redacted]

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

**BOFD - Bank Of First Deposit**

**Date:** 02/03/2020

**R/T:** [redacted]

**Sequence Number:** [redacted]

# Check Inquiry Summary

[redacted]

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK . HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

CHUBB PACIFIC INDEMNITY COMPANY
2155 W. PINNNACLE PEAK ROAD
PHOENIX, AZ 85027

Claim Ref #: 040519056755

Check Number 4773672 [redacted]
Date 03/02/2020

[redacted]

PAY Fifteen Thousand Dollars And 00/100 ¢

$***15,000.00

TO THE ORDER OF CHARLES GOODRICH; ALEXANDRA GOODRICH

Charles Goodrich; Alexandra Goodrich
3800 Colonnade Parkway , Apt/Suite: 430
Attn: Charles Goodrich
Birmingham, AL 35243

CHUBB
AUTHORIZED SIGNATURE

IN SETTLEMENT OF DWELLING - MOLD REMED. - ZLOTNIK INVOICE

[redacted]

[redacted]

## Check Details

**Check Number:** 4773672

**Account Number:** [redacted]

**Account Name:** [redacted]

**Bank ID:** [redacted]

**Amount:** 15,000.00

**Posted Date:** 03/16/2020

## Electronic Endorsement Information

**BOFD - Bank Of First Deposit**

**Bank Name:** [redacted]

**Date:** 03/13/2020

**R/T:** [redacted]

**Sequence Number:** [redacted]

**Bank Name:** [redacted]

**Date:** 03/16/2020

**R/T:** [redacted]

**Sequence Number:** [redacted]

[redacted]

# Check Inquiry Summary

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

**BOFD - Bank Of First Deposit**

**Date:** 03/16/2020

**R/T:** [redacted]

**Sequence Number:** [redacted]

# Check Inquiry Summary

[redacted]

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

---

CHUBB PACIFIC INDEMNITY COMPANY
2155 W. PINNACLE PEAK ROAD
PHOENIX, AZ 85027

Claim Ref #: 040519056785

Check Number 4779539
Date 03/04/2020

[redacted]

PAY Twenty Thousand Ninety One Dollars And 67/100 ¢

$***20,091.67

TO THE ORDER OF CHARLES GOODRICH; ALEXANDRA GOODRICH

Charles Goodrich; Alexandra Goodrich
3800 Colonnade Parkway, Apt/Suite: 430
Attn: Charles Goodrich
Birmingham, AL 35243

CHUBB
AUTHORIZED SIGNATURE

IN SETTLEMENT OF EXTRA LIVING EXP - DEC, JANUARY, FEBRUARY ALE EXPENSES

[redacted]

Oakworth Capital
(Birmingham, AL)
850 Shades Creek PKY
03/17/20-09:09:52 PT
007774603
CREDITED TO THE
ACCOUNT OF WITHIN
NAMED PAYEE
<<<<<062006709>>>>>

X

## Check Details

**Check Number:** 4779539

**Account Number:** [redacted]

**Account Name:** [redacted]

**Bank ID:** [redacted]

**Amount:** 20,091.67

**Posted Date:** 03/18/2020

## Electronic Endorsement Information

**BOFD - Bank Of First Deposit**

**Bank Name:** [redacted]

**Date:** 03/17/2020

**R/T:** [redacted]

**Sequence Number:** [redacted]

**Bank Name:** [redacted]t

**Date:** 03/18/2020

**R/T:** [redacted]

**Sequence Number:** [redacted]

[redacted]

# Check Inquiry Summary

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

**BOFD - Bank Of First Deposit**

**Date:** 03/18/2020

**R/T:** [redacted]

**Sequence Number:** [redacted]

[redacted]

# Check Inquiry Summary

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

---

CHUBB PACIFIC INDEMNITY COMPANY
2155 W. PINNACLE PEAK ROAD
PHOENIX, AZ 85027

Claim Ref #: 040519056755 [redacted]

Check Number 4830788 [redacted]
Date 03/31/2020

PAY Twenty Five Thousand Dollars And 00/100 ¢ $***25,000.00

TO THE ORDER OF CHARLES GOODRICH; ALEXANDRA GOODRICH

Charles Goodrich; Alexandra Goodrich
3800 Colonnade Pkwy, Suite 430
Attn: Charles Goodrich
Birmingham, AL 35243

CHUBB
AUTHORIZED SIGNATURE

IN SETTLEMENT OF (P) CONTENTS ANTIQUE ADVANCE #2

[redacted]

Oakworth Capital
(Birmingham, AL)
850 Shades Creek PKY
04/14/20-01:54:05 PT
010585373
CREDITED TO THE
ACCOUNT OF WITHIN
NAMED PAYEE
<<<<<062006709>>>>>

Alexandra Goodrich
Oakworth Mobile Deposit Only

## Check Details

**Check Number:** 4830788

**Account Number:** [redacted]

**Account Name:** [redacted]

**Bank ID:** [redacted]

**Amount:** 25,000.00

**Posted Date:** 04/15/2020

## Electronic Endorsement Information

**BOFD - Bank Of First Deposit**

**Bank Name:** [redacted]

**Date:** 04/14/2020

**R/T:** [redacted]

**Sequence Number:** [redacted]

**Bank Name:** [redacted]

**Date:** 04/15/2020

**R/T:** [redacted]

**Sequence Number:** [redacted]

# Check Inquiry Summary

[redacted]

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

**BOFD - Bank Of First Deposit**

**Date:** 04/15/2020

**R/T:** [redacted]

**Sequence Number:** [redacted]

[redacted]

# Check Inquiry Summary

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK

CHUBB PACIFIC INDEMNITY COMPANY
2155 W. PINNACLE PEAK ROAD
PHOENIX, AZ 85027

Claim Ref #: 040519054756

[redacted]

Check Number 4830685
Date 03/31/2020

[redacted]

PAY Thirty Seven Thousand Dollars And 00/100 ¢ $***37,000.00

TO THE ORDER OF CHARLES GOODRICH; ALEXANDRA GOODRICH

Charles Goodrich; Alexandra Goodrich
3800 Colonnade Pkwy, Suite 430
Attn: Charles Goodrich
Birmingham, AL 35243

CHUBB
AUTHORIZED SIGNATURE

IN SETTLEMENT OF (P) EXTRA LIVING EXP ELE THRU JANUARY 2021

[redacted]

Oakworth Capital
(Birmingham, AL)
850 Shades Creek PKY
04/09/20-11:05:36 PT
010083572
CREDITED TO THE
ACCOUNT OF WITHIN
NAMED PAYEE
<<<<062006709>>>>

Oakworth Mobile Deposit only

## Check Details

**Check Number:** 4830685

**Account Number:** [redacted]

**Account Name:** [redacted]

**Bank ID:** [redacted]

**Amount:** 37,000.00

**Posted Date:** 04/10/2020

## Electronic Endorsement Information

**BOFD - Bank Of First Deposit**

**Bank Name:** [redacted]

**Date:** 04/09/2020

**R/T:** [redacted]

**Sequence Number:** [redacted]

**Bank Name:** [redacted]

**Date:** 04/10/2020

**R/T:** [redacted]

**Sequence Number:** [redacted]

# Check Inquiry Summary

[redacted]

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

**BOFD - Bank Of First Deposit**

**Date:** 04/10/2020

**R/T:** [redacted]

**Sequence Number:** [redacted]

[redacted]

# Check Inquiry Summary

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK . HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

CHUBB PACIFIC INDEMNITY COMPANY
2155 W. PINNNACLE PEAK ROAD
PHOENIX, AZ 85027

Claim Ref #: 040519056755 [redacted]

Check Number 4853904 [redacted]
Date 04/13/2020

PAY One Million Four Hundred Thousand Dollars And 00/100 ¢ $***1,400,000.00

TO THE ORDER OF CHARLES GOODRICH, ALEXANDRA GOODRICH, DAUPHIN PARIS, LLC, AND OAKWORTH CAPITAL BANK

Dauphin Paris, LLC
300 Vestavia Parkway, Suite 3200
Attn. Chuck Dauphin
Vestavia Hills, AL 35216

CHUBB
AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

IN SETTLEMENT OF DWELLING

[redacted]

Oakworth Capital Bank

## Check Details

**Check Number:** 4853904

**Account Number:** [redacted]

**Account Name:** [redacted]

**Bank ID:** [redacted]

**Amount:** 1,400,000.00

**Posted Date:** 05/22/2020

## Electronic Endorsement Information

**BOFD - Bank Of First Deposit**

**Bank Name:** [redacted]

**Date:** 05/21/2020

**R/T:** [redacted]

**Sequence Number:** [redacted]

**Bank Name:** [redacted]

**Date:** 05/22/2020

**R/T:** [redacted]

**Sequence Number:** [redacted]

[redacted]

# Check Inquiry Summary

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

**BOFD - Bank Of First Deposit**

**Date:** 05/22/2020

**R/T:** [redacted]

**Sequence Number:** [redacted]

# Check Inquiry Summary

[redacted]

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK . HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

CHUBB PACIFIC INDEMNITY COMPANY
150 ALLEN ROAD
BASKING RIDGE, NJ 07920

Claim Ref #: 040519056755

Check Number 5188971
Date 12/01/2020

[redacted]

PAY Seven Hundred Ninety Three Thousand One Hundred Twenty Two Dollars And 27/100 ¢

$***793,122.27

TO THE ORDER OF CHARLES GOODRICH; ALEXANDRA GOODRICH

Charles Goodrich; Alexandra Goodrich
3305 Dell Rd
Mountain Brook, AL 35223-1319

CHUBB
AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

IN SETTLEMENT OF CONTENTS, EXTRA LIVING EXP

[redacted]

## Check Details

**Check Number:** 5188971
**Account Number:** [redacted]
**Account Name:** [redacted]
**Bank ID:** [redacted]

**Amount:** 793,122.27
**Posted Date:** 12/15/2020

## Electronic Endorsement Information

**BOFD - Bank Of First Deposit**

**Bank Name:** [redacted]
**Date:** 12/14/2020
**R/T:** [redacted]
**Sequence Number:** [redacted]

**Bank Name:** [redacted]
**Date:** 12/15/2020
**R/T:** [redacted]
**Sequence Number:** [redacted]

[redacted]

# Check Inquiry Summary

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

**BOFD - Bank Of First Deposit**

**Date:** 12/15/2020

**R/T:** [redacted]

**Sequence Number:** [redacted]

[redacted]

# Check Inquiry Summary

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

CHUBB PACIFIC INDEMNITY COMPANY
P.O. BOX 4700
CHESAPEAKE, VA 23327-4700

Claim Ref #: 040519056755 [redacted]

Check Number 0005539888 [redacted]
Date 07/29/2021

PAY Two Hundred And Ninety Four Thousand One Hundred And Three Dollars And 82/100 ¢ $294,103.82

TO THE ORDER OF CHARLES GOODRICH & ALEXANDRA GOODRICH &OAKWORTH CAPITAL BANK

Charles Goodrich
3770 Wimbleton Drive
Mountain Brook, AL 35223

IN SETTLEMENT OF DWELLING/ $5,000 DEDUCTIBLE DOES NOT APPLY

CHUBB
AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

[redacted]

Oakworth Capital
(Birmingham, AL)
850 Shades Creek PKY
08/13/21-06:49:30 PT
122598046
CREDITED TO THE
ACCOUNT OF WITHIN
NAMED PAYEE
<<<<<062006709>>>>

X OAKWORTH MOBILE DEPOSIT ONLY

## Check Details

**Check Number:** 5539888

**Account Number:** [redacted]

**Account Name:** [redacted]

**Bank ID:** [redacted]

**Amount:** 294,103.82

**Posted Date:** 08/16/2021

## Electronic Endorsement Information

**BOFD - Bank Of First Deposit**

**Bank Name:** [redacted]

**Date:** 08/13/2021

**R/T:** [redacted]

**Sequence Number:** [redacted]

**Bank Name:** [redacted]

**Date:** 08/16/2021

**R/T:** [redacted]

**Sequence Number:** [redacted]

# Check Inquiry Summary

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

**BOFD - Bank Of First Deposit**

**Date:** 08/16/2021

**R/T:** [redacted]

**Sequence Number:** [redacted]

[redacted]

# Check Inquiry Summary

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]


THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

CHUBB PACIFIC INDEMNITY COMPANY
P.O. BOX 4700
CHESAPEAKE, VA 23327-4700

Claim Ref #: 040519056755 [redacted]

Check Number 0005539889 [redacted]
Date 07/29/2021

PAY Sixty One Thousand Two Hundred And Twenty Four Dollars And 27/100 ¢ $61,224.27

TO THE ORDER OF CHARLES GOODRICH & ALEXANDRA GOODRICH

Charles Goodrich
3770 Wimbleton Drive
Mountain Brook, AL 35223

CHUBB
AUTHORIZED SIGNATURE

IN SETTLEMENT OF CONTENTS, EXTRA LIVING EXP/ $5,000 DEDUCTIBLE DOES NOT APPLY

[redacted]




## Check Details

**Check Number:** 5539889

**Account Number:** [redacted]

**Account Name:** [redacted]

**Bank ID:** [redacted]

**Amount:** 61,224.27

**Posted Date:** 08/18/2021

## Electronic Endorsement Information

**BOFD - Bank Of First Deposit**

**Bank Name:** [redacted]

**Date:** 08/17/2021

**R/T:** [redacted]

**Sequence Number:** [redacted]

**Bank Name:** [redacted]

**Date:** 08/18/2021

**R/T:** [redacted]

**Sequence Number:** [redacted]

[redacted]

# Check Inquiry Summary

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

**BOFD - Bank Of First Deposit**

**Date:** 08/18/2021

**R/T:** [redacted]

**Sequence Number:** [redacted]

[redacted]

# Check Inquiry Summary

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

CHUBB® PACIFIC INDEMNITY COMPANY
P.O. BOX 4700
CHESAPEAKE, VA 23327-4700

Claim Ref #: 040519056755 [redacted]

Check Number 0006737490 [redacted]

Date 09/03/2023

PAY One Hundred And Seventy Five Thousand And Seven Dollars And 03/100 ¢ $175,007.03

TO THE ORDER OF CHARLES GOODRICH & ALEXANDRA GOODRICH & OAKWORTH CAPITAL BANK

Cozen O'Connor, PC---Atlanta
The Promenade, 1230 Peachtree St NE , Apt/Suite: 400
Atlanta, GA 30309

CHUBB®
AUTHORIZED SIGNATURE

IN SETTLEMENT OF DWELLING/ DEDUCTIBLE DOES NOT APPLY

[redacted]

[redacted]

Without Recourse
Warranties or Representations
Oakworth Capital Bank
Authorized Signer, Title

## Check Details

**Check Number:** 6737490

**Account Number:** [redacted]

**Account Name:** [redacted]

**Bank ID:** [redacted]

**Amount:** 175,007.03

**Posted Date:** 09/27/2023

## Electronic Endorsement Information

**BOFD - Bank Of First Deposit**

**Bank Name:** [redacted]

**Date:** 09/26/2023

**R/T:** [redacted]

**Sequence Number:** [redacted]

**Bank Name:** [redacted]

**Date:** 09/27/2023

**R/T:** [redacted]

**Sequence Number:** [redacted]

[redacted]

# Check Inquiry Summary

Account Number: [redacted]

Account Name: [redacted]

Bank ID: [redacted]

---

**BOFD - Bank Of First Deposit**

**Date:** 09/27/2023

**R/T:** [redacted]

**Sequence Number:** [redacted]