FILED
2024 Dec-05 PM 03:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "C"

| | | | |
|---|---|---|---|
| **Check #/ EFT #:** | 000000019329 | **Issue Date:** | 7/17/2020 |
| **Payable To:** | Brookstone Restoration | **Amount:** | 46,976.84 USD |
| | Forty six thousand nine hundred seventy six and 84/100 | | |
| **Mail To Name:** | Brookstone Restoration | **Bank:** | [redacted] |
| **Address:** | 4000 Farr Rd, Bessemer, AL 35022 US | | |

**Comments:** ATTACHMENT

**In Settlement Of:** Contents Invoice #: SI-14570 *

| | | | |
|---|---|---|---|
| **Check #/ EFT #:** | 000004830380 | **Issue Date:** | 3/30/2020 |
| **Payable To:** | Brookstone Restoration | **Amount:** | 2,231.33 USD |
| | Two thousand two hundred thirty one and 33/100 | | |
| **Mail To Name:** | Brookstone Restoration | **Bank:** | [redacted] |
| **Address:** | 4000 Farr Rd, Bessemer, AL 35022 US | | |

**Comments:** ATTACHMENT

**In Settlement Of:** Debris Removal Invoice SI-13181 *

| | | | |
|---|---|---|---|
| **Check #/ EFT #:** | 000004830391 | **Issue Date:** | 3/30/2020 |
| **Payable To:** | Brookstone Restoration | **Amount:** | 58,448.44 USD |
| | Fifty eight thousand four hundred forty eight and 44/100 | | |
| **Mail To Name:** | Brookstone Restoration | **Bank:** | [redacted] |
| **Address:** | 4000 Farr Rd, Bessemer, AL 35022 US | | |

**Comments:** ATTACHMENT

**In Settlement Of:** Debris Removal Invoice SI-13906 *

| | | | |
|---|---|---|---|
| **Check #/ EFT #:** | 000004761793 | **Issue Date:** | 2/26/2020 |
| **Payable To:** | CRDN of Birmingham | **Amount:** | 1,012.81 USD |
| | One thousand twelve and 81/100 | | |
| **Mail To Name:** | CRDN | **Bank:** | [redacted] |
| **Address:** | 2548 Rocky Ridge Rd, Birmingham, AL 35243 US | | |

**Comments:**

**In Settlement Of:** Contents Charles Goodrich Alexandra Goodrich *

| | | | |
|---|---|---|---|
| **Check #/ EFT #:** | 000004706174 | **Issue Date:** | 1/28/2020 |
| **Payable To:** | Brookstone Restoration | **Amount:** | 50,715.00 USD |
| | Fifty thousand seven hundred fifteen and 00/100 | | |
| **Mail To Name:** | Brookstone Restoration | **Bank:** | [redacted] |
| **Address:** | Andrew Arrant 4000 Farr Rd, Bessemer, AL 35022 US | | |

**Comments:**

**In Settlement Of:** Debris Removal invoice SI-12516 *

| | | | |
|---|---|---|---|
| **Check #/ EFT #:** | 000004679721 | **Issue Date:** | 1/15/2020 |
| **Payable To:** | Cherokee Water Restoration LLC DBA Paul Davis Restoration Northeast Birmingham | **Amount:** | 36,238.91 USD |
| | Thirty six thousand two hundred thirty eight and 91/100 | | |
| **Mail To Name:** | Cherokee Water Restoration LLC Paul Davis Restoration Northeast Birmingham | **Bank:** | [redacted] |
| **Address:** | 3950 Pinson Valley Pkwy, Birmingham, AL 35217 US | | |

**Comments:**

**In Settlement Of:** Debris Removal Charles Goodrich & Alexandra Goodrich *

| | | | |
|---|---|---|---|
| **Check #/ EFT #:** | 000004621957 | **Issue Date:** | 12/17/2019 |
| **Payable To:** | CRDN of Birmingham | **Amount:** | 1,993.16 USD |
| | One thousand nine hundred ninety three and 16/100 | | |
| **Mail To Name:** | CRDN | **Bank:** | [redacted] |
| **Address:** | 2548 Rocky Ridge Rd, Birmingham, AL 35243 US | | |

**Comments:**

**In Settlement Of:** Contents CRDN-195545-M3T3R0 *

| | | | |
|---|---|---|---|
| **Check #/ EFT #:** | 000004603720 | **Issue Date:** | 12/09/2019 |
| **Payable To:** | CRDN of Birmingham | **Amount:** | 9,935.44 USD |
| | Nine thousand nine hundred thirty five and 44/100 | | |
| **Mail To Name:** | CRDN | **Bank:** | [redacted] |
| **Address:** | 2548 Rocky Ridge Rd, Birmingham, AL 35243 US | | |

**Comments:** Overnight

**In Settlement Of:** Contents Job#: CRDN-195545-M3T3R0 *