FILED
2025 Apr-08 PM 12:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CHARLES GOODRICH and** | * | |
| **ALEXANDRA GOODRICH** | * | |
| | * | |
| **Plaintiffs** | * | |
| | * | |
| **Vs** | * | **Civil Action No:** |
| | * | **2:22-cv-21-MHH** |
| | * | |
| **PACIFIC INDEMNITY COMPANY** | * | |
| | * | |
| **Defendant** | * | |

**MOTION FOR SUMMARY JUDGMENT ON**
**DEFENSE THAT PLAINTIFFS LACKED GOOD FAITH**

In the Court's Memorandum Opinion on summary judgment, the Court set forth a defense for Defendant Pacific Indemnity Company ("Pacific") that requires the jury to consider whether the Plaintiffs Charles and Alexandra Goodrich ("Goodriches") acted in good faith and fair dealing in the pursuit of their claims against Pacific. (Doc 141, p. 36, FN 27) The Court's ruling appears to be based primarily upon a belief that the Goodriches may have sought recovery for landscape benefits under their dwelling coverage, (*Id.*) allegedly to escape the policy coverage limitation for landscaping (Doc. 141, p. 40, FN 31); and sought recovery under the dwelling coverage rather than contents coverage for an estimated claim of $13,141.983 to escape the coverage limit for contents coverage.

(*Id.*) The Court has presented this defense even though Pacific did not make any contentions of bad faith toward the Goodriches during the claims process and has not made such contentions in this lawsuit. Contrary to making such contentions, Pacific made clear that it was not accusing the Goodriches of any type of fraud.[1] (Doc. 106-1, p. 63). The Goodriches adamantly deny that they attempted to recover benefits under a specific policy coverage to escape the monetary limits of other coverages and further contend that the record shows no such mendaciousness.

Because Pacific did not raise the issue of lack of good faith and fair dealing, the Goodriches have not been afforded an opportunity to respond. The Goodriches assert that there is no genuine issue of material fact regarding their good faith and that they are entitled to a summary judgment on this defense as a matter of law. Because the Goodriches acted in good faith, and there is no factual basis to suggest otherwise, the Goodriches request the Court grant this Motion for Summary Judgment.[2]

---

[1]According Mr. Haessig, the corporate representative: "We certainly have not made an accusation or a claim against the Goodriches that fraud has been committed. I want to be very clear on that." (Doc. 106. p. 63)

[2] Frankly, the Goodriches are concerned that the Court's reasoning on this issue may have colored the Court's entire view of the Goodriches' case and respectfully request the Court consider the additional details and explanation provided herein.

In support of this motion, the Goodriches offer the documents and briefs they have filed previously in the prior summary judgment proceedings and the following:

Ex. 1 Emails from Elliott dated Jan. 27

Ex. 2 Email from Elliott dated Feb. 6, 2020.

Ex. 3 Affidavit of Marbury McCullough

Ex. 4 HD Innovations Invoice

Ex. 5 Email from Dauphin to Moss dated May 21, 2020.

Brief in support of this motion.

Dated: April 8, 2025

Respectfully submitted.

/s/ Charles A. Dauphin
Charles A. Dauphin (asb-5833-h65c)
Email: cdauphin@dauphinparis.com
/s/ Diane Paris
Diane Paris
Email: diane@dauphinparis.com

Of Counsel

DAUPHIN PARIS, LLC
408 Discovering Cypress Drive
San Marcos, TX 78666
205-516-1058

*Attorneys for Plaintiffs Charles Goodrich and Alexandra Goodrich*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2025 I have served a copy of the above and foregoing upon the following counsel via the CM/ECF electronic filing system:

Michael A. Montgomery
mmontgomery@butlerlegal.com
Butler Weihmuller Katz Craig LLP
P.O. Box 850368
Mobile, AL 36685-0368
Telephone: (251) 338-3801
Facsimile: (251) 338-3805

Alycen A. Moss
amoss@cozen.com
Luciana Aquino
LAquino@cozen.com
Cozen O'Connor
The Promenade, Suite 400
1230 Peachtree Street, N.E.
Atlanta, GA 30309
Telephone: (404) 572-2052
Facsimile: (877) 728-1396

/s/ Charles Dauphin
Of Counsel