FILED
2025 Apr-08 PM 12:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

**File Note Title:**Estimate
**Create Date:**1/27/2020 2:18 PM
**Author:**VICTORIA PIERSON
**File Note Text:**
File Note Created By: Victoria Pierson
Date File Note Created: 1/27/2020 2:18:34 PM
Date Email Received From Sender: 1/24/2020 2:05:47 PM
Email Sent From: jelliott@chubb.com
Email Sent To: Chuck Dauphin
Email Copied To: US Property Claims; Joni Holman
Subject: PACIFIC INDEMNITY COMPANY- Charles Goodrich & Alexandra Goodrich - claim 040519056755

Mr. Dauphin, per your previous email you will be representing the insured moving forward as counsel. Please submit your letter or representation at your convenience.

I have attached our initial dwelling repair estimate for your review, discussion and payment in the amount of $1,077,178.83. This proposal does not include any work completed by Brookstone Restoration or the removal cost of the cabinets and countertops which will be settled separately. Upon receipt of the insured contractor, TCC proposal we can review any scope or pricing issues and make the appropriate updates.

Review of the policy indicates OAKWORTH CAPITAL BANK listed as a loss payee and will be included on all dwelling settlement checks. IF this information is not correct, please provide update immediately to BOTH myself and your agent included on this email. Should you have questions, please contact me at your convenience.

Thank You

<http://www.chubb.com/common/images/CHUBB_Logo_DarkBlue.png>

Jeremy Elliott,MBA
Senior General Adjuster, Claims

1400 Urban Center Drive, Suite 450, Vestavia Hills, Alabama 35242, USA
O 205-470-8370 F 205-968-5496
E jelliott@chubb.com <mailto:jelliott@chubb.com>

For more information on your Claim experience with Chubb, visit us here: Chubb Claim Guidance <https://www2.chubb.com/us-en/claims/report-a-claim.aspx#claims_guidance>