FILED
2025 Apr-08 PM 12:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

**File Note Title:**Status Request - Status Request
**Create Date:**2/6/2020 7:06 PM
**Author:**ATTACHINGBOT1 EPAM
**File Note Text:**
From: cdauphin@dauphinparis.com.
Sent: 02/06/2020 05:27.
To: [Elliott, Jeremy E jelliott@chubb.com, Joni Holman Joni.Holman@usi.com].
CC: [US Property Claims uspropertyclaims@Chubb.com]
Subject: [EXTERNAL] RE: PACIFIC INDEMNITY - Charles Goodrich- claim 040519056755.

Copied body: Jeremy - I think it's close to being completed. I'll check and be back in touch.

Regards, Chuck
Charles A. Dauphin
Dauphn Paris, LLC
300 Vestavia Pkwy, Ste. 3200
Vestavia Hills, AL 35216
205-518-6821

Confidentiality Notice - The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you are not the intended recipient, be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it. Thank you.

From: Elliott, Jeremy E jelliott@chubb.com
Sent: Thursday, February 6, 2020 3:37 PM
To: Chuck Dauphin cdauphin@dauphinparis.com; Joni Holman Joni.Holman@usi.com
Cc: US Property Claims uspropertyclaims@Chubb.com
Subject: PACIFIC INDEMNITY - Charles Goodrich- claim 040519056755

Mr. Dauphin, I wanted to follow up on the status of the insured contractor repair estimate. Previously we submitted our estimate for your review and discussion and have not yet received the
TCC Construction proposal for review. Can you provide an estimated date you will be forwarding this proposal? Should you have questions, please contact me.

Thank You
[Chubb Logo]

Jeremy Elliott,MBA
Senior General Adjuster, Claims

1400 Urban Center Drive, Suite 450, Vestavia Hills, Alabama 35242, USA
O 205-470-8370 F 205-968-5496
E jelliott@chubb.commailto:jelliott@chubb.com