FILED
2025 Apr-08 PM 12:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# DECLARATION OF MARBURY McCULLOUGH

I, Marbury McCullough, declare as follows:

I am the owner of TCC General Contractors and am providing this declaration at the request of the Goodriches.

TCC served as the general contractor for the Goodriches in the initial construction of their home at Dell Road and its rebuild. At the Goodriches request I prepared an initial repair estimate in February 2020 and a subsequent repair estimate in March 2021. The costs referenced in each estimate are the costs, as close as possible, that would have been incurred in November 2019, the date of the fire. I also provided a fixed price for the cost to rebuild the Dell Road house but didn't itemize the various costs.

When TCC provided a cost for the initial construction, the contract was a fixed price contract which reflected the total cost of the project. The costs to TCC were locked in by TCC at the time the contract was executed, sometime in 2017. Therefore, the repair costs in 2019 were in many instances greater than those in 2017 for the same work and materials.

When I prepared the February 2020 estimate, it was my understanding that the estimate was to be used to compare its costs with a repair estimate being prepared by J.S. Held. I included in the estimate a line item for landscape and irrigation but noted it was a guess of $50,000. I did not install any of the landscape in the original build but included this amount in the 2020 estimate just to signal that there would be a cost to repair the landscape. I knew that a separate landscaping firm would actually perform the landscaping and irrigation repair, which are not services TCC normally provides.

In the 2021 estimate I included an estimate for sitework which included a grading allowance to prepare for landscape of $5,000.00. This preparation concerned leveling the ground around the house which had been disturbed primarily by vehicles and traffic after the fire. The work did not include the installation of any plant material.

The 2021 estimate also included costs for demolishing the rear patio and front node of the front porch, (estimated cost of $2,900.00), removing and hauling off the crushed stone pad at the front of the house (estimated at $2,150.00), demolishing the brick walkways at front and side and front porch (estimated at $4,200.00); demolishing the side porch of Bessemer grey brick (estimated at $600.00); installing the Craborchard stone with mortar and sand (estimated at $8,400.00); replacing all of back patio and front node with Craborchard stone replacement material (estimated at $10,100.00); replacing all of back patio and front node with Old Carolina brick paver material (estimated at $8,915.00); replacing all of the garden area, front walk, and front porch with Old Carolina brick paver (estimated at $9,000.00); pressure washing the wood fence on left side of drive (estimated at $1,400.00); repairing the driveway with asphalt and recoat (estimated at $14,152.50).

The reference in the estimate to "craborchard" identifies the name of the stone used in the back patio adjacent to the house. It is not an "orchard," or any other kind of planting.

The 2021 estimate eliminated any costs or charge for landscaping or irrigation. The work listed under the heading "sitework" in the 2021 estimate was not referenced in TCC's 2020 estimate prepared in February 2020, because the 2020 estimate was focused on the repair of the house itself. The need to repair the patios, areas immediately around the house, and side fence became apparent during the rebuild of the Goodrich house, just as it would have if the house had been repaired. ✓

Regarding the framing work requested by Brookstone, Brookstone became concerned that the burned roof supports in the front of the house would not support the structure so Brookstone could complete its demolition and clean-up. Brookstone asked that TCC come in and repair the framing and roof support in that area. The Goodriches agreed. Therefore, TCC provided an initial estimate, which was paid, and then a final invoice for this work. The final invoice exceeded the estimate by approximately $5,000 because additional damage was discovered during the repair which necessitated additional work to provide a safe place for the Brookstone workers. The work was always separate from the repair estimate TCC prepared in 2020 and the repair estimate in 2021. There was no duplication in this framing repair and the overall repair estimates provided by TCC. ✓

Regarding HD Innovations, all of the interior wiring and speakers at Dell Road had to be replaced due to the fire. The wiring and installation was the responsibility of HD Innovations. *Its estimate dated February 18, 2020 was more than a year and a half before the reconstruction* would have been ready for the installation of the ceiling speakers and media wiring. HD Innovations could not have provided an actual invoice until the work had been completed. accomplished.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 6TH day of April, 2025, at Birmingham, Alabama.

[signature]

Marbury McCullough