FILED
2025 Apr-08 PM 12:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

**HD INNOVATIONS LLC**
6224 AMBER HILLS RD
TRUSSVILLE, AL 35173
sales@HDInnovationsav.com

# Estimate

HD INNOVATIONS
AN AUDIO/VIDEO COMPANY

| ADDRESS |
|---|
| Goodrich Charles<br>Montevallo Rd.<br>Mtn. Brook, Al. 35213 |

| ESTIMATE # | DATE | |
|---|---|---|
| 1734 | 02/18/2020 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| NEW RESIDENCE | | | |
| DEN (Hang existing 75" display and install surround. Program remote.) | | | |
| **SANUS:Sanus Tilt Mount (Large Displays)**<br>Sanus Tilt Mount (Large Displays) | 1 | 179.00 | 179.00T |
| **SONANCE:Sonance VP62R 6.5" In Ceiling Speaker (Pr.)**<br>Sonance 6.5" Polypropelene In Ceiling Speaker (Pr.) | 2.50 | 399.00 | 997.50T |
| **SONANCE:Sonance Impact 12" Floor Standing Subwoofer**<br>Sonance 12" Floor Standing Subwoofer | 1 | 699.00 | 699.00T |
| **AV Pro:AV Pro Balun**<br>AV Pro HDBaseT CAT6 HDMI Extender Kit | 1 | 309.00 | 309.00T |
| **URC:URC TRC-1080**<br>URC Total Control TRC-1080 Wi-Fi Remote with 2" Screen | 1 | 450.00 | 450.00T |
| KITCHEN (Install new display on articulating arm and connect. Install one pair of speakers and program remote.) | | | |
| **MISC:Misc**<br>LG 28" Display | 1 | 250.00 | 250.00T |
| **SANUS:Sanus Low Profile Articulating Mount For Medium Displays**<br>Sanus Low Profile Articulating Mount For Medium Displays | 1 | 75.00 | 75.00T |
| **SONANCE:Sonance VP62R 6.5" In Ceiling Speaker (Pr.)**<br>Sonance 6.5" Polypropelene In Ceiling Speaker (Pr.) | 1 | 399.00 | 399.00T |
| **AV Pro:AV Pro Balun**<br>AV Pro HDBaseT CAT6 HDMI Extender Kit | 1 | 309.00 | 309.00T |
| **URC:URC TRC-1080** | 1 | 450.00 | 450.00T |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| URC Total Control TRC-1080 Wi-Fi Remote with 2" Screen | | | |
| MASTER BEDROOM (Install existing display in armoire and one pair of in ceiling speakers. Program remote.) | | | |
| **SONANCE:Sonance VP62R 6.5" In Ceiling Speaker (Pr.)**<br>Sonance 6.5" Polypropelene In Ceiling Speaker (Pr.) | 1 | 399.00 | 399.00T |
| **AV Pro:AV Pro Balun**<br>AV Pro HDBaseT CAT6 HDMI Extender Kit | 1 | 309.00 | 309.00T |
| **URC:URC TRC-1080**<br>URC Total Control TRC-1080 Wi-Fi Remote with 2" Screen | 1 | 450.00 | 450.00T |
| STUDY (Install new 55" display on tilt mount and connect to system. Install one pair of in ceiling speakers and program remote.) | | | |
| **SONY:Sony 55" 9 Series Display**<br>Sony 55" 9 Series Display | 1 | 1,199.00 | 1,199.00T |
| **SANUS:Sanus Tilt Mount (Large Displays)**<br>Sanus Tilt Mount (Large Displays) | 1 | 179.00 | 179.00T |
| **SONANCE:Sonance VP62R 6.5" In Ceiling Speaker (Pr.)**<br>Sonance 6.5" Polypropelene In Ceiling Speaker (Pr.) | 1 | 399.00 | 399.00T |
| **AV Pro:AV Pro Balun**<br>AV Pro HDBaseT CAT6 HDMI Extender Kit | 1 | 309.00 | 309.00T |
| **URC:URC TRC-1080**<br>URC Total Control TRC-1080 Wi-Fi Remote with 2" Screen | 1 | 599.00 | 599.00T |
| SUNROOM (Install new 55" display and connect to system. Install one pair of in ceiling speakers and program remote.) | | | |
| **SANUS:Sanus Tilt Mount (Large Displays)**<br>Sanus Tilt Mount (Large Displays) | 1 | 179.00 | 179.00T |
| **SONANCE:Sonance VP62R 6.5" In Ceiling Speaker (Pr.)**<br>Sonance 6.5" Polypropelene In Ceiling Speaker (Pr.) | 1 | 399.00 | 399.00T |
| **AV Pro:AV Pro Balun**<br>AV Pro HDBaseT CAT6 HDMI Extender Kit | 1 | 309.00 | 309.00T |
| **URC:URC TRC-1080**<br>URC Total Control TRC-1080 Wi-Fi Remote with 2" Screen | 1 | 599.00 | 599.00T |
| PATIO (Install outdoor speakers and connect.) | | | |
| **SONANCE:Sonance Mariner Speaker 51 Bracket Speaker**<br>Sonance Mariner Speaker 51 Bracket Speaker with | 1 | 399.00 | 399.00T |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 5.25" driver | | | |
| EQUIPMENT | | | |
| **SANUS:Sanus 20 Outlet Rack Mount Power Strip**<br>Sanus 20 Outlet Rack Mount Power Strip | 1 | 150.00 | 150.00T |
| **ONKYO:Onkyo 8 Series 7.2 Surround Receiver**<br>Onkyo 8 Series 7.2 Surround Receiver | 1 | 1,099.00 | 1,099.00T |
| **URC:URC MRX 15**<br>URC MRX 15 | 1 | 799.00 | 799.00T |
| **URC:URC DMS 1200 Distribution Amp**<br>URC DMS 1200 Distribution Amp | 1 | 2,250.00 | 2,250.00T |
| **URC:URC DMS-100 Single Zone Amp**<br>URC DMS-100 Single Zone Amp | 2 | 529.00 | 1,058.00T |
| **URC:URC MFS-8 Streaming Switch**<br>URC MFS-8 Streaming Switch | 1 | 299.00 | 299.00T |
| **AV Pro:AV Pro 8x8 HDBaseT HDMI Matrix Switch**<br>AV Pro 8x8 Matrix Switch | 1 | 6,799.00 | 6,799.00T |
| **MISC:Misc**<br>Power Squid for Baluns | 1 | 299.00 | 299.00T |
| **MISC:Misc. Electrical, Cross connects, HDMI, Etc.**<br>Misc. Electrical, Cross connects, HDMI, Etc. | 1 | 375.00 | 375.00T |
| **URC:URC DMS IN**<br>URC DMS IN | 2 | 185.00 | 370.00T |
| **URC:URC MRX-4 IR**<br>URC MRX 4IR Port Addition | 3 | 225.00 | 675.00T |
| **HEOS:HEOS LINK**<br>HEOS LINK | 1 | 359.00 | 359.00T |
| LABOR | | | |
| **LABOR:LABOR**<br>Standard Labor | 48 | 140.00 | 6,720.00 |
| **LABOR:Programming Labor**<br>Programming Labor | 24 | 100.00 | 2,400.00 |
| **LABOR:Prewire Labor**<br>Prewire Labor (Per/Hr.) | 8 | 95.00 | 760.00 |

| | |
|---|---|
| SUBTOTAL | 34,257.50 |
| TAX (9%) | 2,193.98 |
| TOTAL | **$36,451.48** |

Accepted By

Accepted Date