FILED
2025 Apr-08 PM 12:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

**From:** Chuck Dauphin
**To:** "Moss, Alycen A"
**Bcc:** "Alexandra Goodrich"; charles@timberlineholdings.com
**Subject:** Alexandra Goodrich and Charles Goodrich / Claim No.: 040519056755 / TCC Invoice
**Date:** Sunday, May 31, 2020 9:49:24 PM
**Attachments:** TCC Estimate Framing Demo & Temp. Repair.pdf
Check #1 Dwelling.pdf
TCC 05-08-2020.pdf

---

Alycen - TCC was retained to provide structural support by demolishing the burnt framing and replacing it with new framing to keep the house structurally sound. TCC was also asked to remove slate roofing and bricks along the front and sides of the house to assess the extent of the smoke and fire damage. The work was requested by Brookstone and approved by Chubb. Attached are copies of the initial estimate, a copy of the check sent in payment of the estimate, and the final invoice showing the work done. The total amount for the work is $44,780.02, and Chubb previously sent a check in the amount of $38,806.50 to cover the estimate. Please have Chubb send us a check for the remaining balance of $5,973.52.

Thanks, Chuck

Charles A. Dauphin
Dauphin Paris LLC
300 Vestavia Parkway, Ste. 3200
Vestavia Hills, AL 35216
205-518-6821