FILED
2025 Jul-25 PM 08:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

**CHARLES GOODRICH and ALEXANDRA GOODRICH,**

***Plaintiff*;**

**v.**

**PACIFIC INDEMNITY COMPANY,**

***Defendant*.**

**CIV. ACTION NO.: 2:22-cv-21-MHH**

**PLAINTIFFS' DEPOSITION DESIGNATIONS**

Plaintiffs Charles Goodrich and Alexandra Goodrich ("Plaintiffs") pursuant to Fed. R. Civ. P. 26(a)(3), hereby identifies the following deposition designations that it may potentially use, either by reading the transcript or playing the video, at the trial of this matter:

**1. Deposition of Brittany Dingler (Taken on 5/11/23)**

| Page/Line | Objection | Counter-Designation | Objection |
|---|---|---|---|
| 5:25 - 12:5 | | | |
| 13:9 - 20 | | | |
| 15:19 - 21 | | | |
| 16:19 - 17:4 | | | |

**2. Deposition of Jeremy Elliott (Taken on 11/30/22)**

| Page/Line | Objection | Counter-Designation | Objection |
|---|---|---|---|
| 7:16 - 18 | | | |
| 8:10 - 9:17 | | | |
| 10:18 - 12:4 | | | |
| 18:20 -18:22 | | | |
| 20:16 - 21:4 | | | |
| 21:21 - 23 | | | |
| 22:1 - 11 | | | |
| 24:3 -11 | | | |
| 26:6 - 28:3 | | | |
| 33:3 - 34:21 | | | |
| 35:5-13 | | | |
| 35:20 - 36:20 | | | |
| 37:4 - 38:13 | | | |
| 39:2 - 13 | | | |
| 52:16 - 20 | | | |
| 53:1 - 6 | | | |
| 54:5 -55:4 | | | |
| 56:3 - 57:1 | | | |
| 58: 6 - 59:21 | | | |
| 65:7 - 66:3 | | | |
| 67:21 - 68:11 | | | |
| 69:2 - 70:13 | | | |
| 71:4 - 78:9 | | | |
| 79:15 - 80:17 | | | |
| 82:18 - 83:22 | | | |
| 84:9 - 15 | | | |
| 92:4 - 94:7 | | | |
| 97:21 - 98:1 | | | |
| 104:17 - 105:2 | | | |
| 125:7 - 16 | | | |
| 132:20 -133:19 | | | |
| 137:16 - 163:15 | | | |
| 167:1 - 8 | | | |
| 168:1 - 6 | | | |

| | | | |
|---|---|---|---|
| 169:9 - 170:9 | | | |
| 175:9 - 17 | | | |
| 179:17 - 180:7 | | | |
| 181:2-182:3 | | | |
| 184:14 - 23 | | | |
| 185:4 - 186:6 | | | |
| 188:6 - 190:1 | | | |
| 194:14 -195:20 | | | |
| 207:14 - 215:7 | | | |
| 216:14 - 219:5 | | | |
| 220:13 - 222:23 | | | |
| 224:12 - 225:5 | | | |
| 229:15 - 232:4 | | | |
| 232:14 - 233:6 | | | |
| 254:12 - 258:8 | | | |
| 264:3 - 17 | | | |
| 278:17 - 279:12 | | | |

**3. Deposition of Beverly Goldsmith (Taken on 11/30/22)**

| **Page/Line** | **Objection** | **Counter-Designation** | **Objection** |
|---|---|---|---|
| 7:5 - 8:11 | | | |
| 14:18 - 15:20 | | | |
| 21:13 -17 | | | |
| 31:1 - 6 | | | |
| 33:10 - 35:21 | | | |
| 40:7 - 41:6 | | | |
| 41:20 - 47:23 | | | |

**4. Deposition of Walter Haessig (Taken on 2/9/23)**

| **Page/Line** | **Objection** | **Counter-Designation** | **Objection** |
|---|---|---|---|
| 5:18 - 23 | | | |
| 6:5 - 12 | | | |

| | | | |
|---|---|---|---|
| 7:1 - 24 | | | |
| 8:15 - 17 | | | |
| 9:2 - 11:4 | | | |
| 27:6 - 10 | | | |
| 29:1 - 30:12 | | | |
| 31:6 - 32:19 | | | |
| 34:7 | | | |
| 35:12 - 14 | | | |
| 37:1 - 38:16 | | | |
| 39:7 - 12 | | | |
| 40:19 - 41:1 | | | |
| 49:8 - 50:11 | | | |
| 54:16 - 55:11 | | | |
| 56:3 - 23 | | | |
| 57:23 - 58:9 | | | |
| 59:19 - 60:20 | | | |
| 61:19 - 63:2 | | | |
| 63:13 - 64:1 | | | |
| 64:2 - 67:1 | | | |
| 67:10 - 71:12 | | | |
| 71:23 - 77:18 | | | |
| 78:18 - 80:7 | | | |
| 82:20 - 84:8 | | | |
| 85:15 - 86:11 | | | |
| 88:19 - 89:12 | | | |
| 89:21 - 92:14 | | | |
| 92:22 - 93:1 | | | |
| 98:16 - 104:9 | | | |
| 104:15 - 105:10 | | | |
| 108:21 - 110:17 | | | |
| 111:8 - 112:14 | | | |
| 113:3 - 115:25 | | | |
| 117:19 - 23 | | | |
| 118:5 - 122:1 | | | |
| 122:4 - 124:7 | | | |
| 126:4 - 11 | | | |
| 126:23 - 127:1 | | | |
| 127:6 - 128:11 | | | |
| 129:22 - 130:12 | | | |

| | | | |
|---|---|---|---|
| 130:15 - 131:10 | | | |
| 137:11 - 138:8 | | | |
| 138:24 - 139:16 | | | |
| 140:1 - 4 | | | |
| 141:24 - 154:17 | | | |
| 156:7 - 164:21 | | | |
| 166:23 - 171:25 | | | |
| 173:25 - 174:16 | | | |
| 175:3 - 176:20 | | | |
| 177:10 - 178:4 | | | |
| 179:20 - 180:9 | | | |
| 182:13 - 16 | | | |
| 190:16 - 192:15 | | | |
| 194:23 - 199:11 | | | |
| 213:7 - 215:4 | | | |

### 5. Deposition of Emma Palk (Taken on 1/13/23)

| Page/Line | Objection | Counter-Designation | Objection |
|---|---|---|---|
| 5:16 - 6:7 | | | |
| 6:18 - 7:14 | | | |
| 22:3 - 9 | | | |
| 31:13 - 33:9 | | | |

### 6. Deposition of Jerry Rudoshko (Taken on 1/13/23)

| Page/Line | Objection | Counter-Designation | Objection |
|---|---|---|---|
| 5:14 - 17 | | | |
| 6:8 - 7:9 | | | |
| 8:20 - 9:6 | | | |
| 10:16 - 22 | | | |
| 11:20 -12:12 | | | |
| 13:19 -14:23 | | | |
| 15:14 -17:5 | | | |

| | | | |
|---|---|---|---|
| 19:22 - 20:6 | | | |
| 21:20 - 27:4 | | | |
| 27:13 - 20 | | | |
| 31:10 - 33:7 | | | |
| 38:17 - 21 | | | |
| 39:11 - 15 | | | |
| 41:9 - 42:3 | | | |
| 43:12 - 44:10 | | | |
| 45:6 – 45:19 | | | |
| 48:11 - 51:20 | | | |
| 53:23 - 58:21 | | | |
| 61:22 - 63:5 | | | |
| 63:24 - 68:2 | | | |
| 68:18 - 70:10 | | | |
| 71:6 - 73:23 | | | |
| 78:13 - 16 | | | |
| 81:14 - 22 | | | |
| 84:21 - 86:25 | | | |
| 87:7 - 13 | | | |
| 89:5 - 14 | | | |
| 89:18 - 91:10 | | | |
| 93:5 - 16 | | | |
| 94:5 - 14 | | | |
| 94:21 | | | |
| 96:17 - 20 | | | |
| 110:8 - 111:8 | | | |
| 112:17 - 24 | | | |
| 125:6 - 8 | | | |
| 129:2 - 10 | | | |
| 131:6 - 23 | | | |
| 133:20 - 136:16 | | | |

Plaintiffs hereby reserve all rights to amend, add, remove, modify or supplement this list of deposition designations at any time prior to trial.

Respectfully submitted,

*s/Robert E. Battle*

Robert E. Battle (ASB-7807-T67R)
Harlan F. Winn, III (ASB-7322-N73H)
***Attorneys for Plaintiffs Charles Goodrich and Alexandra Goodrich***

**OF COUNSEL:**

**BATTLE & WINN LLP**
2901 Second Avenue South, Suite 220
Birmingham, AL 35233
Telephone: (205) 397-8160
Fax: (205) 397-8179
Email: hwinn@battlewinn.com
rbattle@battlewinn.com

Charles A. Dauphin
B. Diane Paris
DAUPHIN PARIS, LLC
408 Discovering Cypress Drive
San Marcos, TX 78666
205-516-1058
Email: cdauphin@dauphinparis.com
diane@dauphinparis.com

*Attorneys for Plaintiffs Charles Goodrich and Alexandra Goodrich*

**CERTIFICATE OF SERVICE**

On July 25, 2025, I electronically filed this document using the CM/ECF system which will send notification of such filing to the following:

Michael A. Montgomery
Butler Weihmuller Katz Craig LLP
P.O. Box 850368
Mobile, AL 36685-0368
Telephone: (251) 338-3801
Facsimile: (251) 338-3805
Email: mmontgomery@butler.legal

*Attorneys for Defendant Pacific Indemnity Company*

Alycen A. Moss
Luciana Aquino
Cozen O'Connor
The Promenade, Suite 400
1230 Peachtree Street, N.E.
Atlanta, GA 30309
Telephone: (404) 572-2052
Facsimile: (877) 728-1396
Email: amoss@cozen.com
laquino@cozen.com

*Attorneys for Defendant Pacific Indemnity Company*

And I certify that I mailed by United States Postal Service the document to the following non- CM/ECF participants: NONE

*s/Robert E. Battle*
OF COUNSEL